March 4, 2005

**BY E-FILING & HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE  19801

>          Merck & Co., Inc. v. Dr. Reddy's Laboratories, Ltd., et al.,
>          Civil Action No. 04-1313-GMS

Dear Judge Sleet:

    To follow up on the scheduling conference with the Court, enclosed is the revised scheduling order agreed upon by the parties.

>                    Respectfully,
>
>
>                    /s/ James W. Parrett, Jr. (#4292)

JWP
Enclosure
cc:    Clerk of the Court (by hand - w/encl.)
       Richard L. Horwitz, Esquire (by e-filing & by hand - w/encl.)
       Bruce D. Radin, Esquire (by facsimile - w/encl.)