IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD.<br>and DR. REDDY'S LABORATORIES,<br>INC.,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | ) ) ) ) ) ) ) ) C.A. No. 04-1313 (GMS) ) ) ) ) ) ) ) ) |

## SCHEDULING ORDER [PATENT]

This _____ day of _____ 2005, the Court having conducted an initial Rule 16 scheduling and planning conference pursuant to Local Rule 16.2(b) on February 23, 2005, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation or binding arbitration;

IT IS ORDERED that:

    1.    **Rule 26(a) Initial Disclosures**. Unless otherwise agreed to by the parties, they shall make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) on or before March 8, 2005.

    2.    **Joinder of Other Parties and Amendment of Pleadings**. All motions to join other parties and amend the pleadings shall be filed on or before August 15, 2005.

    3.    **Reliance Upon Advice of Counsel**. Defendants should inform plaintiff whether they intend to rely upon advice of counsel as a defense to willful infringement no later than

August 24, 2005. If defendants elect to rely on advice of counsel as a defense to willful infringement, defendants should produce any such opinions on which defendants intend to rely, and documents related thereto, to plaintiff no later than August 31, 2005.

    4.    **_Markman_ Claim Construction Hearing**. A *Markman* claim construction hearing shall be held on October 7, 2005 at 10:00 am. The *Markman* hearing is scheduled for a one-half day with the time to be split equally between the parties. The parties shall exchange lists of claim terms they believe are in dispute and their proposed construction of those terms on or before June 22, 2005. The parties shall then meet and confer regarding narrowing and reducing the number of claim term construction issues on or before June 29, 2005. On or before July 11, 2005, the parties shall submit a final joint claim chart which shall include citations to intrinsic evidence. The parties shall exchange opening claim construction briefs on or before July 25, 2005, and answering claim construction briefs on or before August 22, 2005.

    5.    **Discovery**. All fact discovery in this case shall be initiated so that it will be completed on or before October 19, 2005. The parties are limited to a maximum of 50 interrogatories per side and a maximum of 125 hours for depositions of fact witnesses, with no limit on the numbers of document requests or requests for admission. Pursuant to Del. L. R. 26.1, each interrogatory subpart shall be counted as a separate interrogatory. Expert discovery in this case shall be initiated so that it will be completed on or before January 16, 2006. To that end, the parties having the burden of proof on an issue shall serve opening expert reports on or before November 20, 2005. Responsive expert reports shall be served on or before December 19, 2005, after which expert depositions may be taken. Depositions of expert witnesses will be limited to two days per expert.

2

a.      **Discovery Matters**. Should counsel find they are unable to resolve a discovery matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight (48) hours prior to the conference, by hand delivery or facsimile at (302) 573-6472, the party seeking relief shall file with the court a letter agenda not to exceed two (2) pages outlining the issues in dispute. Should the court find further briefing necessary upon conclusion of the telephone conference, the court shall order the party seeking relief to file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

6.      **Confidential Information and Papers Filed Under Seal**. Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within thirty (30) days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 5(a).**

7.      **Summary Judgment Motions**. Prior to filing any summary judgment motion, the parties must submit letter briefs seeking permission to file the motion. The opening letter brief shall be no longer than five (5) pages and shall be filed with the Court no later than

3

October 21, 2005. Answering letter briefs shall be no longer than five (5) pages and filed with the court no later than November 2, 2005. Reply letter briefs shall be no longer than three (3) pages and filed with the Court on or before November 11, 2005. The Court shall hold a status conference to hear argument and to determine whether the filing of any motion will be permitted on November 18, 2005 at 10:00 am. **Unless the Court directs otherwise, no letter requests to file a motion for summary judgment may be filed at a time before the dates set forth in paragraph 7**.

8.   **Case Dispositive Motions**. Should the Court permit the filing of summary judgment motions an opening brief and affidavits, if any, in support of the motion shall be served and filed on or before December 12, 2005. Answering summary judgment briefs and affidavits, if any, shall be served and filed on or before January 11, 2006. Reply briefs and affidavits, if any, in further support of any summary judgment motion shall be served and filed on or before January 25, 2006. Parties must submit an original and two (2) copies. Briefing will be presented pursuant to the Court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for approval.

9.   **Applications by Motion**. Except as provided in this Order or for matters relating to scheduling, any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

10.   **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

11.   **Status/*Daubert* Conference**. On or before January 27, 2006, the parties shall submit a joint agenda identifying any *Daubert* issues that the parties intend to raise. The Court will hold a telephone conference on February 3, 2006 at 10:00 am to discuss *Daubert* issues identified in the joint agenda.

12.   **Pretrial Conference**. On May 8, 2006, the Court will hold a Pretrial Conference with counsel beginning at 10:00 a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). Thirty (30) days before the joint proposed pretrial order is due, plaintiff's counsel shall forward to defendants' counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendants' counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendants propose to include in the proposed pretrial order. Motions *in limine*: No party shall file more than ten (10) motions *in limine*. Opening briefs on all motions *in limine* shall be filed by March 15, 2006. Answering briefs on any motions *in limine* shall be filed by March 29, 2006. Reply briefs in further support of any motions *in limine* shall be filed by April 5, 2006. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before April 10, 2006.

13.   **Trial**. This matter is scheduled for a seven (7) day trial beginning at 10:00 a.m. on June 5, 2006.

      14.    **Scheduling**.  The parties shall direct any requests or questions regarding the scheduling and management of this matter to Chambers at (302) 573-6470.

_____
UNITED STATES DISTRICT JUDGE

451406

**PROPOSED DATES/DURATIONS FOR**
**JOINT SCHEDULING ORDER**

| Event | Date |
|---|---|
| Rule 26(a) Initial Disclosures | March 8, 2005 |
| Reliance Upon Advice of Counsel | August 24, 2005 |
| Joinder of Parties and Amendment of Pleadings | August 15, 2005 |
| Exchange Lists of Disputed Claim Terms | June 22, 2005 |
| Meet and Confer to Narrow Claim Term Issues | June 29, 2005 |
| Final Joint Claim Chart | July 11, 2005 |
| Opening Claim Construction Briefs | July 25, 2005 |
| Answering Claim Construction Briefs | August 22, 2005 |
| *Markman* Claim Construction Hearing | October 7, 2005 10:00 am |
| Close of Fact Discovery | October 19, 2005 |
| Opening Expert Reports | November 20, 2005 |
| Responsive Expert Reports | December 19, 2005 |
| Close of Expert Discovery | January 16, 2006 |
| Opening Letter Briefs re: Permission to Move for Summary Judgment | October 21, 2005 |
| Answering Letter Briefs re: Permission to Move for Summary Judgment | November 2, 2005 |
| Reply Letter Briefs re: Permission to Move for Summary Judgment | November 11, 2005 |
| Hearing re: Permission to Move for Summary Judgment | November 18, 2005 10:00 am |
| Opening Summary Judgment Papers | December 12, 2005 |
| Answering Summary Judgment Papers | January 11, 2006 |
| Reply Summary Judgment Papers | January 25, 2006 |

| Event | Date |
|---|---|
| Submit to Court Joint Agenda re: *Daubert* Issues | January 27, 2006 |
| Telephone Conference with Court re: *Daubert* Issues | February 3, 2006 10:00 am |
| Opening *in limine* Papers | March 15, 2006 |
| Answering *in limine* Papers | March 29, 2006 |
| Reply *in limine* Papers | April 5, 2006 |
| Joint Pretrial Order | April 10, 2006 |
| Pretrial Conference | May 8, 2006 10:00 am |
| Trial Date | June 5 – 13, 2006 |

451410