**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MERCK & CO., INC.,  )  <br> ) <br> Plaintiff and ) <br> Counterclaim Defendant, ) <br> ) <br> v.  ) <br> ) <br> DR. REDDY'S LABORATORIES, LTD. ) <br> and DR. REDDY'S LABORATORIES, ) <br> INC., ) <br> ) <br> Defendants and ) <br> Counterclaim ) <br> Plaintiffs. ) | C.A. No. 04-1313 (GMS) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of **PLAINTIFF'S INITIAL DISCLOSURES** were served upon the below counsel on March 8, 2005 in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
|---|---|
| Richard L. Horwitz | Bruce D. Radin |
| David E. Moore | Stuart D. Sender |
| POTTER ANDERSON & CORROON LLP | BUD LARNER, P.C. |
| Hercules Plaza, 6th Floor | 150 John F. Kennedy Parkway |
| 1313 N. Market Street | Short Hills, NJ  07078-0999 |
| P.O. Box 951 | |
| Wilmington, DE  19899 | |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|  | |
|  | */s/ James W. Parrett, Jr.* |
|  | Mary B. Graham (#2256) |
|  | James W. Parrett, Jr. (#4292) |
|  | 1201 N. Market Street |
| OF COUNSEL: | P.O. Box 1347 |
|  | Wilmington, DE 19899-1347 |
| Robert L. Baechtold | (302) 658-9200 |
| Henry J. Renk | *Attorneys for Plaintiff Merck & Co., Inc.* |
| Ryan J. Cudnik | |
| FITZPATRICK, CELLA, HARPER | |
|   & SCINTO | |
| 30 Rockefeller Plaza | |
| New York, NY 10112 | |
| (212) 218-2100 | |

March 8, 2005

454654

## CERTIFICATE OF SERVICE

I, James W. Parrett, Jr., Esq., hereby certify that on March 8, 2005, a copy of the foregoing **NOTICE OF SERVICE** was caused to be served upon the following attorneys in the manner indicated:

**BY HAND:**

Richard L. Horwitz, Esq.
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

**BY FACSIMILE:**

Bruce D. Radin
BUD LARNER, P.C
150 John F. Kennedy Parkway
CN 1000
Short Hills, New Jersey 07078-0999

                                          */s/ James W. Parrett, Jr.*
                                            James W. Parrett, Jr.