IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., <br> Plaintiff and <br> Counterclaim Defendant, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, <br> LTD. and DR. REDDY'S <br> LABORATORIES, INC., <br> Defendants and <br> Counterclaim Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1313 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff's First Set Of Requests For The Production Of Documents And Things* were caused to be served on March 18, 2005 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-1951

**BY FEDERAL EXPRESS**

Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999


MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
*Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

Robert L. Baechtold
Henry J. Renk
Ryan J. Cudnik
FITZPATRICK, CELLA, HARPER
  & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

March 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE 19899-1951

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 18, 2005 upon the following individuals in the manner indicated:

| BY HAND | BY FEDERAL EXPRESS |
| --- | --- |
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-1951 | Bruce D. Radin<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, NJ 07078-0999 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

456535