IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br>Plaintiff and<br>Counterclaim Defendant,<br><br>v.<br>DR. REDDY'S LABORATORIES,<br>LTD. and DR. REDDY'S<br>LABORATORIES, INC.,<br>Defendants and<br>Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)  C.A. No. 04-1313 (GMS)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff's Responses to Defendants' First Set of Requests for the Production of Documents and Things* were caused to be served on March 25, 2005 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-1951

**BY FACSIMILE**

Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *James W. Parrett, Jr.*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
(302) 658-9200
*Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

Robert L. Baechtold
Henry J. Renk
Ryan J. Cudnik
FITZPATRICK, CELLA, HARPER
 & SCINTO
30 Rockefeller Plaza
New York, NY 10112
(212) 218-2100

March 25, 2005