IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | |
| ) | C. A. No. 04-1313 (GMS) |
| DR. REDDY'S LABORATORIES, LTD. and ) | |
| DR. REDDY'S LABORATORIES, INC., ) | |
| ) | |
| Defendants and ) | |
| Counterclaim Plaintiffs. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendants/Counterclaim Plaintiffs, hereby certifies that true and correct copies of (1) Reddy's First Requests for Admission to Merck (Nos. 1-24); and (2) Reddy's First Set of Interrogatories to Merck (Nos. 1-7) were caused to be served on April 29, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

### VIA FEDERAL EXPRESS

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

|  |  |
|---|---|
| Of Counsel: | POTTER ANDERSON & CORROON LLP |
|  | By: /s/ *signature* |
| Bruce D. Radin | Richard L. Horwitz |
| Stuart D. Sender | David E. Moore |
| BUDD LARNER, P.C. | Hercules Plaza, 6th Floor |
| 150 John F. Kennedy Parkway | 1313 N. Market Street |
| CN 1000 | Wilmington, DE 19899-0951 |
| Short Hills, New Jersey 07078 | (302) 984-6000 |
| (973) 379-4800 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated: April 29, 2005 |  |
|  | *Attorneys for Defendants/Counterclaim Plaintiffs* |

680237

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 29, 2005, the attached document was served via hand delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on April 29, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

By: _____
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com