IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>   Plaintiff and )<br>   Counterclaim Defendant, )<br>      v. )<br>)<br>DR. REDDY'S LABORATORIES, LTD. )<br>and DR. REDDY'S LABORATORIES, )<br>INC., )<br>   Defendants and )<br>   Counterclaim Plaintiffs. )<br>_____ ) | C.A. No. 04-1313 (GMS) |

**STIPULATION TO AMEND PARAGRAPH 4 OF SCHEDULING ORDER (D.I. 20)**

It is hereby stipulated by the parties, subject to the approval of the Court, that paragraph 4 of the Court's Scheduling Order (D.I. 20) is amended to the following extent:

> On or before July 15, 2005, the parties shall submit a final joint claim chart which shall include citations to intrinsic evidence.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
| */s/ Mary B. Graham* | */s/ David E. Moore* |
| _____ | _____ |
| Mary B. Graham (#2256) | Richard L. Horwitz (#2246) |
| James W. Parrett, Jr. (#4292) | David E. Moore (#3983) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899-1347 | P.O. Box 951 |
| (302) 658-9200 | Wilmington, DE 19899 |
| | (302) 984-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 20____.

_____
U.S. District Judge

473424