# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347
―――
302 658 9200
302 658 3989 Fax

**Mary B. Graham**
(302) 575-7287
mgraham@mnat.com

July 8, 2005

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE  19801

      Re:    Merck & Co., Inc. v. Dr. Reddy's Laboratories, Ltd., et al.,
              <u>Civil Action No. 04-1313-GMS</u>

Dear Judge Sleet:

      Attached for the Court's consideration is a proposed stipulation that would extend the due date for submission of the parties' joint claim chart from July 11 to July 15.  The parties would appreciate this extension as they are still productively conferring with respect to claim construction.  The parties do not anticipate that there will be a large number of terms in dispute.

      We appreciate the Court's consideration of this request.

                              Respectfully,

                              */s/ Mary B. Graham*

                              Mary B. Graham

MBG/dam
cc:    Clerk of the Court (Via Hand)
       Richard L. Horwitz, Esquire (Via Hand)
       Bruce D. Radin, Esquire (Via Fax)

473426