IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1313 (GMS) |
| ) | |
| DR. REDDY'S LABORATORIES, LTD. ) | |
| and DR. REDDY'S LABORATORIES, ) | |
| INC., ) | |
| ) | |
| Defendants and ) | |
| Counterclaim Plaintiffs. ) | |

**PARTIES' JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's Scheduling Order, attached hereto as Exhibits A and B are the parties' Joint Claim Construction Charts for U.S. Patent Nos. 5,571,817 and 5,547,957, respectively.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
| | |
| */s/ James W. Parrett, Jr.* | */s/ Richard L. Horwitz* |
| Mary B. Graham (#2256) | Richard L. Horwitz (#2246) |
| James W. Parrett, Jr. (#4292) | David E. Moore (#3983) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 984-6000 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| and Counterclaim Defendant | and Counterclaim Plaintiffs |

OF COUNSEL:                                  OF COUNSEL:

Robert L. Baechtold                          Bruce D. Radin
Henry J. Renk                                Stuart D. Sender
Ryan J. Cudnik                               David J. Lorenz
FITZPATRICK, CELLA, HARPER                   BUDD LARNER, P.C.
  & SCINTO                         150 John F. Kennedy Parkway
30 Rockefeller Plaza                         CN 1000
New York, NY  10112-3800                     Short Hills, NJ  07078-0999
(212) 218-2100                               (973) 379-4800

July 15, 2005
474388