UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,  )<br>  )<br>    Plaintiff and  )<br>    Counterclaim Defendant,  )<br>  )<br>    v.  )<br>  )<br>DR. REDDY'S LABORATORIES, LTD.  )<br>and DR. REDDY'S LABORATORIES,  )<br>INC.,  )<br>  )<br>    Defendants and  )<br>    Counterclaim Plaintiffs.  ) | Civil Action No. 04-1313 (GMS) |

**DECLARATION OF RYAN J. CUDNIK IN SUPPORT OF
<u>PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF</u>**

I, RYAN J. CUDNIK, hereby declare and state:

1. I am associated with the law firm of Fitzpatrick, Cella, Harper & Scinto, counsel for plaintiff Merck & Co., Inc. ("Merck" or "Plaintiff"). I make this declaration in support of PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF.

2. Attached as Exhibit A hereto is a true and correct copy of U.S. Patent No. 5,547,957.

3. Attached as Exhibit B hereto is a true and correct copy of U.S. Patent No. 5,571,817.

4. Attached as Exhibit C hereto is a true and correct copy of emails between counsel for Merck and counsel for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's" or "Defendants").

5. Attached as Exhibit D hereto is a true and correct copy of Olsen, E.A. and DeLong, E., *J. American Academy of Dermatology*, Vol. 23, p. 470-472 (1990).

6. Attached as Exhibit E hereto is a true and correct copy of the specification and claims of U.S. Patent Application Serial No. 08/214,905 from the '957 patent prosecution history.

7. Attached as Exhibit F hereto is a true and correct copy of the Office Action mailed December 8, 1994 from the '957 patent prosecution history.

8. Attached as Exhibit G hereto is a true and correct copy of the Amendment dated May 1, 1995 from the '957 patent prosecution history.

9. Attached as Exhibit H hereto is a true and correct copy of the Declaration of Keith Kaufman dated May 3, 1995 from the '957 patent prosecution history.

10. Attached as Exhibit I hereto is a true and correct copy of the Office Action mailed August 14, 1995 from the '957 patent prosecution history.

11. Attached as Exhibit J hereto is a true and correct copy of the Amendment Under 37 CFR § 1.116 dated November 13, 1995 from the '957 patent prosecution history.

12. Attached as Exhibit K hereto is a true and correct copy of the Declaration of Keith Kaufman dated November 13, 1995 from the '957 patent prosecution history.

13. Attached as Exhibit L hereto is a true and correct copy of the Advisory Action mailed December 7, 1995 from the '957 patent prosecution history.

14. Attached as Exhibit M hereto is a true and correct copy of the Amendment Under 37 C.F.R. § 1.116 dated December 22, 1995 from the '957 patent prosecution history.

15. Attached as Exhibit N hereto is a true and correct copy of the Notice of Allowability mailed February 22, 1996 from the '957 patent prosecution history.

I declare under penalty of perjury that the foregoing is true and correct.

FITZPATRICK, CELLA, HARPER
& SCINTO
30 Rockefeller Plaza
New York, New York 10112-3800
(212) 218-2100

Dated: July 25, 2005

_____
Ryan J. Gudnik

NY_MAIN 514082v1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> Richard L. Horwitz, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19899-1951

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 25, 2005 upon the following individuals in the manner indicated:

| BY HAND DELIVERY | BY FIRST CLASS MAIL |
| --- | --- |
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-1951 | Bruce D. Radin<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, NJ  07078-0999 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)