# EXHIBIT A
# PART I

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



JOURNAL of the
## AMERICAN ACADEMY OF
# DERMATOLOGY

**Editor**
Richard L. Dobson, MD

**Associate Editor**
Bruce H. Thiers, MD

**Editorial Office**
Department of Dermatology
Medical University of South Carolina
171 Ashley Ave.
Charleston, SC 29425-2215
803-792-9155

**Assistant Editors**
Philip C. Anderson, MD
  *Columbia, Missouri*
Walter H. C. Burgdorf, MD
  *Albuquerque, New Mexico*
Philip M. Catalano, MD
  *Bradenton, Florida*
P. Haines Ely, MD
  *Grass Valley, California*
Pearl E. Grimes, MD
  *Culver City, California*
W. Clark Lambert, MD
  *Newark, New Jersey*
Alfred T. Lane, MD
  *Stanford, California*
W. Mitchell Sams, Jr., MD
  *Birmingham, Alabama*
Daniel N. Sauder, MD
  *Hamilton, Ontario*
Maria L. Chanco Turner, MD
  *Washington, D.C.*
Ronald G. Wheeland, MD
  *Sacramento, California*

**Founding Editor**
J. Graham Smith, Jr., MD
  *Augusta, Georgia*

Vol. 23, No. 3, Part 1, September 1990, the Journal of
the American Academy of Dermatology (ISSN 0190-
9622) is published monthly (six issues per volume, two
volumes per year) by Mosby-Year Book, Inc., 11830
Westline Industrial Dr., St. Louis, MO 63146-3318.
Second class postage paid at St. Louis, Missouri, and
additional mailing offices. Postmaster: Send address
changes to Mosby-Year Book, Inc., 11830 Westline
Industrial Dr., St. Louis, MO 63146-3318. Annual
subscription rates: $69.00 for individuals, $130.00 for
institutions. Printed in the U.S.A. Copyright © 1990 by
the American Academy of Dermatology, Inc., P.O. Box
3116, Evanston, IL 60204-3116.

89-604

# CONTENTS   September, Part 1, 1990

## CONTINUING MEDICAL EDUCATION

The many faces and phases of borreliosis II.    401
  Donald C. Abele, MD, and
  Kenya H. Anders, MD
  *Augusta, Georgia*

CME examination    411

Answers to CME examination (Identification    412
No. 890-108), August 1990 issue of the
JOURNAL OF THE AMERICAN ACADEMY OF
DERMATOLOGY

## CLINICAL AND LABORATORY STUDIES

Trends in basal cell carcinoma, squamous cell    413
carcinoma, and melanoma of the skin from
1973 through 1987
  Richard P. Gallagher, MA,
  Becky Ma, BA,
  David I. McLean, MD, FRCPC,
  C. Paul Yang, MD,
  Vincent Ho, MD, FRCPC,
  J. Alastair Carruthers, MD, FRCPC, and
  Laurence M. Warshawski, MD, FRCPC
  *Vancouver, British Columbia, Canada*

Cutaneous lesions of disseminated    422
histoplasmosis in human immunodeficiency
virus–infected patients
  Philip R. Cohen, MD, David E. Bank, MD,
  David N. Silvers, MD, and
  Marc E. Grossman, MD
  *New York, New York*

A method for the determination of UVA    429
protection for normal skin
  Robert M. Sayre, PhD, and Patricia P. Agin,
  PhD *Memphis, Tennessee*

*Continued on page 7A*

CURRICULUM VITAE

## DAVID ASHBY WHITING, M. D.

### PERSONAL

| | | |
|---|---|---|
| Date of Birth | : | September 30, 1931 |
| Place of Birth | : | Johannesburg, South Africa |
| Citizenship | : | U.S.A. |
| Marital Status | : | Married |
| Children | : | Three (born 1961, 1963, 1968) |
| General Education | : | Matriculated 1st class, Joint Matriculation Board, South Africa, 1947 |
| Business Address | : | 3600 Gaston Avenue, Suite 1051 Dallas, Texas 75246, U.S.A. Telephone: (214) 824-2087 |
| Home Address: | : | 1 Royal Way Dallas, Texas 75229 Telephone: (214) 750-9804 |

### PROFESSIONAL EXPERIENCE

| | | |
|---|---|---|
| Medical Graduation | : | 1953: University of the Witwatersrand, Johannesburg, South Africa |
| Internship | : | 1954: Johannesburg General Hospital and University of the Witwatersrand: 6 months of General Surgery and 6 months of Internal Medicine |
| Senior House Officer Posts | : | 1955: Coronation Hospital and University of the Witwatersrand: 6 months of Pediatrics 1955: Transvaal Memorial Hospital for Children and University of Witwatersrand: 6 months of Pediatric Orthopedics |

Curriculum Vitae
David Ashby Whiting, M.D.
Page 2 of 42

1957:  Central Middlesex Hospital, London, Great Britain:  8 months of Obstetrics and Gynecology

1957-58:  Locum tenens posts in various hospitals in Great Britain, in Emergency Room Medicine, Orthopedics, Pediatric Surgery, Obstetrics and Gynecology and Geriatrics

Residencies                  :       1956:  North Cambridge Hospital, Great Britain:  2 months of Internal Medicine

1966-68:  H.F. Verwoerd Hospital, Pretoria, South Africa, 2 1/2 years of Dermatology

Postgraduate Course    :       1956:  Institute of Child Health, University of London, and Hospital for Sick Children, Great Ormond Street, London, Great Britain:  3 month course in Pediatrics and Child Health

1956:  University of Edinburgh and Edinburgh Royal Infirmary, Great Britain:  3 month course in Internal Medicine

Hospital                        :       1968-1973:  Consultant Dermatologist, part-time,
Consultations and                 at Johannesburg General Hospital and the
Teaching Responsibilities         University of the Witwatersrand, and at H.F. Verwoerd Hospital and the University of Pretoria

1973-1977:  Principal Dermatologist and Chairman of the Section of Dermatology, part-time, at Johannesburg General Hospital and the University of Witwatersrand

1977-1979:  Associate Professor of Internal Medicine, full time, Section of Dermatology, Southwestern Medical School, University of Texas Health Science Center at Dallas, Texas and Chief of Dermatology, Veterans' Administration Medical Center, Dallas, Texas

Curriculum Vitae
David Ashby Whiting, M.D.
Page 3 of 42

1979-1989:  Clinical Associate Professor of Dermatology and Pediatrics, University of Texas Southwestern Medical Center, Dallas, Texas

1979-1990:  Coordinator of Dermatology Teaching Program, Baylor University Medical Center, Dallas, Texas.

1989-present:  Clinical Professor of Dermatology and Pediatrics, University of Texas Southwestern Medical Center, Dallas, Texas

1979-present:  Co-Director of Dermatology  Clinic, Children's Medical Center, and Consultant Dermatologist, VA Medical Center, Dallas, Texas.

1991-1998:  Consultant Dermatologist at Congenital Vascular Anomalies Clinic, Children's Medical Center, Dallas, Texas.

Private Practice:            :       1957-1958:  Two locum tenens posts in General Practice in Essex, Great Britain

1958-1965:  General Practitioner in Johannesburg, South Africa

1968-1977:  Specialist Dermatologist in Johannesburg, South Africa

1979-present:  Specialist Dermatologist in Dallas, Texas

1987-present:  Medical Director, Baylor Hair Research and Treatment Center, Baylor Health Care System, Dallas, Texas

Licensure                     :       1955:  South African Medical and Dental Council, South Africa

1956:  General Medical Council, Great Britain

Curriculum Vitae
David Ashby Whiting, M.D.
Page 4 of 42

1978:  Texas State Board of Medical Examiners, Texas-License Number F2110 (Passed ECFMG examination in 1963 and passed Texas FLEX in 1978)

## DEGREES, DIPLOMAS, COLLEGE CERTIFICATES

M.B., B.Ch. (Rand)          :          1953:  Bachelor's degree of Medicine and Surgery, University of the Witwatersrand, Johannesburg, South Africa

Qualifying degree as a medical practitioner gained by examination and equivalent to American M.D.

D.C.H.          :          1956:  Diploma of Child Health, Royal College of Physicians of London and Royal College of Surgeons of England.  Postgraduate diploma of competence in Pediatrics and Child Health, gained by examination.

D.R.C.O.G.          :          1958:  Diploma of the Royal College of Obstetricians and Gynaecologists of London. Postgraduate diploma of competence in Obstetrics, gained by examination.

M.R.C.P. (Ed)          :          1958:  Member of the Royal College of Physicians of Edinburgh.  Certificate gained by examination, equivalent to American Boards in Internal Medicine, with  special competence in Pediatrics.

M., Med. (Derm) (Pret.)          :          1968:  Master's degree in medicine in the specialty of Dermatology, University of Pretoria, South Africa.  Degree obtained by examination, equivalent to American Boards in Dermatology.

1970:  Associate Founder of College of Medicine of South Africa. Admitted by election.

F.R.C.P.(Ed.)          :          1971:  Fellow of the Royal College of Physicians of Edinburgh.  Admitted by election, based on experience, academic status and publications.

F.A.A.D.          :          1978:  Fellow of the American Academy of Dermatology.  Dermatology boards gained by examination.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 5 of 42

| | | |
|---|---|---|
| M.D.(Rand.) | : | 1979:  Doctor's degree in Internal Medicine in the specialty of Dermatology, University of the Witwatersrand, South Africa.  Degree obtained by submission and acceptance of a collection of published dermatological papers.  This M.D. degree is a senior doctorate at the University of the Witwatersrand (where for example, a Ph.D. is a junior doctorate). |
| F.A.C.P. | : | 1979:  Fellow of the American College of Physicians.  Admitted by election. |
| F.A.A.D., DERM. PATH. | : | 1981:  American Board of Dermatology.  Dermatopathology boards gained by examination. |

## MEDICAL SOCIETY MEMBERSHIPS

Dallas Dermatological Society
Texas Dermatological Society
Society of Pediatric Dermatology
International Society of Pediatric Dermatology
International Society of Tropical Dermatology
British Association of Dermatologists
St. John's Hospital Dermatological Society
Dowling Club
South African Dermatological Society
American Society of Dermatopathology
Hair Research Society
Noah Worcester Society
American Dermatological Association

## OFFICES AND SERVICE POSITIONS

| | | |
|---|---|---|
| 1982-83 | : | Secretary, Dallas Dermatological Society |
| 1983-84 | : | President, Dallas Dermatological Society |
| 1989-94 | : | Treasurer, International Society of Pediatric Dermatology |

Curriculum Vitae
David Ashby Whiting, M.D.
Page 6 of 42

| 1991-96 | : | Secretary/Treasurer, Hair Research Society of North America |

| 1996-99 | : | President, Hair Research Society of North America |

## HONORS AND AWARDS

| 1976 | : | Visiting Pfizer Lecturer to University of Rhodesia Medical School, Salisbury, Rhodesia. |

| 1978 | : | Silver Award for poster exhibit on "Solar Damage" at American Academy of Dermatology Annual Meeting at San Francisco. |

| 1979 | : | Awarded Hamilton Maynard Memorial Medal for best manuscript by a single author for series of 5 articles on "Skin Tumors in White South Africans", published in the South African Medical Journal during 1978. |

| 1984 | : | Gold Award for poster exhibit on "Structural Abnormalities of the Hair Shaft" at American Academy of Dermatology Annual Meeting in Washington, D.C. |

| 1990 | : | Visiting Upjohn Professor and Lecturer to South Africa, March 16 - April 4.  Invited lectures given to the Natal Dermatological Society, the South African Dermatological Society Annual Congress, and the Universities of Stellenbosch, Capetown, Pretoria and the Witwatersrand. |

| 1992 | : | First Place for "How to Magnify an Itch Into Flights of Fancy" for the Art in Dermatologic Exhibit at American Academy of Dermatology Annual Meeting in San Francisco, California, December 1992. |

| 2001 | : | Honorary member of Dallas Dermatological Society, February 2, 2001. |

| 2001 | : | Honorary member of Iowa Dermatological Society, October 2001. |

| 2002 | : | Clark W. Finnerud Award |

Curriculum Vitae
David Ashby Whiting, M.D.
Page 7 of 42

2003                              :        International Society of Hair Restoration "Milestone
                                           Award", May, 2003.

## INVITED LECTURES

1977-present          :        Various groups, including family practitioners, infectious
                               disease physicians, internal medicine physicians,
                               pediatricians, gynecologists, hospital staffs, county
                               medical societies, dermatological societies, etc.

1987                  :        Arkansas Dermatological Society

1988                  :        Florida Dermatological Society

                      :        West Texas Dermatological Society

                      :        Southern Medical Association

1989                  :        Memphis Dermatological Society

                      :        Fort Worth Dermatological Society

1990                  :        Hair, Nails, and Cosmetics Symposium, Boston

1991                  :        Guest speaker, Central Ohio Dermatology
                               Association meeting, Columbus, Ohio. "The
                               Diagnosis of Alopecia", Jan. 23, 1991.

                      :        Guest speaker, Los Angeles Metropolitan
                               Dermatological Society, Los Angeles, Ca. "Female
                               Androgenetic Alopecia", Feb. 26, 1991.

                      :        Guest speaker, Southern Medical Association,
                               Panama City, Fl. "Focus on the Female Patient", May
                               16-19, 1991.

                      :        Guest speaker, Second European Academy of
                               Dermatology and Venereology Congress, Athens,
                               Greece. Cosmetic Symposium: "The Diagnosis and
                               Treatment of Alopecia in the Elderly", Oct. 10-13,
                               1991.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 8 of 42

| | | |
|---|---|---|
| 1992 | : | Guest speaker, Fall Quarterly Meeting of the Minnesota Dermatological Society, Minneapolis-St. Paul, Minnesota. "Structural Hair Shaft Abnormalities", November 6, 1992. |
| 1993 | : | Guest speaker, Dallas Internist Club, Dallas, Tx. "Dermatologic Update", April 22, 1993. |
| | : | Guest speaker, International Society of Hair Surgeons, Dallas, Tx. "Long Term Effects of Rogaine - The Baylor Experience", May 2, 1993. |
| | : | Guest speaker, Kansas Dermatological Society, Kansas University, Kansas City, Ks. "Interferon in Skin Cancer", July 15, 1993. |
| | : | Guest speaker, Stony Brook Health Sciences Dermatology Grand Rounds, Stony Brook, NY. "Horizontal Sections of Scalp Biopsies", October 21, 1993. |
| 1994 | : | Guest speaker, Dermatopathology Association of New York. "Diagnostic and Predictive Value of Horizontal Sections of Scalp Biopsies", February 1, 1994. |
| | : | Guest speaker, Texas Academy of Physician Assistants, Dallas, Tx. "Recent Advances in Dermatologic Therapy", February 26, 1994. |
| | : | Guest speaker, Northwestern University Medical School, Chicago, Il. "Horizontal Sections of Scalp Biopsies" and "Hair Shaft Abnormalities", March 30, 1994. |
| | : | Guest speaker, Missouri State Medical Association, Kansas City, Mo. "Horizontal Sections of Scalp Biopsies and Hair Problems in Children", April 9, 1994. |

Curriculum Vitae
David Ashby Whiting, M.D.
Page 9 of 42

:     Guest speaker, Valley of the Sun Conference on Dermatology, Phoenix Az. "Immunologic Diagnosis of Antibody-related Skin Diseases" and "The Diagnosis and Treatment of Alopecia", April 11, 1994.

:     Guest speaker, UCSF Grand Rounds, San Francisco, Ca. "Scalp Biopsies Really Can Help in Diagnosing Alopecias", May 11, 1994.

:     Guest speaker, UCLA Grand Rounds, Los Angeles, Ca. "Value of Horizontal Sections of Scalp Biopsies and Diagnosis of Alopecia", July 12, 1994.

:     Speaker, Academy '94, San Francisco, Ca. "Androgenetic Alopecia" and "Chronic Telogen Effluvium", July 30-August 3, 1994.

:     Guest speaker, 2nd International Society of Hair Restoration Surgery, Toronto, Canada. "Complications of the Post Transplant Epidermal Cyst", "Oral Finasteride for Male Pattern Baldness - Should We Be Worried?", "How to Differentiate Chronic Telogen Effluvium from Female Androgenetic Alopecia", September 9-11, 1994.

:     Guest speaker, R.W. John Pharmaceutical Research Institute, Raritan, NJ. "Chronic Telogen Effluvium", September 12, 1994.

:     Guest speaker, 7th International Congress of Pediatric Dermatology, Buenos Aires, Argentina. "A Comparison of Traumatic Alopecia in Children and Adults", September 27-October 1, 1994.

:     Guest speaker, UCLA Grand Rounds, Torrance, Ca. "Diagnosis and Treatment of Alopecia", October 13, 1994.

:     Guest speaker, Texas Dermatological Society, McAllen, Tx. "Alopecia in Children", October 15, 1994.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 10 of 42

1995 : Guest speaker, Dermatology Nurses' Association, New Orleans, LA. "S.O.S. - Save Our Skin", February 4, 1995.

: Guest speaker, Texas Academy of Physician Assistants, Dallas, TX. "Cutaneous Manifestations of Systemic Disease", March 4, 1995.

: Guest speaker, American Hair Loss Council, Tampa, FL. "Androgenetic Alopecia and Finasteride", April 9, 1995.

: Guest speaker, King Edward Hospital, Durban, South Africa. "Management of Chronic Telogen Effluvium in Females", April 18, 1995.

: Guest speaker, University of the Witwatersrand, Johannesburg, South Africa. "Diagnosis and Management of Alopecia", April 21, 1995.

: Guest speaker, Tygerberg Hospital, Cape Town, South Africa. "Treatment of Alopecia and Newer Concepts on Telogen Effluvium", April 23, 1995.

: Guest speaker, Groote Schuur Hospital, Cape Town, South Africa. "Diagnosis and Treatment of Alopecia", April 25, 1995.

: Guest speaker, Congress of the Dermatological Society of South Africa, Tygerberg, South Africa. "Herpesvirus Infections", "George Findlay Lecture", "Update on Minoxidil and New Antiandrogen Therapy", "Histological Help in Evaluating Alopecia", "Alopecia in Children", and "Traction Alopecia and Trichotillomania", April 26-28, 1995.

: Guest speaker, Louisiana Academy of Family Physicians, Baton Rouge, LA. "Recent Advances in the Treatment of Herpes Virus Infections", May, 23, 1995.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 11 of 42

:     Guest speaker, Colorado Academy of Family Physicians, Colorado Springs, Co. "Recent Advances in the Treatment of Herpes Virus Infections", July 5, 1995.

:     Guest speaker, North Carolina Academy of Family Physicians, Myrtle Beach, NC. "Recent Advances in the Treatment of Herpes Virus Infections", July 6, 1995.

:     Guest speaker, 19th International Conference on Chemotherapy, Montreal, Canada. "New Issues in Antiviral Therapy: Herpes Zoster", July 18, 1995.

:     Guest speaker, Michigan Academy of Family Physicians, Acme, Mi. "Recent Advances in the Treatment of Herpes Virus Infections", July 19, 1995.

:     Guest speaker, Academy '95, Chicago, Il. "Future Antiherpetic Therapy", "Can Scalp Biopsies Really Help the Hairloss Patient?" and "Management of Hair Loss in Women", July 26-30, 1995.

:     Guest speaker, North Dakota Academy of Family Physicians, Bismarck, N.D. "Herpes and Varicella Update: Treatment and Vaccine", August 5, 1995.

:     Guest speaker, Georgia Academy of Family Physicians, Atlanta, Ga. "Recent Advances in the Treatment of Herpes Virus Infections", August 30, 1995.

:     Guest speaker, Dermatology for Primary Care Physicians, Dallas, Tx. "Hair Loss", September 9, 1995.

:     Guest speaker, North Texas Nurses Association, Dallas, Tx. "Recent Advances in the Treatment of Herpes Virus Infections", September 9, 1995.

:     Guest speaker, H & H Traveling Dermatologic Seminar, Santa Fe, N.M. "Herpes Zoster Therapy: Control Trials", September 21, 1995.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 12 of 42

:     Guest speaker, Illinois Academy of Family Physicians, Chicago, Il. "Therapeutic Advances for Herpes Zoster", September 30, 1995.

:     Guest speaker, International Hair Symposium, Vienna, Austria. "Scalp Biopsies Really Can Help in the Diagnosis of Alopecia" and " Oral Finasteride in the Treatment of Androgenetic Alopecia", October 6, 1995.

:     Guest speaker, 1st Tri-continental Meeting of Hair Research Societies, Brussels, Belgium. "Expression of Steroid 5-Alpha Reductase 1 and 2 in Scalp Skin in Normal Controls and in Androgenetic Alopecia", October 10, 1995.

:     Guest speaker, North Carolina Academy of Family Physicians, Charlotte, NC. "Therapeutic Advances for Herpes Zoster", October 21, 1995.

:     Guest speaker, Houston Dermatology Society, Houston, TX. "Therapeutic Advances for Herpes Zoster", November 2, 1995.

:     Guest speaker, Texas Academy of Family Physicians, Dallas, TX. "Therapeutic Advances for Herpes Zoster", November 4, 1995.

:     Guest speaker, Family Practice & Internal Medicine, Arlington, TX. "Therapeutic Advances for Herpes Zoster", November 8, 1995.

:     Guest speaker, West Virginia Chapter American Academy of Family Physicians, Charleston, WV. "Recent Advances in the Treatment of Herpes Virus Infection", November 12, 1995.

:     Guest speaker, Fort Lauderdale Dermatology Association, Fort Lauderdale, FL. "Therapeutic Advances for Herpes Zoster", November 15, 1995.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 13 of 42

           :      Guest speaker, Palm Beach Dermatology Association, Palm Beach, FL. "Therapeutic Advances for Herpes Zoster", November 16, 1995.

           :      Guest speaker, Dallas Physicians, Dallas, TX. "The Treatment of Tinea Versicolor", November 18, 1995.

           :      Guest speaker, Texas Academy of Family Physicians, Dallas, TX. "Recent Advances in the Treatment of Herpes Virus Infection", November 20, 1995.

1996          :      Guest speaker, Primary Care Physicians, Dallas, TX. "Nail Fungal Infections: Diagnosis and Therapeutic Update", January 13, 1996.

           :      Guest speaker, Primary Care Physicians, El Paso, TX. "Nail Fungal Infections: Diagnosis and Therapeutic Update", January 24, 1996.

           :      Guest speaker, Primary Care Physicians, Lubbock, TX. "Nail Fungal Infections: Diagnosis and Therapeutic Update", January 25, 1996.

           :      Guest speaker, Primary Care Physicians, Pittsburgh, PA. "Nail Fungal Infections: Diagnosis and Therapeutic Update", January 31, 1996.

           :      Guest speaker, Primary Care Physicians, Ft. Worth, TX. "Update on HSV", February 22, 1996.

           :      Guest speaker, Texas Association of Physician Assistants, Dallas, TX. "Update on HSV", March 3, 1996.

           :      Guest speaker, Primary Care Physicians, Tulsa, OK. "Nail Fungal Infections: Diagnosis and Therapeutic Update", March 4, 1996.

           :      Guest speaker, Dermatology Residents, Columbia, MO. "Treatment of Androgenetic Alopecia:, March 7, 1996.

           :      Guest speaker, Primary Care Physicians, Dallas, TX. "Update on HSV", March 12, 1996.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 14 of 42

:     Guest speaker, Primary Care Physicians, Dallas, TX.
      "Update on HSV", March 13, 1996

:     Guest speaker, Primary Care Physicians, San
      Antonio, TX.  "Nail Fungal Infections:  Diagnosis and
      Therapeutic Update", March 18, 1996.

:     Guest speaker, Valley of the Sun Conference on
      Clinical Dermatology, Phoenix, AZ.  "Update on
      Minoxidil and New Antiandrogenic Therapy" and
      "Alopecia in Children", March 21, 1996.

:     Guest speaker, Actualizaciones Terapeuticas
      Dermatologicas, Buenos Aires, Argentina.  "Macules
      to Molecules:  50 years of Dermatology", "Tinea
      Versicolor - A Review", "Herpes Virus Infections -
      New Therapy", "New Concepts of Chronic Telogen
      Effluvium", "Histological Help in Evaluating Alopecia"
      and "Update on Topical Minoxidil and New
      Antiandrogen Therapy", March 22-24, 1996.

:     Guest speaker, Primary Care Physicians, Shreveport,
      LA.  "Nail Fungal Infections:  Diagnosis and
      Therapeutic Update", April 2, 1996.

:     Guest speaker, North Texas Nurses Association,
      Dallas, TX, "Update on HSV", June 27, 1996.

:     Guest speaker, Primary Care Physicians, Dallas, TX,
      "Update on HSV", July 18, 1996.

:     Guest speaker, Primary Care Physicians, Dallas, TX,
      "Hair Loss", August 24, 1996.

:     Guest speaker, Fifth Congress of the European
      Academy of Dermatology, Lisbon, Portugal, "Chronic
      Telogen Effluvium:  Persistent Hair Shedding in
      Women", October 13-17, 1996.

:     Guest speaker, Austin Dermatological Society, Austin,
      TX, "Hair Loss Disorders", October 22, 1996.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 15 of 42

|   |   |   |
|---|---|---|
|  | : | Guest speaker, 3rd International Meeting of Trichology, Granada, Spain, "Current Aspects of Diagnosis of Treatment of Alopecia", November 7-8, 1996. |
|  | : | Guest speaker, IBC's Second Conference on Alopecia, Washington, DC, "Chronic Telogen Effluvium: Increased Scalp Hair Shedding in Middle-Aged Women", November 15, 1996. |
| 1997 | : | Guest speaker, ASHRS 3rd Annual Meeting, Rancho Mirage, CA, "Update on Finasteride in Androgenetic Alopecia", January 18, 1997. |
|  | : | Guest speaker, Procter & Gamble Hair Forum, London, England, "Abnormalities of the Hair Shaft", January 22, 1997. |
|  | : | Guest speaker, Noah Worcester Dermatology Society 39th Annual Meeting, Naples, FL, "Legal Implications - Managed Care", February 2-8, 1997. |
|  | : | Guest speaker, American Academy of Dermatology 1997 Annual Meeting, San Francisco, CA, "Hair Symposium - Chronic Telogen Effluvium" and "Update on Alopecia and Other Hair Disorders - The Utility of the Scalp Biopsy", March 21-26, 1997. |
|  | : | Guest speaker, Merck Lectures, Houston, TX, for Baylor and UT Residents "Hair Shaft Defects", UTMB Dermatology Residents "Patchy Alopecia in Children" and Private Practice Dermatologists "Recent Advances in the Treatment of Androgenetic Alopecia", April 9, 1997. |
|  | : | Guest speaker, Second Trichology Forum, Bologna, Italy, "Histopathology of Non-cicatricial Alopecia", April 23, 1997. |

Curriculum Vitae
David Ashby Whiting, M.D.
Page 16 of 42

:     Guest speaker, Propecia Key Opinion Leaders Meeting, Munich, Germany, "Androgenetic Alopecia" and "Differential Diagnosis of Alopecia", May 16-18, 1997.

:     Guest speaker, First Intercontinental Meeting of Hair Research Societies, Melbourne, Australia, "Update on Chronic Telogen Effluvium", June 11-14, 1997.

:     Guest speaker, World Congress of Dermatology, Sydney, Australia, "Differential Diagnosis of Alopecia", June 15-20, 1997.

:     Guest speaker, Primary Care Physicians, Chicago, IL, "Androgenetic Alopecia:  Recent Advances in Treatment", June 27, 1997.

:     Guest speaker, 12th Annual NAAF International Conference, Chicago, IL, "How to Diagnose Alopecia Areata", June 28, 1997.

:     Guest speaker, University of Florida Dermatology Grand Rounds, Gainesville, FL, "Androgenetic Alopecia, New Therapeutic Developments", July 17, 1997.

:     Guest speaker, American Academy of Dermatology, Academy "97, New York, NY, "Scalp Biopsies in Androgenetic Alopecia", July 30, 1997.

:     Guest speaker, Fort Worth Dermatological Society, Fort Worth, TX, "Inflammatory Scalp Disorders", August 12, 1997.

:     Guest speaker, Primary Care Physicians, Dallas, TX, "Hair Loss", September 6, 1997.

:     Guest speaker, 52nd Brazilian Congress of Dermatology, Brasilia, Brazil, "Finasteride 1 mg: Review of Clinical Data", September 8, 1997.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 17 of 42

:     Guest speaker, European Academy of Dermatology and Venereology, Dublin, Ireland, "Finasteride 1 mg: Review of Clinical Data", September 11, 1997.

:     Guest speaker, Utah Dermatological Society, Salt Lake City, UT, "Finasteride 1mg: Review of Clinical Data", September 25, 1997.

:     Guest speaker, University of Utah Grand Rounds, Salt Lake City, UT, "Chronic Telogen Effluvium and Histological Anatomy of Normal Hair Follicle", September 26, 1997.

:     Guest speaker, University Program, San Lorenzo, Spain, "Finasteride 1mg: Review of Clinical Data", October 3-5, 1997.

:     Guest speaker, Inland County Dermatological Society, Los Angeles, CA, "Finasteride 1mg: Review of Clinical Data", October 14, 1997.

:     Guest speaker, UCLA Grand Rounds, Los Angeles, CA, "Etiology and Pathogenesis of AGA", October 15, 1997.

:     Guest speaker, Merck AGA Consultants Meeting, Pasadena, CA, "Overview of Clinical Program for Finasteride 1mg", October 18, 1997.

:     Guest speaker, American Osteopathic College of Dermatology, San Antonio, TX, "Diagnosis and Treatment of Alopecia", October 20, 1997.

:     Guest speaker, International Symposium of Biology & Therapy of Inflammatory Skin Disease, Jerusalem, Israel, "Contact Dermatitis", November 4, 1997.

:     Guest speaker, World Congress of Hair Research, Seville, Spain, "Office Diagnosis of Hair Shaft Abnormalities", November 13, 1997.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 18 of 42

                               :     Guest speaker, Albert Einstein Medical Center Grand Rounds, New York City, NY, "Etiology & Pathogenesis of Androgenetic Alopecia", December 3, 1997.

                               :     Guest speaker, Dermatologists, New York City, NY, "Update on AGA: Diagnosis and Treatment", December 3, 1997.

                               :     Guest speaker, University of Connecticut Grand Rounds, Hartford, CT, "Finasteride 1mg: Review of Clinical Data", December 4, 1997.

1998  :     Guest speaker, Louisiana State University Grand Rounds, Shreveport, LA, "Evaluation/Diagnosis/ Treatment of Alopecia", January 13, 1998.

                               :     Guest speaker, Louisiana State University Dermatology Dept., Shreveport, LA, "Histopathology of Alopecia", January 13, 1998.

                               :     Guest speaker, Arklatex Derm Society, Shreveport, LA, "Evaluation/Diagnosis/Treatment of Alopecia", January 13, 1998.

                               :     Guest speaker, University of Pennsylvania, Philadelphia, PA, "Secrets of Horizontal Scalp Biopsies", January 22, 1998.

                               :     Guest speaker, Jefferson Dermatology Associates, Philadelphia, PA, "Etiology & Pathogenesis of AA", January 23, 1998.

                               :     Guest speaker, Philadelphia Derm Society, Philadelphia, PA, "AGA and Finasteride Phase 3 Data", January 23, 1998.

                               :     Guest speaker, Hawaii Dermatology, Kona, HI, "Androgenetic Alopecia & Differential Diagnosis" and "Hereditary & Hormonal Factors Influencing Hair Growth", January 27, 1998.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 19 of 42

:    Guest speaker, Houston Dermatology Society,
     Houston, TX, "Hair Shedding in Middle Aged Women"
     and "AGA Treatment, Including Propecia", February
     2, 1998.

:    Guest speaker, University of Cincinnati, Cincinnati,
     OH, "Histological Anatomy of Normal Hair Follicle"
     and "Etiology & Pathogenesis of AGA", February 4 &
     5, 1998.

:    Guest speaker, Cincinnati Derm Society, Cincinnati,
     OH, "Current Aspects of Diagnosis & Treatment of
     Alopecia", February 4, 1998.

:    Guest speaker, Glaxo Employee Seminar,
     Raleigh/Durham, NC, "Dermatopathology of AGA,
     Evaluating Patients for Study", February 6, 1998.

:    Guest speaker, UCI Hair Symposium, Irvine, CA,
     "Therapeutic Approach to AGA with Finasteride" and
     "Other Pharmacologic Approaches for AGA",
     February 14, 1998.

:    Guest speaker, American Academy of Dermatology,
     Orlando, FL, "AGA: Measuring the Propecia
     Experience", "Scalp Biopsy" and "Scarring Alopecias:
     Any Help in Diagnosis and Treatment", February 25-
     March 2, 1998.

:    Guest speaker, Merck Symposium, Johannesburg,
     South Africa, "The Differential Diagnosis and
     Treatment of Hair Loss", April 2, 1998.

:    Guest speaker, Propecia Launch Meeting, Sao Paolo,
     Brazil, "Safety, Tolerability and Clinical Efficacy of
     Propecia", April 25, 1998.

:    Guest speaker, Hair Workshop, Brussels, Belgium,
     "Hair Follicle Structure:  Specificity of Changes in the
     Pilo-Sebaceous Unit and its Micro-Environment in
     Androgen Dependent Alopecia", May 1, 1998.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 20 of 42

:     Guest speaker, University of Illinois at Chicago Grand Rounds, Chicago, IL, "Cicatricial Alopecia", May 13, 1998.

:     Guest speaker, Australian College of Derm Annual Meeting, Melbourne, Australia, "Propecia Phase III (one year) & Recent 2 Year Data", May 18, 1998.

:     Guest speaker, Presbyterian Hospital Grand Rounds, Dallas, TX, "Update on Hair Loss-Finasteride & 5% Minoxidil", June 3, 1998.

:     Guest speaker, University of British Columbia, Vancouver, Canada, "Hair Loss" and "Hair Shaft Abnormalities", June 4, 1998.

:     Guest speaker, Merck Lecture, Museum at the Ballpark in Arlington, TX, "Current and Future Applications of 5-Alpha Reductase Inhibitors", June 7, 1998.

:     Guest speaker, Clinical Derm 2000, Singapore, "Recognition of AGA", "Differential Diagnosis of Alopecia", "Finasteride 1 mg/day: Review of Phase III Data", June 17-20, 1998.

:     Guest speaker, Sydney General Practitioners, Sydney, Australia, "Finasteride 1 mg/day: Review of Phase III Data", July 18, 1998.

:     Guest speaker, Melbourne General Practitioners, Melbourne, Australia, "Finasteride 1 mg/day: Review of Phase III Data", July 22, 1998.

:     Guest speaker, Adelaide General Practitioners, Adelaide, Australia, "Finasteride 1 mg/day: Review of Phase III Data", July 23, 1998.