# EXHIBIT A
# PART II

Curriculum Vitae
David Ashby Whiting, M.D.
Page 21 of 42

      :    Guest speaker, XIV Congress of Argentine Dermatologists, Buenos Aires, Argentina, "Treatment with Finasteride 1 mg/day in Men with Male Pattern Hair Loss", "Propecia Clinical Trials - Phase III Results" and "Clinical Management of a Patient with AGA", August 5-12, 1998.

      :    Guest speaker, University of Warwick, Warwick, United Kingdom, "Finasteride 1 mg: Phase III Clinical Trial Results", September 3, 1998.

      :    Guest speaker, Primary Care Physicians, Dallas, TX, "Hair Loss", September 12, 1998.

      :    Guest speaker, EADV, Nice France, "Androgenetic Alopecia: Role of Hair Biopsies", October 7, 1998.

      :    Guest speaker, South Africa Derm in the Wilderness Congress, Western Cape, South Africa, "Treatment Options for AGA in Men, Including Finasteride 1 mg/day and its Clinical Trials", October 14, 1998.

      :    Guest speaker, Atlanta Dermatological Association, Atlanta, Georgia, "The Differential Diagnosis of Hair Loss", "The Treatment of Common Types of Hair Loss", "Vertical and Horizontal Anatomy of the Hair Follicle", October 23-25, 1998.

      :    Guest speaker, American Society of Dermatopathology, Denver, Colorado, "Hair Shaft Abnormalities", November 1, 1998.

      :    Guest speaker, Kansas University Residents, Kansas City, Kansas, "The Vertical and Horizontal Anatomy of the Hair Follicle", November 19, 1998.

      :    Guest speaker, Kansas City Dermatology Association, Kansas City, Kansas, "Differential Diagnosis of AGA", November 19, 1998.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 22 of 42

|  |  |  |
|--|--|--|
| | : | Guest speaker, Dermatology Congress, Paris, France, "The Treatment of Androgenetic Alopecia with Topical Alostil 5%", December 4, 1998. |
| | : | Guest speaker, Combined Skin Pathology Course, Dallas, Texas, "Non-scarring Alopecia", "Cicatricial Alopecia", December 9-10, 1998. |
| 1999 | : | Guest speaker, Mount Sinai Grand Rounds, New York, New York, "A New Look at Cicatricial Alopecia", "Horizontal Anatomy of the Hair Follicle", January 14, 1999. |
| | : | Guest speaker, Merck Speakers Forum, Athens, Greece, "Differential Diagnosis of Androgenetic Alopecia", January 16, 1999. |
| | : | Guest speaker, Practical Hair Workshop, Vancouver, Canada, "Basic Hair Anatomy - Why is it Important?", "Androgenetic Alopecia: Pathology", "Dermatopathology of Common Hair Problems", February 5-7, 1999. |
| | : | Guest speaker, MSD Spain Propecia Launch, Seville, Spain, "Propecia: Review of 24 Month Clinical Data", February 27, 1999. |
| | : | Guest speaker, BUMC Grand Rounds, Dallas, Texas, "Alopecia: Differential Diagnosis and Treatment Options", March 30, 1999. |
| | : | Guest speaker, University Program, Bologna, Italy, "Differential Diagnosis of Hair Loss", April 14, 1999. |
| | : | Guest speaker, Dallas Dermatologic Society, Dallas, Texas, "Recent Advances in Treatment of Hair Loss", April 27, 1999. |
| | : | Guest speaker, Hair '99, Cornell University, New York, NY, "Hair Anatomy: A Vertical and Transverse Overview", May 8, 1999. |

Curriculum Vitae
David Ashby Whiting, M.D.
Page 23 of 42

| | | |
|---|---|---|
| | : | Guest speaker, St. Paul Hospital Grand Rounds, Dallas, Texas, "Traumatic Alopecia", June 10, 1999. |
| | : | Guest speaker, European Hair Research Society, York, U.K., "Possible Mechanisms of Miniaturization During Androgenetic Alopecia", September 17, 1999. |
| | : | Guest speaker, Indiana State Dermatological Society, Indianapolis, IN, "Recent Advances in the Treatment of Androgenetic Alopecia", September 24, 1999. |
| | : | Guest speaker, EADV, Amsterdam, The Netherlands, "An Introduction to Male Pattern Hair Loss", September 19-October 3, 1999. |
| | : | Guest speaker, Primary Care Physicians, Dallas, TX, "Hair Loss", October 16, 1999. |
| 2000 | : | Guest speaker, 28th National Conference of Indian Association of Dermatologists, Venereologists & Leprologists, Bangalore, India, "Diffuse Hair Fall with Medical Management of Androgenetic Alopecia", "Cicatricial Alopecias", and "Traumatic Alopecias and the Varieties of Physical and Chemical Damage to the Hair", January 27-30, 2000. |
| | : | Guest speaker, The Art of Managing Hair Problems, Coimbra, Portugal, "Hair Disorders", April 1-2, 2000. |
| | : | Guest speaker, Propecia University Program, Budapest, Hungary, "Differential Diagnosis of Alopecia", April 28-30, 2000. |
| | : | Guest speaker, Hair and Nail Symposium, Minneapolis, MN, "Hair Follicle Anatomy and Physiology: Latest Perspectives" and Histopathological Evaluation of Men and Women with Non-Cicatricial Alopecia", May 5-6, 2000. |
| | : | Guest speaker, 75th Congress of the Society of Italian Dermatology and Venereology, Bologna, Italy, "Growing Hair in the Year 2000", June 7-10-2000. |

Curriculum Vitae
David Ashby Whiting, M.D.
Page 24 of 42

2000:                     :        Guest speaker,  Annual Meeting of
                                   Italian Dermatology Society, Bologna,
                                   Italy, "Growing Hair in the Year 2000",
                          June 8, 2000.

                          :        Guest speaker, Houston
                                   Dermatologists, Houston, TX, "Update
                          on Treatment of Androgenetic alopecia",
                          August 26, 2000.

                          :        Guest speaker, Annual Meeting of
                                   European Hair Research Society,
                                   Marburg, Germany, "Treatment of
                                   Androgenetic alopecia in Men; the
                                   Finasteride Experience", September 15-
                          17, 2000.

                          :        Guest speaker, Annual Meeting of
                                   European Hair Research Society,
                                   Dermatopathology Workshop, Marburg,
                          Germany, "Pathology of Hair Loss in
                          Horizontal and Vertical Sections",
                          September 15-17, 2000.

                          :        Guest speaker, New York Hair
                                   Symposium 2000, New York, NY,
                                   "Learning Hair Follicle Anatomy in
                                   Vertical and Horizontal Sections",
                                   September 23, 2000.

                          :        Guest speaker, Children's Medical
                                   Center Ground Rounds, Dallas, TX,
                                   "Hair Disorders in Children", September
                          27, 2000.

                          :        Guest speaker, European Academy of
                                   Dermatology and Venereology, Geneva,
                                   Switzerland, "Androgenetic Alopecia",
                          October 11, 2000.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 25 of 42

:	Speaker, Annual Meeting of
American Society of Dermatopathology,
"Anatomy of Hair Follicle in Horizontal
and Vertical Sections", October 22, 2000.

2001	:	Guest speaker, Boston Dermatology	Society,
Boston (Harvard University), MA: "Anatomy of	Hair
Follicle in Horizontal and Vertical Sections and
Miniaturization in Androgenetic	Alopecia", January
3, 2001.

:	Speaker, Workshop on Cicatricial Alopecia, Durham
(Duke University),	NC: "Cicatricial Alopecia—The
Baylor Experience", February 10, 2001.

:	Speaker, American Academy of Dermatology,
Washington, DC: "Cicatricial Alopecia", March 3,
2001.

:	Guest speaker, Toronto Dermatologic	Society,
Toronto, Canada: "Recent Advances in the
Treatment of Androgenetic alopecia", March 28-
29, 2001.

:	Guest speaker, Annual Congress of Dermatological
Society of South Africa/Egoli 2001, Johannesburg,
South Africa: "Traumatic Alopecias", April 26-	29,
2001.

:	Guest speaker, Annual Congress of Dermatological
Society of South Africa/Egoli 2001, Johannesburg,
South Africa: "Treatment of Unwanted Facial Hair
with Vaniqa", April 28, 2001.

:	Speaker, Third Intercontinental	Meeting of Hair
Research Societies, Tokyo, Japan: "The
Morphology of the	Human Hair Follicle in Vertical
and Horizontal Sections", June 13-15, 2001.

:	Guest speaker, Seoul Hair Symposium, Seoul, Korea:
"Possible Mechanisms of Miniaturization in	Androgenetic
Alopecia", June 16-20, 2001.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 26 of 42

           :        Guest speaker, Seoul Hair Symposium, Seoul, Korea: "Propecia – 5 Year Results", June 16-18,     2001.

           :        Guest speaker, Catholic University Hospital, Seoul, Korea: "Differential Diagnosis of Noncicatricial Alopecia", June 16-18, 2001.

           :        Faculty speaker, Regional Meeting of    International Society of Dermatology,    Rhodes, Greece: "Reduction of Unwanted Facial Hair in Women with Vaniqa", September 6-9, 2001.

           :        Guest speaker, Iowa Dermatological Society, Iowa City, Iowa, "Androgenetic vs diffuse alopecia, diagnosis and treatment", October 18-20, 2001.

           :        Guest speaker, Dallas and Fort Worth Dermatological Society, Dallas, Texas, "Update on Common Baldness", November 13, 2001.

2002           :        American Academy of Dermatology, New Orleans, LA: "The    pathology of the common causes of Hair Loss". BasicDermpath 202, Friday, February 22, 2002.

           :        Matt Leavit Hair Replacement Surgery Meeting, Orlando, FL: "Medical Treatment of Androgenetic Alopecia", March 8, 2002.

           :        Presbyterian Hospital, Dallas - Update on Disorders of Hair Growth. "Diffuse and pattern alopecia/Hair Treatment Meds",  May 1, 2002.

           :        AVRAM Hair Transplant Meeting, New York. "Diffuse and pattern alopecia/Hair Treatment Meds",  May 4, 2002.

           :        UTSW, Dallas: "Changing Histopathology of Alopecia Areata", June 1, 2002.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 27 of 42

:  EHRS Hair Workshop, Brussels Belgium: "My Management of Androgenetic Alopecia", June 26,27, 2002.

:  World Congress of Dermatology: Alopecia Areata Workshop 26, Paris France: "Changing Histopathology of Alopecia Areata", July 2, 2002.

:  World Congress of Dermatology: Hair Symposium: "Inflammation and Hair Loss", July 4, 2003.

:  MAG House, Portchester, New York: "Management of Diffuse Alopecia and Androgenetic Alopecia", September 26, 2002.

:  ISHRS Workshop, Chicago, IL: "Finasteride treatment of Androgenetic Alopecia in Males aged 41-60", October 10-12, 2002.

:  3rd Australasian Hair and Wool Research Society, Melbourne, Australia: "Cicatricial Alopecia", Friday, November 8, 2002. "Treatment of Androgenetic Alopecia – 5 years on", Friday, November 8, 2002-9, 2002. "The Changing Histopathology of Alopecia Areata", Saturday, November 9, 2002.

2003    :  Noah Worchester Dermatologic Society, Ft. Lauderdale, FL: "The Evolving Histopathology of Alopecia Areata". January 23, 2003

:  4th Practical Hair Workshop, Montreal, Canada: "Hair Follicle Anatomy in Horizontal and Vertical Sections", February 8, 2003. "Hair Shaft Abnormalities", February 8, 2003. "Dermatopathology of Hair Disorders: Importance of Scalp Biopsy", February 9, 2003.

:  EADV Spring Symposium - Director of Hair Symposium, Malta: "The histopathology of Alopecia Areata - A new Look", March 1-2, 2003.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 28 of 42

:    Merck, Boston, MA:  "Management and Treatment of Patient with Male Pattern Hair Loss", March 12-13, 2003.

:    American Academy of Dermatology, San Francisco, California:  "Changing Histopathology of Alopecia Areata", March 21, 2003, March 21, 2003.

:    Long Island Dermatologic Society, Long Island, New York:  "What's New in Hair Shaft Disorders", April 8, 2003.

:    Valley of the Sun Conference, Phoenix, Arizona: "Hair Disorders 2003".  May 18, 2003.

:    European Hair Research Society,  Barcelona Spain: "Androgenetic alopecia in biopsies".  June 26,  2003.

## POSTERS

3rd International Meeting of the Hair Research Society Tokyo, Japan: *Quantifying progression or reversal of follicular miniaturization in androgenetic alopecia by image analysis in drug studies.* D Whiting, D Canfield. June, 2001

4th Alopecia Areata Workshop, Washington, DC:  Poster Presentation - *The Histopathology of      Alopecia Areata – A New Look.* D Whiting.  November 2, 2002.

American Academy of Dermatology Annual Meeting, San Francisco, California – *Increased Frontal Scalp Coverage and Frontal Hair Regrowth with 5% and 2% Minoxidil Topical Solution.* Olsen E, Whiting D, Miller JJ.  March 21-26, 2003.

Society for Investigative Dermatology, Miami Beach, FL: *Desmoglein 4 is a novel desmosomal cadherin with an essential role in hair follicle keratinocytes differentiation and is mutated in the lanceolate mouse and localized hypotrichosis in humans.*  A Kljuic, J Sundberg, H Bazzi, A Martinez-Mir, R O'Shaugnessy, K Djabali, M Levy, X Montagutelli, W. Ahmad, VM Aita, D Gordon, M Mahoney, J Uitto, D. Whiting, J Ott, S Fisher, T Gilliam, R Morris, A Panteleyv and AM Christiano.  April 30 – May 4, 2003.

Society for Investigative Dermatology, Miami Beach, FL: *Effect of Aldara 5% cream on anagen:telogen and terminal:vellus ratios in extensive alopecia areata.* MK Hordinsky, LP Steiner, C Boeck, M Deeths, D. Whiting and ME Ericson. April 30 – May 4, 2003

Society for Investigative Dermatology, Miami Beach, FL: *Alopecia areata phylogenetic tissue arrays.* S Whitehead, KA Silva, M Hogan, T Olivry, TL Gross, RW Dunstan, KJ McElwee, D Whiting, LE King and JP Sundberg.

AAD/3M Pharmaceuticals 2005: *Long-Term Clinical Outcomes Following Treatment of Actinic Keratosis with Imiquimod 5% Cream.* PK Lee, WB Harwell, KH Loven, TJ Phillips DA Whiting, KL Andres and JH Lee.

AAD 63rd Annual Meeting, February 18-23, 2005: *Dapsone Topical Gel 5% is an Effective, Save and Novel Topical Treatment for Acne Vulgaris.* D Wilson, J Herndon, D Whiting and A Shalita.

**PUBLICATIONS**               Over 135 medical papers and book chapters published.


PUBLICATIONS
David A. Whiting, M. D.

## ARTICLES

1.  Miller WAM, Whiting DA: An economic survey of general practice in the Republic of S Afr Med J 39:803-8, 1965.

2.  Whiting DA: Erythema multiforme. Geneeskunde 8:137-9, 1966.

3.  Whiting DA: Ainhum van die Vingers - Verslag van 'n Geval. Geneeskunde 9:37-8, 1967.

4.  Whiting DA: Systemic lupus erythematosus with cryoglobulinemia, peripheral gangrene, and transplacental passage of the L.E. factor. S Afr Med J 41:479-82, 1967.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 30 of 42

5.    Whiting DA: Treatment of chromoblastomycosis with high local concentrations of amphotericin B. Br J Dermatol 79:345-51, 1967.

6.    Whiting DA, Van Rooyen RJ: Skin sloughing and peripheral gangrene in a case of Waterhouse-Friderichsen Syndrome, probably caused by E. coli septicaemia. S Afr Med J 41:858-9, 1967.

7.    Whiting DA: Die flora en fauna van die vel as bron van sistemiese infeksies. Geneeskunde 9:286-92, 1967.

8.    Findlay GH, Whiting DA: Arbovirus exanthem from sindbis and West Nile viruses. Br J Dermatol 80:67-74, 1968.

9.    Whiting DA, Cloete GNP: Chemotherapy and conservative surgery in the treatment of chromoblastomycosis. S Afr Med J 42:883-6, 1968.

10.    Whiting DA, Smith MB: The clinical appearances of hand, foot and mouth disease. S Afr Med J 43:575-7, 1968.

11.    Findlay GH, Whiting DA, Simson IW: Dermatomyositis in the Transvaal and its occurrence in the Bantu. S Afr Med J 43:694-7, 1969.

12.    Whiting DA, Kallmeyer JC, Simson IW: Widespread arterial spiders in the case of latent hepatitis with resolution after therapy. Br J Dermatol 82:32-6, 1970.

13.    Whiting DA, Simson IW, Kallmeyer JC, Dannheimer IPL: Unusual cutaneous lesions in tumoral calcinosis. Arch Dermatol (Chic) 02:465-73, 1970.

14.    Whiting DA: Plant dermatitis in the Southern Transvaal. S Afr Med J 4:163-7, 1971.

15.    Whiting DA: Naegeli's reticular pigmented dermatosis. Br J Dermatol 85:71-73 Supplement 7, 1971.

16.    Issroff SW, Whiting DA: Low molecular weight dextran in the treatment of livedo reticularis with ulceration. Br J Dermatol 85:25-31 Supplement 7, 1971.

17.    Findlay GH, Whiting DA: Universal dyschromatosis. Br J Dermatol 85:65-71 Supplement 7, 1971.

18.    Findlay GH, Whiting DA: Disseminated and zosteriform cutaneous schistosomiasis. Br J Dermatol 85:97-101 Supplement 7, 1971.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 31 of 42

19.    Berson SD, Issroff SW, Kotton B, Whiting DA: Juvenile xanthogranuloma. S Afr
       Med J 46:565-8, 1972.

20.    Bristow JH, Whiting DA: Werner's Syndrome: Clinical features and cataract
       surgery. S Afr Med J 47:566-9, 1973.

21.    Whiting DA, Bisset EA: Tinea nigra. S Afr Med J 47:1659-61, 1973.

22.    Findlay GH, Whiting DA, Eggers SH, Ellis RP: Smodingium (African "poison ivy")
       dermatitis. Br J Dermatol 90:535-41, 1974.

23.    Dogliotti M, Caro I, Hartdegen RG, Whiting DA: Leucomelanoderma in blacks. A
       recent epidemic. S Afr Med J 48:1555-8, 1974.

24.    Whiting DA, Bisset EA: The investigation of superficial fungal infections by skin
       surface biopsy. Br J Dermatol 91:57-65, 1974.

25.    Whiting DA, Bristow JH. Dermatitis and keratoconjunctivitis caused by a prickly
       pear (opuntia microdasys). S Afr Med J 49:1445-8, 1975.

26.    Whiting DA: Dermatitis and conjunctivitis caused by opuntia microdasys - a study
       of glochid structure. Proc Electron Microsc Soc S Afr 5:73, 1975.

27.    Whiting DA: Hair abnormalities viewed through the scanning electron
       microscope.  Proc Electron Microsc Soc S Afr 5:75-6, 1975.

28.    Schulz EJ, Whiting DA: Treatment of erythema nodosum and nodular vasculitis
       with potassium iodide. Br J Dermatol 94:75-8, 1976.

29.    Whiting DA: The successful treatment of creeping eruption with topical
       thiabendazole. S Afr Med J 50:253-5, 1976.

30.    Whiting DA: Nits and pseudonits - pediculosis and peripilar casts. Proc Electron
       Microsc Soc S Afr 6:45-6, 1976.

31.    Whiting DA: Brittle nails and nail ringworm. Proc Electron Microsc Soc S Afr 6:47-
       8, 1976.

32.    Whiting DA: Scanning electron microscopy of sarcoptes scabiei. Proc Electron
       Microsc Soc S Afr 6:49-50, 1976.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 32 of 42

33.    Rabson AR, Whiting DA, Anderson R, Glover A, Koornhof HJ: Depressed neutrophil motility in patients with recurrent herpes simplex infections:  In vitro restoration with levamisole.  J Infect Dis 135:113-6, 1977.

34.    Findlay GH, Whiting DA: Mondor's phlebitis of the penis:  A condition miscalled "non-venereal sclerosing lymphangitis."  Clin Exper Dermatol 2:65-7, 1977.

35.    Findlay GH, Nurse GT, Heyl T, Hull PR, Jenkins T, Klevansky H, Morrison JGL, Sher J, Schulz EJ, Swart E, Venter IJ, Whiting DA: Keratolytic winter erythema or "oudtshoorn skin."  S Afr Med J 52:871-4, 1977.

36.    Whiting DA: Skin Tumours in white South Africans, part I.  Patients, methods and tumour incidence. S Afr Med J 53:98-102, 1978.

37.    Whiting DA: Skin tumours in white South Africans, part II. The age and sex incidence of skin tumours. S Afr Med J 53:131-3, 1978.

38.    Whiting DA: Skin tumours in white South Africans, part III. The distribution of skin tumours on the body. S Afr Med J 53:134-6, 1978.

39.    Whiting DA: Skin tumours in white South Africans, part IV. The influence of occupation, sun-sensitivity, colouring and associated skin tumours on skin tumour incidence. S Afr Med J 53:162-6, 1978.

40.    Whiting DA: Skin tumours in white South Africans, part V.  The treatment of skin tumours. S Afr Med J 53:166-70, 1978.

41.    Whiting DA: Some thoughts on moles and melanomas. Int J Dermatol 7:485-7, 1978.

42.    Whiting DA: Acne (clinical review). West J Med 131:551-7, 1979.

43.    Becker LE, Bergstresser PR, Whiting DA, Clendenning WE, et al.: Topical clindamycin therapy for acne vulgaris. Arch Dermatol 117:482-5, 1981.

44.    Whiting DA: Management of acne: Interview with David A. Whiting. Ped Infect Dis 2:275-9, 1983.

45.    Menter MA, Whiting DA, McWilliams J: Resistant childhood psoriasis: An analysis of patients seen in a day-care center. Pediatr Dermatol 2:8-12, 1984.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 33 of 42

46.    Whiting DA: Structural abnormalities of the hair shaft. J Am Acad Dermatol 16:1-25, 1987.

47.    Whiting DA: The treatment of alopecia areata. Cutis 40:247-50.

48.    Whiting DA: Diagnostic and predictive value of transverse sections of scalp biopsies in alopecia areata: Abstracts of papers presented at the 26th Annual Meeting of the American Society of Dermatopathology. Washington, D.C., Nov. 30-Dec. 2, 1988. J Cutan Pathol 15:350, 1988.

49.    Whiting DA: The value of transverse sections of scalp biopsies in alopecia areata. Proceedings of the 5th International Congress of Pediatric Dermatology - Milan July 11-15, 1989, edited by Ruggero Caputo & Carlo Gelmettti.

50.    Edwards L, Whiting DA, Rogers D, Luck K, Smiles K: The effect of intralesional interferon gamma on basal cell carcinomas. J Am Acad Dermatol 22:496-500, 1990.

51.    Whiting DA: The value of horizontal sections of scalp biopsies.  J. Cutan Aging Cosmet Dermatol 1:165-73, 1990.

52.    Whiting DA: Diagnostic and predictive value of horizontal sections of scalp biopsies in male pattern androgenetic alopecia (abstr). J Cutan Pathol 17:325, 1990.

53.    Whiting DA: Diagnostic and predictive value of horizontal sections of scalp biopsies in female androgenetic alopecia (abstr). Br J Dermatol 125:94 Supplement 38, 1991.

54.    Elston DM, Bergfeld WF, Whiting DA, McMahon JT, Dawson DM, Quint K L, Muhlbauer JE:  Bubble hair. J Cutan Pathol 19:439-44, 1992.

55.    Whiting DA, Jacobson C: Treatment of female androgenetic alopecia with Minoxidil 2%. Int J Dermatol 31:800-4, 1992.

56.    Whiting DA: Horizontal sections of scalp biopsies in the diagnosis of pediatric alopecia (abstr). Pediatr Dermatol 9:225, 1992.

57.    Edwards L, Berman B, Rapini RP, Whiting DA, Tyring S, Greenway HT, Eyre SP, Tanner DJ, Taylor EL, Peets E, Smiles KA: Treatment of cutaneous squamous cell carcinomas by intralesional interferon alfa-2b therapy. Arch Dermatol 128:1486-9, 1992.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 34 of 42

58.    Whiting DA: Diagnostic and predictive value of horizontal sections of scalp biopsy specimens in male pattern androgenetic alopecia. J Am Acad Dermatol 28:755-63, 1993.

59.    Smit E, Whiting DA, Feld S: Iodine-induced hyperthyroidism caused by acne treatment. J Am Acad Dermatol 31:115-7, 1994.

60.    Whiting DA: Histopathology of alopecia areata in horizontal sections of scalp biopsies. Presented at 2nd Inter. Resch. Workshop on Alopecia Areata, Bethesda, MD, Nov. 7-8, 1994.  J Invest Dermatol 104:26S-27S, 1995.

61.    Whiting DA: A comparison of traumatic alopecia in children and adults (abstr). Pediatr Dermatol 12:92, 1995.

62.    Whiting DA, Stough DB: Posttransplant epidermoid cysts secondary to small graft hair transplantation.  Derm Surg 21:863-866, 1995.

63.    Whiting DA: Chronic telogen effluvium: Increased scalp hair shedding in middle-aged women. J Am Acad Dermatol 35:899-906, 1996.

64.    McElwee KJ, Boggess D, Olivry T, Oliver RF, Whiting DA, Tobin DJ, Bystryn J, King LE, Sundberg JP:  Comparison of alopecia areata in human and nonhuman mammalian species. Pathobiology 66:90-107, 1998.

65.    Whiting DA:  Male pattern hair loss: Current understanding. Int J Dermatol 37:561-566, 1998.

66.    Kaufman KD, Olsen EA, Whiting DA, Savin R, DeVillez R, Bergfeld W, Price VH, Van Neste D, Roberts JL, Hordinsky M, Shapiro J, Binkowitz B, Gormley GL: Finasteride in the treatment of men with androgenetic alopecia. J Am Acad Dermatol 39:578-589, 1998.

67.    Whiting DA:  Scalp biopsy as a diagnostic and prognostic tool in androgenetic alopecia. Dermatol Ther 8:24-33, 1998.

68.    Whiting DA: Traumatic alopecia. Inter J Dermatol (supplement 1) 38:34-44, 1999.

69.    Bayne EK, Flanagan J, Einstein M, Ayala J, Chang B, Azzolina B, Whiting DA, Mumford RA, Thibouto D, Singer II, Harris G:  Immunohistochemical localization of Types 1 and 2 5a-reductase in human scalp.  Br J Dermatol 141:481-491, 1999.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 35 of 42

70.   Drake L, Hordinsky M, Fiedler V, Swinehart J, Unger WP, Cotterill PC, Thiboutot DM, Lowe N, Jacobson C, Whiting DA, et al.:  The effects of finasteride on scalp skin and serum androgen levels in men with androgenetic alopecia. J Am Acad Dermatol Vol. 41, No. 4, 550-554, 1999.

71.   Roberts JL, Fiedler V, Imperato-McGinley J, Whiting DA, et al:  Clinical dose ranging studies with finasteride, a Type 2 5a-reductase inhibitor, in men with male pattern hair loss.  J Am Acad Dermatol Vol. 41, No. 4, 555-563, 1999.

72.   Whiting DA: Dermatopathology of common hair problems. J Cut Med and Surg Vol. 3, Suppl. 3, 2-13, 1999.

73.   Roberts JL, Whiting DA, Henry D, Basler G, Woolf L:  Marie Unna congenital hypotrichosis: Clinical description, histopathology, scanning electron microscopy of a previously unreported large pedigree. Soc of Inv Dermatol  Vol. 4, No. 3, 261-267, 1999.

74.   Whiting DA, Waldstreicher J, Sanchez M, Kaufman KD: Measuring reversal of hair miniaturization in androgenetic alopecia by follicular counts in horizontal sections of serial scalp biopsies: Results of finasteride 1 mg treatment of men and postmenopausal women. J Invest. Dermatol. Suppl. Vol. 4, No. 3, 282-284, 1999.

75.   Price VH, Roberts JL, Hordinsky M, Olsen E, Savin R, Bergfeld W, Lucky A, Whiting DA, Pappas F, Culbertson J, Kotey P, Meehan A, Waldstreicher J: Lack of efficacy of finasteride in postmenopausal women with androgenetic alopecia. J Am Acad Dermatol Vol. 43, No. 5, 768-776, 2000.

76.   Whiting DA: Advances in the treatment of male androgenetic alopecia: A brief review of finasteride studies. Eur J Dermatol Vol. 11, No. 4, 332-4, 2001.

77.   Whiting DA: Possible mechanisms of miniaturization during androgenetic alopecia or pattern hair loss. J Am Acad Dermatol Vol. 45, No. 3, S81-S86, 2001.

78.   Linch CA, Whiting DA, Holland MM: Human hair histogenesis for the mitochondrial DNA forensic scientist. J Forensic Sciences July, 844-853, 2001.

79.   Whiting DA: The histopathology of alopecia areata in vertical and horizontal sections. Dermatol Ther Vol. 44, No. 2,  297-305, 2001.

80.   Whiting DA: Cicatricial alopecia: clinico-pathological findings and treatment. Clinics in Dermatol Vol. 19, No. 2, 211-25, 2001.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 36 of 42

81.    Lee HJ, Ha SJ, Lee JH, Kim JW, Kim HO, Whiting DA: Hair counts from scalp
       biopsy specimens in Asians. J Am Acad Dermatol Vol. 46, No. 2, 218-21, 2002.

82.    Kljuic A, Bazzi H, Sundberg JP, Martinez-Mir A, O'Shaughnessy R, Mahoney
       MG, Levy M, Montagutelli X, Ahmad W, Aita VM, Gordon D, Uitto J, Whiting D,
       Ott J, Fischer S, Gilliam TC, Jahoda CAB, Morris RJ, Panteleyev AA, Nguyen
       VT, and Christiano AM.: Desmoglein 4 in Hair Follicle Differentiation and
       Epidermal Adhesion: Evidence from Inherited Hypotrichosis and Acquired
       Pemphigus Vulgaris. Cell – Vol. 113, 249-260, April 18, 2003.

83.    Whiting DA, Olsen EA, Savin R, Halper L, Rodgers A, Wang L, Hustad C, and
       Palmisano J: Efficacy and tolerability of finasteride 1 mg. in men aged 41 to 60
       years with male pattern hair loss. European Journal of Dermatology – Vol. 13,
       150-160, March-April 2003.

84.    Abstract - A new look at the histopathology of alopecia areata – Journal of
       European Academy of Dermatology and Venereology, Vol. 17, Supplement 1,
       page 31 – March, 2003

85.    Abstract – A child with trichothiodystrophy with unique histology – Journal of
       European Academy of Dermatology and Venereology, Vol. 17, Supplement 1,
       page 33 – March, 2003

86.    Commentary - Bergstresser PR, Whiting DA: In This Issue: Proceedings From
       the Third Intercontinental Meeting of Hair Research Societies. J Invest Dermatol
       Symposium Proceedings 2003, Vol. 8, No. 1; pages vii, viii and ix.

87.    Olsen E, Stenn K, Bergfeld W, Cotsarelis G, Price V, Shapiro J, Sinclair R,
       Solomon A, Sperling L, Whiting D: Update on cicatricial alopecia. J Invest.
       Dermatol Symposium Proceedings 2003; Vol. 8, No.1; 18-19.

88.    Sinclair R, Jolley D, Mallari R, Magee J, Tosti A, Piracinni BM, Vincenzi C,
       Happle R, Ferrando J, Grimalt R, Therese L, Van Neste D, Zlotogorski A,
       Christiano AM, Whiting D: Morphological approach to hair disorders. J Invest
       Dermatol Symposium Proceedings 2003, Vol. 8, No. 1; 56-64.

89.    Abstract - Whiting DA, Canfield D: Quantifying progression or reversal of follicular
       miniaturization in androgenetic alopecia by image analysis. J Invest Dermatol
       Symposium Proceedings 2003. Vol. 8, No. 1; 149

Curriculum Vitae
David Ashby Whiting, M.D.
Page 37 of 42

90.    Abstract – Lee HJ, Ha SJ, Lee JH, Kim JW, Kim HO, Whiting DA:  Hair counts from scalp biopsy specimens in Asians.  J Invest Dermatol Symposium Proceedings 2003.  Vol. 8, No. 1; 150.

91.    Whiting DA:  Histopathologic Features of Alopecia Areata:  A New Look.    Arch. Dermatol 2003; Vol. 139 No. 12; 1555

92.    Abstract – Whiting DA:  Monitoring the evolving histopathology of alopecia areata.  Abstracts for the IX International Congress of Dermatology, Beijing, China, May 19-22, 2004, Abstract 238, p. 109.

93.    Leyden J, et al:  A systemic type I 5α-reductase inhibitor is ineffective in the treatment of acne vulgaris.  J Am Acad Dermatol, March 2004, Vol. 50, No 3: 443-449.

94.    Lebwohl M, Dinehart S, Whiting D, Lee P, Tawfik N, Jorizzo J, Lee J, Fox T:    Imiquimod 5% cream for the treatment of actinic keratosis: Results from   two phase III, randomized, double-blind, parallel group, vehicle-controlled          trials.  J Am Acad Dermatol, May 2004, Vol. 50, No 5: 714-721

95.    Olsen E, Hordinsky M, Price V, Roberts J, Shapiro J, Canfield D, Duvic M, King L, Jr., McMichael A, Randall V, Turner M, Sperling L, Whiting D, Norris    D:  Alopecia areata investigational assessment guidelines – Part II.  J Am  Acad Dermatol, September 2004, Vol. 51, No 3: 440-447.

96.    Olsen EA, Messenger AG, Shapiro J, Bergfeld WF, Hordinsky MK, Roberts JL, Stough D, Washenik K, Whiting DA:  Evaluation and treatment of male and female pattern hair loss.  J Am Acad Dermatol. 2005 Feb;52(2):301-11

EDITORIALS

1.    Whiting DA: Economics of medical practice in the Republic. S Afr Med J 39:810, 1965.
2.    Whiting DA: Sindbis and West Nile Exanthemata in South Africa. S Afr Med J 42:197, 1968.

3.    Sperling LC, Solomon AR, Whiting DA: A new look at scarring alopecia. Arch Dermatol 235-242, 2000.

CORRESPONDENCE

Curriculum Vitae
David Ashby Whiting, M.D.
Page 38 of 42

1.    Whiting DA: Treatment of skin cancers.  S Afr Med J 43:224, 1969.

2.    Rippey JJ, Whiting DA: Moles and melanomas. Lancet 2:137, 1977.

3.    Sreekumar GP, Pardinas J, Wong CQ, Whiting DA, Katz HI, Price V, Zlotogorski A, Roberts J, Clark BC, Stenn K, Parimo S: Serum androgens and genetic linkage analysis in early onset androgenetic alopecia.  J Invest Dermatol Vol. 113: 277-279, 1999.


BOOKS, BOOK CHAPTERS

1.    Whiting DA, Jenkins T, Whitcomb MJ:  Corkscrew hair:  A unique type of congenital alopecia due to pili torti, in Brown AC, Crounse RG (eds):  *In Hair, Trace Elements and Human Illness.*  New York, Praeger, pp. 228-239, 1980.

2.    Whiting DA, Jacobson C, Menter MA:  A comparative study of Bactroban ointment and its vehicle in patients 12 years and older with secondary infections of the skin in Dobson RL, Leyden JJ, Noble WC, Price JD (eds):  Bactroban (Mupirocin):  *Proceedings of an International Symposium, current clinical practice series 16.*  Amsterdam, Excerpta Medica, pp. 260-262, 1985.

3.    Whiting DA:  Acne, in Nelson JD:  *Current Therapy in Pediatric Infectious Disease.*  Toronto, B.C. Decker, Inc., pp. 77-79, 1986.

4.    Whiting DA:  Warts, in Nelson JD:  *Current Therapy in Pediatric Infectious Disease.*  Toronto, B.C. Decker, Inc., pp. 85-87, 1986.

5.    Whiting DA:  Molluscum contagiosum, in Nelson JD:  *Current Therapy in Pediatric Infectious Disease.*  Toronto, B.C. Decker, Inc., pp. 87-88, 1986.

6.    Whiting DA:  Smodingium:  Allergic anacardiaceae in South Africa, in Guin JD, Beaman JH (eds):  *Clinics in Dermatology:*  Plant dermatitis, Philadelphia, J. B. Lippincott, vol. 4, no. 2, pp. 204-207, 1986.

7.    Whiting DA:  Warts, in Nelson JD:  *Current Therapy in Pediatric Infectious Disease-2.*  Toronto, B.C. Decker, Inc., pp. 114-116, 1988.

8.    Whiting DA:  Erythrasma, in Nelson JD:  *Current Therapy Pediatric Infectious Disease-2.*  Toronto, B.C. Decker, Inc., pp. 117-118, 1988.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 39 of 42

9.      Whiting DA: Dermatophytosis, in Nelson JD: *Current Therapy in Pediatric Infectious Disease-2.* Toronto, B.C. Decker, Inc., pp. 180-182, 1988.

10.     Whiting DA: Diaper dermatitis, in Ruiz-Maldonado R, Parish LC, Beare JM, eds. *Textbook of Pediatric Dermatology.* Philadelphia, Grune and Stratton, pp. 219-227, 1989.

11.     Whiting DA: *The Diagnosis of Alopecia. Monograph in current concepts series.* Kalamazoo, Upjohn, 1990.

12.     Whiting DA: Hair disorders, in Rakel RE (ed.) *Conn's Current Therapy 1991.* Philadelphia: W B Saunders, 719-723, 1991.

13.     Whiting DA: Papillomaviruses (warts) in Donowitz LG, ed. *Infection Control in the Child-Care Center and Preschool.* Baltimore: Williams and Wilkins, 205-207, 1991.

14.     Whiting DA: Pediculosis (lice) in Donowitz LG (ed.) *Infection Control in the Child-Care Center and Preschool.* Baltimore: Williams and Wilkins, 215-219, 1991.

15.     Whiting DA: Scabies in Donowitz LG (ed.) *Infection Control in the Child-Care Center and Preschool.* Baltimore: Williams and Wilkins, 260-262, 1991.

16.     Whiting DA: Tinea capitis, corporis, cruris, and pedis (ringworm, athlete's foot, jock itch) in Donowitz LG (ed.) *Infection Control in the Child-Care Center and Preschool.* Baltimore: Williams and Wilkins, 277-280, 1991.

17.     Whiting DA: Horizontal sections of scalp biopsies in Burgdorf WHC, Katz SI (eds.) *Dermatology, Progress and Perspectives. The Proceedings of the 18th World Congress of Dermatology,* New York, June 12-18, 1992. New York: Parthenon Publishing Group, 215-216, 1993.

18.     Whiting DA: Papillomaviruses (warts) in Donowitz LG (ed.) *Infection Control in the Child-Care Center and Preschool.* Baltimore: Williams and Wilkins, 2nd Edition 199-201, 1993.

19.     Whiting DA: Pediculosis (lice) in Donowitz LG (ed.) *Infection Control in the Child-Care Center and Preschool.* Baltimore: Williams and Wilkins, 2nd Edition, 209-213, 1993.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 40 of 42

20.    Whiting DA:  Scabies in Donowitz LG (ed.) *Infection Control in the Child-Care Center and Preschool*.  Baltimore: Williams and Wilkins, 2nd Edition 253-255, 1993.

21.    Whiting DA:  Tinea capitis, corporis, cruris, and pedis (ringworm, athlete's foot, jock itch) in Donowitz LG (ed.) *Infection Control in the Child-Care Center and Preschool*.  Baltimore: Williams and Wilkins, 2nd Edition 270-273, 1993.

22.    Whiting DA:  Hair shaft defects, in *Disorders of Hair Growth, Diagnosis and Treatment*, Olsen EA (ed.), New York:  McGraw-Hill pp. 91-137, 1994.

23.    Sperling LC, Whiting DA:  Hair shaft disorders, in *Clinical Dermatology*, Demis DJ (ed.), Philadelphia:  J. B. Lippincott Company, vol 1, 1-29, 1994.

24.    Whiting DA:  Hair Disorders, in Rakel RE (ed.) *Conn's Current Therapy 1995*. Philadelphia:  W B Saunders, 706-709, 1995.

25.    Whiting DA:  Androgenetic alopecia and its treatment - current views on pathogenesis and medical treatment of male pattern baldness, in *Hair Transplantation*, Unger WP (ed.).  New York:  Marcel Dekker, Inc., 3rd Edition pp. 16-21 and 30-33, 1995.

26.    Whiting DA, Stough DB:  Posttransplant epidermoid cysts secondary to small-graft hair transplantation, in *Hair Replacement*, Stough DB (ed.).  St. Louis: Mosby, 320-323, 1995.

27.    Whiting DA:  Fractures del tallo piloso, in  *Tricología:  Enfermedades del Foliculo Pilosebaceo*, Camacho F, Montagna W (eds.).  Madrid, Grupo Aula Medica, 203-308, 1996.

28.    Russell DW, Wiley EL, Whiting DA: Expression of steroid 5a-reductase I and II in scalp skin in normal controls and in androgenetic alopecia, in *Hair Research for the Next Millennium*, Van Neste D, Randall V (eds.).  Elsevier Science B.V., 339-340, 1996.

29.    Whiting DA: Chronic telogen effluvium, in Whiting DA (ed.) *Dermatologic clinics: Update on hair disorders*, Philadelphia, W.B. Saunders Company, 723-731, 1996.

30.    Whiting DA, Howsden FL:  *Color Atlas of Differential Diagnosis of Hair Loss*. Cedar Grove, NJ, Canfield Scientific, 1996.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 41 of 42

31.    Whiting DA: *Dermatologic Clinics: Update on hair disorders*, Philadelphia, W.B. Saunders Company, 1996.

32.    Whiting DA: Fractures of the hair shaft, in *Trichology: Diseases of the Pilosebaceous Follicle*, Camacho F, Montagna W (eds.). Madrid, Grupo Aula Medica, 203-208, 1997.

33.    Whiting DA: Disorders of cutaneous appendages, in *Textbook of Dermatopathology*, Barnhill RL (ed.). New York, McGraw-Hill, 201-232, 1998.

34.    Whiting DA: Diseases of hair, in *Current Practice of Medicine*, Philadelphia, PA, vol. 2, no. 3, 451-457, 1999.

35.    Whiting DA: Disorders of hair, in *Scientific American Medicine*, Dale DC, Federman DD (eds.). New York, Scientific American Inc., Dermatology, XIII, 2, Disorders of Hair, 1-7, 1999.

36.    Whiting DA: Hair and nail histology, in *Atlas of Hair and Nails*, Hordinsky M, Sawaya M, Scher R (eds.). Philadelphia, Pa, Churchill Livingstone,9-23, 2000.

37.    Whiting DA: Office diagnosis of hair shaft abnormalities, in *Hair and its Disorders*, Camacho FM, Randall VA, Price VH (eds.). Malden MA, Blackwell Science, Inc.,295-307, 2000.

38.    Hoffman R, Kiesewetter F, Whiting D:  Alopezie, in *Histopathologie der Haut*, Kerl H, Garbe C, Cerroni L, Wolff (Hrsg.) HH.  Springer, 361-386, 2003.

39.    Whiting DA:  My management plan of the male patient with androgenetic alopecia, In *Hair Science and Technology, Proceedings of the 9th Annual Meeting of the European Hair Research Society*, Brussels, Belgium, June  2002. Van Neste, D (ed).  Tournai, Belgium, Skinterface, 293-300, 2003.

40.    Whiting DA:  *The Structure of the Human Hair Follicle: Light microscopy of vertical and horizontal sections of scalp biopsies.*  Canfield Scientific, 2004.

**BRIEF RESUME**

DAVID A. WHITING, M. D.

Curriculum Vitae
David Ashby Whiting, M.D.
Page 42 of 42

Dr. David Whiting is Clinical Professor of Dermatology and Pediatrics at Southwestern Medical School and is in private dermatologic practice in Dallas, Texas. He graduated in medicine at the University of the Witwatersrand, Johannesburg, South Africa in 1953. His internships were followed by some years of postgraduate study in Britain. He spent eight years in Family Practice before taking up Dermatology in 1966. He was Chairman of Dermatology at the Johannesburg General Hospital prior to his appointment as Chief Dermatologist at the Veterans Administration Medical Center in Dallas in 1977. He has practiced and taught dermatology and dermatopathology at Baylor University Medical Center from 1979 until the present. One of his major research interests has been the study of hair abnormalities. He is the Medical Director of the Hair Research and Treatment Center, at Baylor. As a result, he has gained wide experience in the diagnosis and treatment of hair and scalp disorders. He is boarded in Dermatology and Dermatopathology in the U.S.A. and in Internal Medicine in Great Britain. He is a Fellow of the American College of Physicians and of the Royal College of Physicians of Edinburgh.