# EXHIBIT B

# United States Patent [19]

## Gormley et al.

[11] Patent Number: **5,547,957**

[45] Date of Patent: **Aug. 20, 1996**

[54] **METHOD OF TREATING ANDROGENIC ALOPECIA WITH 5-α REDUCTASE INHIBITORS**

[75] Inventors: **Glenn J. Gormley; Keith D. Kaufman; Elizabeth Stoner**, all of Westfield; **Joanne Waldstreicher**, Scotch Plains, all of N.J.

[73] Assignee: **Merck & Co., Inc.**, Rahway, N.J.

[21] Appl. No.: **214,905**

[22] Filed: **Mar. 17, 1994**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 138,500, Oct. 15, 1993, abandoned.

[51] Int. Cl.$^6$ ............................................ **A61K 31/58**

[52] U.S. Cl. ........................ **514/284**; 514/844; 514/852; 514/874; 514/880

[58] Field of Search ................................ 514/169–184, 514/284, 880

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,220,775 | 9/1980 | Rasmusson et al. | 514/284 |
| 4,377,584 | 3/1983 | Rasmusson et al. | |
| 4,396,615 | 8/1983 | Petrow et al. | |
| 4,684,635 | 8/1987 | Orentreich et al. | |
| 4,760,071 | 7/1988 | Rasmusson et al. | |
| 4,859,681 | 8/1989 | Rasmusson et al. | 514/284 |
| 5,049,562 | 9/1991 | Rasmusson et al. | 514/284 |
| 5,053,403 | 10/1991 | Orentreich et al. | |
| 5,098,908 | 3/1992 | Steinberg et al. | 514/284 |
| 5,120,742 | 6/1992 | Rasmusson et al. | 514/284 |
| 5,151,429 | 9/1992 | Rasmusson et al. | 514/284 |
| 5,162,332 | 11/1992 | Steinberg et al. | 514/284 |
| 5,407,944 | 4/1995 | Goldman. | |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1302277 | 6/1992 | Canada. |
| 0004949 | 10/1979 | European Pat. Off. . |
| 0155096 | 9/1985 | European Pat. Off. . |
| 0285382 | 10/1988 | European Pat. Off. . |

#### OTHER PUBLICATIONS

G. Gormley et al., "Effects of Finasteride (MK–906), a 5alpha–Reductase Inhibitor, on Circulating Androgens in Male Volunteers", J. Clin. Endo. Metab., vol 70, 1136–1141 (1990).

Transcript, WNBC–TV, News 4 NY Live at Five, Nov. 29, 1993.

A. Diani et al., "Hair Growth Effects of Oral Admin. of Finasteride, a Steroid 5alpha–Reductase Inhibitor . . . ", J. Clin. Endocrin. Metab., vol 74, 345–350 (1992).

J. Imperato–McGinley et al., "The 5–Alpha Reductase Inhibitor Finasteride Comparison of Male Pseudohermaphrodites . . . ", J. Clin. Endocrinol. Metab., vol. 70, 777–782 (1990).

Bingham, et al., "The Metabolism of Testosterone by Human Male Scalp Skin", J. Endocr., vol. 57, 111–121 (1973).

E. Stoner, et al., "Finasteride (MK–906) in the Treatment of Benign Prostatic Hyperplasia", Prostate, vol. 22, 291–299 (1993).

E. Stoner et al., "The Clinical Effects of a 5–Alpha–Reductase Inhibitor, Finasteride, on Benign Prostatic Hyperplasia", J. Urol., vol. 147, 1298–1302 (1992).

S. Sudduth et al., "Finasteride: The First 5–Alpha–Reductase Inhibitor", Pharmacotherapy, vol. 13, 309–325 (Jul.–Aug. 1993).

G. Gormley, et al., "The Effect of Finasteride in Men with Benign Prostatic Hyperplasia", New Engl. J. Med., vol. 327, 1185–1191 (1992).

H. Matzkin et al., "Prolonged Treatment with Finasteride (a 5–Alpha–Reductase Inhibitor) Dose Not Affect Bone Density and Metabolism", Clin. Endocrinol., vol 37, 432–436 (1992).

J. McConnell et al., "The Effects of Low–Dose Finasteride (MK–906) on Prostatic Androgen Levels in Men with Benign Prostatic . . . ", J. Urol., vol. 143, No. 4, Suppl., p. 267A (1990).

J. McConnell et al., "Finasteride, an Inhibitor of 5 Alpha–Reductase, Suppresses Prostatic Dihydrotestosterone in Men . . . ", J. Clin. Endocrin. Metab., vol 74, 505–508 (Mar. 1992).

A. Vermeulen et al., Eur. Urol., vol. 20, Supp. 1, 82–86 (1991), "Hormonal Effects of a 5 Alpha Reductase Inhibitor (Finasteride) . . . ".

A. Vermeulen et al., "Hormonal Effects of an Orally Active 4–Azasteroid Inhibitor of 5–Alpha–Reductase in Humans", Prostate, vol. 14, 45–53 (1989).

B. Metcalf et al., "Inhibitors of Steroid 5–Alpha–Reductase in Benign Prostatic Hyperplasia, Male Pattern Baldness and Acne", Trends Pharmacol. Sci., vol. 10, 491–495 (1989).

C. Tempany, et al., "The Influence of Finasteride on the Volume of the Peripheral and Periurethral Zones of the Prostate . . . ", Prostate, vol. 22, 39–42 (1993).

*Primary Examiner*—Shep K. Rose
*Attorney, Agent, or Firm*—Catherine D. Fitch; Carol S. Quagliato; Melvin Winokur

[57] **ABSTRACT**

The instant invention involves a method of treating and/or reversing androgenic alopecia and promoting hair growth, and methods of treating acne vulgaris, seborrhea, and female hirsutism, by administering to a patient in need of such treatment a 5α–reductase 2 inhibitor, such as finasteride, in a dosage amount under 5 mgs/day.

**7 Claims, No Drawings**

5,547,957

1

# METHOD OF TREATING ANDROGENIC ALOPECIA WITH 5-α REDUCTASE INHIBITORS

This application is a continuation-in-part of Ser. No. 08/138,520 filed Oct. 15, 1993, now abandoned.

The present invention is concerned with the treatment of androgenic alopecia, including male pattern baldness, with compounds that are 5-alpha reductase isozyme 2 inhibitors.

## BACKGROUND OF THE INVENTION

Certain undesirable physiological manifestations, such as acne vulgaris, seborrhea, female hirsutism, androgenic alopecia which includes female and male pattern baldness, and benign prostatic hyperplasia, are the result of hyperandrogenic stimulation caused by an excessive accumulation of testosterone ("T") or similar androgenic hormones in the metabolic system. Early attempts to provide a chemotherapeutic agent to counter the undesirable results of hyperandrogenicity resulted in the discovery of several steroidal antiandrogens having undesirable hormonal activities of their own. The estrogens, for example, not only counteract the effect of the androgens but have a feminizing effect as well. Non-steroidal antiandrogens have also been developed, for example, 4'-nitro-3'-trifluoromethylisobutyranilide. See Neri, et al., Endocrinol. 1972, 91 (2). However, these products, though devoid of hormonal effects, compete with all natural androgens for receptor sites, and hence have a tendency to feminize a male host or the male fetus of a female host and/or initiate feed-back effects which would cause hyperstimulation of the testes.

The principal mediator of androgenic activity in some target organs, e.g. the prostate, is 5α-dihydrotestosterone ("DHT"), formed locally in the target organ by the action of testosterone-5α-reductase. Inhibitors of testosterone-5α-reductase will serve to prevent or lessen symptoms of hyperandrogenic stimulation in these organs. See especially U.S. Pat. No. 4,377,584 assigned to Merck & Co., Inc., issued Mar. 22, 1983. It is now known that a second 5α-reductase isozyme exists, which interacts with skin tissues, especially in scalp tissues. See, e.g., G. Harris, et al., Proc. Natl. Acad. Sci. USA, Vol. 89, pp. 10787–10791 (Nov. 1992). The isozyme that principally interacts in skin tissues is conventionally designated as 5α-reductase 1 (or 5α-reductase type 1 ), while the isozyme that principally interacts within the prostatic tissues is designated as 5α-reductase 2 (or 5α-reductase type 2).

Finasteride ( 17β-(N-tert-butylcarbamoyl)-4-aza-5α-androst- 1-ene-3-one), which is marketed by Merck & Co., Inc. under the tradename PROSCAR®, is an inhibitor of 5α-reductase 2 and is known to be useful for the treatment of hyperandrogenic conditions. See e.g., U.S. Pat. No. 4,760,071. Finasteride is currently marketed in the United States and worldwide for the treatment of benign prostatic hyperplasia. Finasteride's utility in the treatment of androgenic alopecia and prostatic carcinoma is also disclosed in the following documents: EP 0 285,382, published 5 Oct. 1988; EP 0 285 383, published 5 Oct. 1988; Canadian Patent no. 1,302,277; and Canadian Patent no. 1,302,276. The specific dosages exemplified in the above-noted disclosures varied from 5 to 2000 mg per patient per day.

In the treatment of androgenic alopecia, which includes both female and male pattern baldness, and other hyperandrogenic conditions, it would be desirable to administer the lowest dosage possible of a pharmaceutical compound to a

2

patient and still maintain therapeutic efficacy. Applicants have surprisingly and unexpectedly discovered that a low daily dosage of a 5α-reductase 2 inhibitor is particularly useful in the treatment of androgenic alopecia. Furthermore, a low daily dosage of a 5α-reductase 2 inhibitor may also be particularly useful in the treatment of the hyperandrogenic conditions of acne vulgaris, seborrhea, female hirsutism, and polycystic ovary syndrome.

## DETAILED DESCRIPTION OF THE INVENTION

The instant invention involves a method of treating and/or reversing androgenic alopecia and promoting hair growth, and methods of treating acne vulgaris, seborrhea, and female hirsutism, which comprises administering to a patient in need of such treatment a 5α-reductase 2 inhibitor in a dosage amount under 5 mgs/day. In one embodiment of this invention, the 5α-reductase 2 inhibitor is administered in a dosage amount of from 0.01 to 3.0 mgs/day. In one class of this embodiment, the 5α-reductase 2 inhibitor is administered in a dosage amount of from 0.05 to 1.0 mg/day, and in a sub-class of this embodiment, the 5α-reductase 2 inhibitor is administered in dosage amounts of about 0.05 to 0.2 mg/day. Illustrating this subclass are dosage amounts of about 0.05, 0.1, 0.15 and 0.2 mg/day. Exemplifying the sub-class are dosages of 0.05 and 0.2 mg/day. Compounds which are inhibitors of 5α-reductase 2 can be determined by employing the assay described below in Example 3.

In a second embodiment of this invention, the method of treating androgenic alopecia comprises administration of 5α-reductase 2 inhibitor compounds which have the structural formula I



or a pharmaceutically acceptable salt thereof wherein:

$R^1$ is hydrogen, methyl or ethyl;

$R^2$ is a hydrocarbon radical selected from straight and branched chain alkyl of from 1–12 carbons or monocyclic aryl optionally containing 1 or more lower alkyl substituents of from 1–2 carbon atoms and/or 1 or more halogen (Cl, F or Br) substituents;

R' is hydrogen or methyl;

R" is hydrogen or β-methyl; and

R''' is hydrogen, α-methyl or β-methyl.

5,547,957

3

In one class of this second embodiment, the 5α-reductase 2 inhibitor compounds have the structural formula II



or a pharmaceutically acceptable salt thereof wherein
R$^1$ is hydrogen, or methyl; and
R$^3$ is branched chain alkyl of from 4–8 carbons.

Representative compounds that may be employed in the present invention include the following:

17β-(N-tert-butylcarbamoyl)-4-aza-5-α-androst-1-en-3-one,

17β-(N-isobutylcarbamoyl)-4-aza-5-α-androst -1-en-3-one,

17β-(N-tert-octylcarbamoyl)-4-aza-5α-androst-1-en-3-one,

17β-(N-octylcarbamoyl)-4-aza-5α-androst-1 -en-3-one,

17β-(N- 1,1 -diethylbutylcarbamoyl)-4-aza-5-α-androst- 1 -en-3-one,

17β-(N-neopentylcarbamoyl)-4-aza-5α-androst-1 -en-3-one,

17β-(N-tert-amylcarbamoyl-4-aza-5α-androst-1-en-3-one, and

17β-(N-tert-hexylcarbamoyl)-4-aza-5α-androst- 1 -en-3-one; and the corresponding compounds wherein the 4-nitrogen is substituted in each of the above named compounds by a methyl or an ethyl radical.

Also included as representative compounds are any of the above indicated compounds having the N-branched chain alkyl substituent replaced by a methyl, ethyl, propyl, i-propyl, butyl, phenyl; 2, 3 or 4 tolyl, xylyl, 2-bromo or 2-chlorophenyl, 2,6-dichloro, or a 2,6-dibromophenyl substituent.

The compounds of formula I and II described above can be synthesized according to procedures well known in the art, and which are described, for example, in U.S. Pat. No. 4,760,071, EP 0 285,382 and EP 0 285 383. The compound finasteride is currently available as a prescription pharmaceutical from Merck & Co. Inc. The synthesis of finasteride is described in U.S. Pat. No. 4,760,071. A further synthesis of finasteride is described in *Synthetic Communications*, 30 (17), p. 2683–2690 (1990).

The present invention has the objective of providing methods of treating the hyperandrogenic conditions of androgenic alopecia, including male pattern baldness and female pattern baldness, acne vulgaris, seborrhea, female hirsutism, and polycystic ovary syndrome by systemic, oral, parenteral or topical administration of a 5α-reductase 2 inhibitor in a dosage amount under 5 mg/day, and particularly, from about 0.01 mg/day to 3.0 mg/day, and more particularly 0.05 to 1 mg/day. The invention is further illustrated by dosages of about 0.05 to 0.2 mg/day and specifically dosages of about 0.05, 0.1, 0.15 and 0.2 mg/day. Exemplifying the invention are dosages of 0.05 and 0.2 mg/day. The term "treating androgenic alopecia" is intended to include the arresting and/or reversing of androgenic alopecia, and the promotion of hair growth. Also, a 5α-reductase 2 inhibitor, e.g. finasteride, at a dosage under 5 mgs/day can be used in combination with a potassium channel opener, such as minoxidil or a pharmaceutically acceptable salt thereof, for the treatment of androgenic

4

alopecia, including male pattern baldness. The 5α-reductase 2 inhibitor and the potassium channel opener may both be applied topically, or each agent may be given via different administration routes; for example, the 5α-reductase 2 inhibitor may be administered orally while the potassium channel opener may be administered topically.

The present invention also has the objective of providing suitable systemic, oral, parenteral and topical pharmaceutical formulations for use in the novel methods of treatment of the present invention. The compositions containing 5α-reductase 2 inhibitor compounds as the active ingredient for use in the treatment of the above-noted hyperandrogenic conditions can be administered in a wide variety of therapeutic dosage forms in conventional vehicles for systemic administration. For example, the compounds can be administered in such oral dosage forms as tablets, capsules (each including timed release and sustained release formulations), pills, powders, granules, elixirs, tinctures, solutions, suspensions, syrups and emulsions. Likewise, they may also be administered in intravenous (both bolus and infusion), intraperitoneal, subcutaneous, topical with or without occlusion, or intramuscular form, all using forms well known to those of ordinary skill in the pharmaceutical arts. For oral administration, for example, the compositions can be provided in the form of scored or unscored tablets containing 0.01, 0.05, 0.1, 0.2, 1.0, 2.0 and 3.0 milligrams of the active ingredient for the symptomatic adjustment of the dosage to the patient to be treated.

For the treatment of androgenic alopecia including male pattern baldness, acne vulgaris, seborrhea, and female hirsutism, the 5α-reductase 2 inhibitor compounds may be administered in a pharmaceutical composition comprising the active compound in combination with a pharmaceutically acceptable carrier adapted for topical administration. Topical pharmaceutical compositions may be, e.g., in the form of a solution, cream, ointment, gel, lotion, shampoo or aerosol formulation adapted for application to the skin. Topical pharmaceutical compositions useful in the method of treatment of the present invention may include about 0.001% to 0.1% of the active compound in admixture with a pharmaceutically acceptable carrier.

Advantageously, compounds of the present invention may be administered in a single daily dose, or the total daily dosage may be administered in divided doses of two, three or four times daily. The compounds for the present invention can be administered in intranasal form via topical use of suitable intranasal vehicles, or via transdermal routes, using those forms of transdermal skin patches well known to those of ordinary skill in that art. To be administered in the form of a transdermal delivery system, the dosage administration will, of course, be continuous rather than intermittent throughout the dosage regimen. Compounds of the present invention may also be delivered as a suppository employing bases such as cocoa butter, glycerinated gelatin, hydrogenated vegetable oils, mixtures of polyethylene glycols of various molecular weights and fatty acid esters of polyethylene glycol.

The dosage regimen utilizing the compounds of the present invention is selected in accordance with a variety of factors including type, species, age, weight, sex and medical condition of the patient; the severity of the condition to be treated; the route of administration; the renal and hepatic function of the patient; and the particular compound thereof employed. A physician or veterinarian of ordinary skill can readily determine and prescribe the effective amount of the drug required to prevent, counter, arrest or reverse the progress of the condition. Optimal precision in achieving

5,547,957

**5**

concentration of drug within the range that yields efficacy without toxicity requires a regimen based on the kinetics of the drug's availability to target sites. This involves a consideration of the distribution, equilibrium, and elimination of a drug.

In the methods of the present invention, the 5α-reductase 2 inhibitor compounds herein described in detail can form the active ingredient, and are typically administered in admixture with suitable pharmaceutical diluents, excipients or carriers (collectively referred to herein as "carrier" materials) suitably selected with respect to the intended form of administration, that is, oral tablets, capsules, elixirs, syrups and the like, and consistent with conventional pharmaceutical practices.

For instance, for oral administration in the form of a tablet or capsule, the active drug component can be combined with an oral, non-toxic pharmaceutically acceptable inert carrier such as ethanol, glycerol, water and the like. Capsules containing the product of this invention can be prepared by mixing an active compound of the present invention with lactose and magnesium stearate, calcium stearate, starch, talc, or other carriers, and placing the mixture in gelatin capsule. Tablets may be prepared by mixing the active ingredient with conventional tableting ingredients such as calcium phosphate, lactose, corn starch or magnesium stearate. Moreover, when desired or necessary, suitable binders, lubricants, disintegrating agents and coloring agents can also be incorporated into the mixture. Suitable binders include starch, gelatin, natural sugars such as glucose or beta-lactose, corn sweeteners, natural and synthetic gums such as acacia, tragacanth or sodium alginate, carboxymethylcellulose, polyethylene glycol, waxes and the like. Lubricants used in these dosage forms include sodium oleate, sodium stearate, magnesium stearate, sodium benzoate, sodium acetate, sodium chloride and the like. Disintegrators include, without limitation, starch, methyl cellulose, agar, bentonite, xanthan gum and the like.

The liquid forms in suitably flavored suspending or dispersing agents such as the synthetic and natural gums, for example, tragacanth, acacia, methyl-cellulose and the like. Other dispersing agents which may be employed include glycerin and the like. For parenteral administration, sterile suspensions and solutions are desired. Isotonic preparations which generally contain suitable preservatives are employed when intravenous administration is desired.

Topical preparations containing the active drug component can be admixed with a variety of carrier materials well known in the art, such as, e.g., alcohols, aloe vera gel, allantoin, glycerine, vitamin A and E oils, mineral oil, propylene glycol, PPG2 myristyl propionate, and the like, to form, e.g., alcoholic solutions, topical cleansers, cleansing creams, skin gels, skin lotions, and shampoos in cream or gel formulations. See, e.g., EP 0 285 382.

The compounds of the present invention can also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine or phosphatidylcholines.

Compounds of the present invention may also be delivered by the use of monoclonal antibodies as individual carriers to which the compound molecules are coupled. The compounds of the present invention may also be coupled with soluble polymers as targetable drug carriers. Such polymers can include polyvinylpyrrolidone, pyran copolymer, polyhydroxypropylmethacrylamidephenol, polyhydroxyethylaspartamidephenol, or polyethyleneoxidepolyl-

**6**

ysine substituted with palmitoyl residues. Furthermore, the compounds of the present invention may be coupled to a class of biodegradable polymers useful in achieving controlled release of a drug, for example, polylactic acid, polyepsilon caprolactone, polyhydroxy butyric acid, polyorthoesters, polyacetals, polydihydropyrans, polycyanoacrylates and cross-linked or amphipathic block copolymers of hydrogels.

The following example illustrates the present invention and as such are not to be considered as limiting the invention set forth in the claims appended hereto.

## EXAMPLE 1

Finasteride is known to occur in two distinct polymorphic crystal forms, termed "form 1" and "form II". Form I is the marketed form of finastefide as a 5 mg tablet (PROSCAR®).

Finastefide Form I can be prepared by dissolving finasteride in glacial acetic acid (ca. 100 mg/ml) and adding water with stirring until the weight % of water equals or exceeds 84%. The resulting solid phase is collected by filtration and dried under vacuum and at about 50° C. The resulting Form I is characterized by a differential scanning calorimetry (DSC) curve, at heating rate of 20° C./min and in a closed cup, exhibiting a minor endotherm with a peak temperature of about 232° C., an extrapolated onset temperature of about 223° C. with an associated heat of about 11 joules/gm and by a major melting endotherm with a peak temperature of about 261° C., an extrapolated onset temperature of about 258° C. with an associated heat of about 89 J/gm. The x- ray powder diffraction pattern is characterized by d-spacings of 6.44, 5.69, 5.36, 4.89, 4.55, 4.31, 3.85, 3.59 and 3.14. The FT-IR spectrum shows bands at 3431, 3237, 1692, 1666, 1602 and 688 cm–1. The solubilities in water and cyclohexane at 25° C. are 0.05+0.02 and 0.27+0.05 mg/gm respectively. In addition, Form I of finasteride can be prepared by recrystallization from dry (H₂O <1 mg/ml) ethyl acetate and isopropyl acetate. The isolated solids are dried under vacuum at about 50° C. and have the same physical characterization data as given above.

## EXAMPLE 2

Form II of finasteride can be prepared by dissolving finasteride in glacial acetic acid (ca. 100 mg/ml) and adding water with stirring until the weight % of water equals about 75% but not in excess of 80%. The resulting solid phase is collected by filtration and dried under vacuum and at about 100° C. The resulting Form II is characterized by a DSC curve, at heating rate of 20° C./min and in a closed cup, exhibiting a single melting endotherm with a peak temperature of about 261° C., an extrapolated onset temperature of about 258° C. with an associated heat of about 89 J/gm. The x- ray powder diffraction pattern is characterized by d-spacings of 14.09, 10.36, 7.92, 7.18, 6.40, 5.93, 5.66, 5.31, 4.68, 3.90, 3.60 and 3.25. The FT-IR spectrum shows bands at 3441, 3215, 1678, 1654, 1597, 1476 and 752 cm–1. The solubilities in water and cyclohexane at 25° C. are 0.16+0.02 and 0.42+0.05 mg/gm respectively. In addition, Form II of finasteride can be prepared by recrystallization from ethyl acetate containing between 2 to 30 mg/ml of water and isopropyl acetate containing between 2 to 15 mg/ml of water. The isolated solids are dried under vacuum at about 80° C. and have the same physical characterization data as given above. Form II can also be prepared by heating Form I up to about 150° C., holding for about one hour and cooling back to room temperature. The Form II prepared in this

5,547,957

7

manner has the same physical characterization data as given
above.

## EXAMPLE 3

Preparation of Human prostatic 5α-reductase.

Samples of human tissue were pulverized using a freezer
mill and homogenized in 40 mM potassium phosphate, pH
6.5, 5 mM magnesium sulfate, 25 mM potassium chloride,
1 mM phenylmethyl-sulfonyl fluoride, 1 mM dithiothreitol
(DTT) containing 0.25M sucrose using a Potter-Elvehjem
homogenizer. A crude nuclear pellet was prepared by cen-
trifugation of the homogenate at 1,500 xg for 15 min. The
crude nuclear pellet was washed two times and resuspended
in two volumes of buffer. Glycerol was added to the resus-
pended pellet to a final concentration of 20%. The enzyme
suspension was frozen in aliquots at −80° C. The prostatic
reductases were stable for at least 4 months when stored
under these conditions.

5α-reductase assay

The reaction mixture for the type 2 5α-reductase con-
tained 40 mM sodium citrate. pH 5.5,0.3 μM [7-³H]-test-
osterone, 1 mM dithiothreitol and 500 μM NADPH in a final
volume of 100 μl. Typically, the assay was initiated by the
addition of 50–100 μg prostatic homogenate and incubated
at 37° C. After 10–50 min the reaction was quenched by
extraction with 250 μl of a mixture of 70% cyclohexane:
30% ethyl acetate containing 10 μg each DHT and T. The
aqueous and organic layers were separated by centrifugation
at 14,000 rpm in an Eppendorf microfuge. The organic layer
was subjected to normal phase HPLC (10 cm Whatman
partisil 5 silica column equilibrated in 1 ml/min 70% cyclo-
hexane: 30% ethyl acetate; retention times: DHT, 6.8–7.2
min; androstanediol, 7.6–8.0 min; T, 9.1–9.7 min). The
HPLC system consisted of a Waters Model 680 Gradient
System equipped with a Hitachi Model 655A autosampler,
Applied Biosystems Model 757 variable UV detector, and a
Radiomatic Model A120 radioactivity analyzer. The conver-
sion of T to DHT was monitored using the radioactivity flow
detector by mixing the HPLC effluent with one volume of
Flo Scint 1 (Radiomatic). Under the conditions described,
the production of DHT was linear for at least 25 min. The
only steroids observed with the human prostate preparation
were T, DHT and androstanediol.

Inhibition studies

Compounds were dissolved in 100% ethanol. IC₅₀ values
represent the concentration of inhibitor required to decrease
enzyme activity to 50% of the control. IC₅₀ values were
determined using a 6 point titration where the concentration
of the inhibitor was varied from 0.1 to 1000 nM.

## EXAMPLE 4

## MACROPHOTOGRAPHY AND GLOBAL
PHOTOGRAPHY PROCEDURE FOR
DETECTION OF HAIR GROWTH

A. Macrophotographic Procedure
Location: ID card Haircount target area
Equipment: Film: Kodak-T-max 24 exposure of same
emulsion lot number
Camera: Nikon N-6000
Lens: Nikkor 60 mm f2.8
Flashes: Nikon SB-21B Macroflash
Device: registration device
Photographic Procedure:

8

In these clinical photographs, the only variable allowed is
the haircount. Film emulsion, lighting, framing, exposure,
and reproduction ratios are held constant.

1. The haircount area on the patient is prepared as follows:
A small (~1 mm) dot tattoo is placed at the beginning of
the study at the leading edge of the bald area directly anterior
to the center of the vertex bald spot, using a commercial
tattooing machine or manually (needle and ink). An area
approximately one square inch in size, centered at the tattoo
at the leading edge of the balding area, is clipped short
(~2mm). Cut hairs are removed from the area to be photo-
graphed, using tape. Compressed air and/or ethanol wipes
may also be used to facilitate removal of cut hairs.

1. Magnification: Each lens supplied has a fixed repro-
duction ratio of 1:1.2. Aperture: Every photograph is
taken at f/22. Film: T-Max 100 (24 exposure) is used.

3. Patient's haircount target area. Three exposures (−2/3,
0, and +2/3 f-stop).

A trained technician places a transparency over the pho-
tographic print and, using a felt tip pen, places a black dot
over each visible hair. The dot map transparency is then
counted using image analysis with computer assistance.

Photographs are coded with a random number corre-
sponding to study site, visit number and patient allocation
number to insure blinding to time. At Month 6, baseline and
Month 6 photographs are counted and data analyzed for
interim analysis. At Month 12, baseline, Month 6 and Month
12 photographs are counted and data analyzed for the
primary endpoint.

Methodology for detection of hair growth is also
described in Olsen, E. A. and DeLong, E., J. American
Academy of Dermatology, Vol. 23, p. 470 (1990).

B. Global Photographic Procedure
Locations: Color card/patient Id Global photograph
Equipment: Film: Kodachrome KR-64 24 exposure each of
same emulsion lot number
Camera: Nikon N-6000
Lens: Nikkor 60 mm f2.8
Flashes: Nikon SB-23
Photographic Procedure

In these clinical photographs, the only variable allowed is
the global area's appearance. Anything extraneous to the
area (clothing, furniture, walls, etc.) is eliminated from the
fields to be photographed.

1. Patients will have global photographs taken prior to
hair clipping with the head in a fixed position (deter-
mined by the supplied stereotactic device). Hair on the
patient's head is positioned consistently so as to not
obscure the bald area.

1. Magnification: Each lens supplied has a fixed repro-
duction ratio of 1:6. Aperture: Every photograph will
be taken at f/11. Film: Kodachrome (24 exposure) is
used.

3. Patient's global photographs. Three exposures at zero
compensation.

Using the above-described methodology, it can be shown
that administration of 5α-reductase 2 inhibitors, including
finasteride, in dosages below 5 mg/day per patient, for
example, 1 mg/day or 0.2 mg/day, are useful in the treatment
of androgenic alopecia, and promote hair growth in patients
with this condition.

## EXAMPLE 5

In another test, finasteride was orally administered for 6
weeks to men with male pattern baldness at doses of 0.2

5,547,957

9

mg/day, 1.0 rag/day and 5.0 mgs/day. The results of this test showed a significant reduction in DHT content in scalp tissue of the test participants.

What is claimed is:

1. A method of treating male pattern baldness comprising orally administering to a male person having a balding area 17β-(N-tert-butylcarbamoyl)-4-aza-5α-   androst-1-ene-3-one in a dosage amount from 0.05 to 3.0 mgs/day at least until growth of hair can be detected in the balding area by haircount analysis of the balding area.

2. The method of claim 1 wherein the dosage amount is from about 0.05 to 1.0 mg/day.

3. The method of claim 1 wherein the dosage amount is about 0.05 mg/day.

4. The method of claim 1 wherein the dosage amount is about 0.2 mgs/day.

10

5. A method of arresting and reversing male pattern baldness comprising orally administering to a bald or balding male person having a balding area 17β-(N-tert-butylcarbamoyl)-4-aza-2α- androst-1-ene-3-one in a dosage amount from 0.05 to 3.0 mgs/day at least until growth of hair can be detected in the balding or area by haircount analysis of the balding area.

6. The method of claim 1 wherein the dosage amount is about 1.0 mg/day.

7. The method of claim 5 wherein the dosage amount is about 1.0 mg/day.

*  *  *  *  *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.    :  5,547,957

DATED    :  8/20/96

INVENTOR(S) :   GLENN J. GORMLEY, KEITH D. KAUFMAN, ELIZABETH STONER, and  JOANNE
WALDSTREICHER

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

**Title page, item [63] delete** "Ser. No. 138,500" and insert therefor -- Ser. No. 138,520 --.

Signed and Sealed this

Thirtieth Day of June, 1998

Attest:

**BRUCE LEHMAN**

Attesting Officer

*Commissioner of Patents and Trademarks*

# EXHIBIT C

# Global Photographic Assessment

## Standardized 7-Point Rating Scale of Patient's Scalp Hair Based on Evaluation of Photographs by Expert Panel of Dermatologists

| -3 | -2 | -1 | 0 | +1 | +2 | +3 |
|---|---|---|---|---|---|---|
| Greatly | Moderately | Slightly | No Change | Slightly | Moderately | Greatly |

Decreased

Increased

# EXHIBIT D

5 YEARS

GREAT DECREASE

BASELINE

5 YEARS

GREAT INCREASE

BASELINE

# EXHIBIT E

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

# Transdermal viprostol in the treatment of male pattern baldness

Elise A. Olsen, MD,[a] and Elizabeth DeLong, PhD[b]
*Durham and Chapel Hill, North Carolina*

Fifty-seven men were randomly assigned for treatment of androgenetic alopecia with viprostol, vehicle, or placebo twice daily for 24 weeks. Nonvellus hair growth was assessed subjectively by both patient and investigator and objectively through hair counts from macrophotographs of the target area. Nonvellus target area hair counts declined in all three treatment groups at the end of the 6-month study. Viprostol is not an effective hair growth promoter in androgenetic alopecia. (J Am Acad Dermatol 1990;23:470-2.)

Two antihypertensive vasodilator medications (minoxidil, diazoxide) have been reported to cause hypertrichosis in 70%[1,2] and 20%[3] of patients, respectively. Oral minoxidil has produced regrowth of scalp hair in several hypertensive patients with male pattern baldness[4-6] and topical minoxidil increases nonvellus hair growth in balding areas of androgenetic alopecia.[7,8] There is some evidence of decreased scalp blood flow in male pattern baldness[9] but whether the increase in hair growth in male pattern baldness is directly related to vasodilation is unclear.

Viprostol (Lederle Laboratories, Pearl River, N.Y.) is a synthetic prostaglandin $E_2$ ($PGE_2$) analog that reduces blood pressure by direct relaxation of arteriolar smooth muscle (data on file, Lederle). Theoretically viprostol may also stimulate hair growth in androgenetic alopecia. Moreover, it has an established transdermal delivery system with marked follicular penetration. The purpose of this study was to determine the safety and efficacy of transdermal viprostol in the treatment of men with androgenetic alopecia.

## METHOD

### Subject selection

Seventy-two men (age range 18 to 50 years) with either pattern $III_V$, IV, or V male pattern baldness (Hamilton-

From the Division of Dermatology, Department of Medicine, Duke University Medical Center, Durham,[a] and Biostatistics Division, Quintiles, Inc., Chapel Hill.[b]

Supported in part by a grant from Lederle Laboratories, Pearl River, N.Y.

Accepted for publication Jan. 6, 1990.

Reprint requests: Elise A. Olsen, MD, Box 3294, Duke University Medical Center, Durham, NC 27710.

16/1/19370

**470**

Norwood classification[10,11]) entered the study. Only healthy subjects as determined by a history, physical examination, electrocardiography, chest x-radiation, and laboratory evaluation (CBC, serum chemistry profiles, urinalysis) were eligible. No subject had used topical minoxidil or any topical hormonal preparation previously for androgenetic alopecia and none had hair transplants. No subject was taking any medication associated with hair growth, any antihypertensive agents, or other vasodilators.

At the end of 24 weeks, 57 men were able to be examined. Nine subjects were lost to follow-up, two moved, one refused hair clipping or photographs, and three had photographs taken but the quality of the macrophotographs did not permit accurate counting of hairs.

### Treatment protocol

Subjects were randomly assigned, in a double-blind fashion, to receive either active drug, vehicle, or placebo. The silicone-based vehicle was a combination of polydimethylsiloxane, $C_{12-15}$ alcohols, benzoate, and cyclomethicone. The placebo was a water-soluble mixture of inert agents.

The viprostol was supplied in a silicone-based solution in a 0.3 ml unit dose aluminum foil pack that contained 120 $\mu$g of viprostol. Subjects were instructed to apply two packets of the study drug daily first to their balding vertex and then to remaining balding areas of the scalp. Before each application, the scalp was to be washed with Johnson & Johnson Baby Shampoo, thoroughly rinsed and dried completely. Subjects used gloves when applying the solution. An interim history, vital signs, and laboratory tests were repeated at monthly visits. Electrocardiography was repeated at the end of the study.

Efficacy was determined by counting the nonvellus hairs within a target 1-inch diameter area at the margin of the anterior balding vertex at baseline and at each subsequent visit. All subjects had the center of the target area tattooed at baseline with Natural Eyes sterile pigment by

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

**Table I.** Evaluation at baseline of treatment groups

|  | Placebo (*n* = 200) | Vehicle (*n* = 180) | Viprostol (*n* = 19) |
|---|---|---|---|
| Age (yr) |  |  |  |
| Mean ± SD | 39.3 ± 6.3 | 37.6 ± 7.1 | 37.1 ± 6.6 |
| Range | 27 – 48 | 26 – 49 | 25 – 47 |
| Duration of baldness (yr) |  |  |  |
| Mean ± SD | 13.7 ± 6.8 | 12.4 ± 7.0 | 13.3 ± 6.3 |
| Range | 2 – 25 | 3 – 28 | 6 – 27 |
| Pattern of baldness |  |  |  |
| III, | 4 | 3 | 2 |
| IV | 4 | 3 | 6 |
| V | 12 | 12 | 11 |
| Race |  |  |  |
| White | 19 | 17 | 17 |
| Black | — | 1 | 1 |
| Hispanic | — | — | 1 |
| East Indian | 1 | — | — |

*SD,* Standard deviation.

**Table II.** Nonvellus target area hair counts

|  | Placebo (No.) | Vehicle (No.) | Viprostol (No.) |
|---|---|---|---|
| Observer 1 |  |  |  |
| Baseline | 469.7 ± 200 | 486.4 ± 256 | 502.6 ± 119 |
| Month 6 | 453.9 ± 203 | 440.0 ± 242 | 482.7 ± 127 |
| Change from baseline | −15.7 ± 57 | −46.4 ± 75 | −19.9 ± 59 |
| Observer 2 |  |  |  |
| Baseline | 474.8 ± 217 | 473.7 ± 241 | 497.6 ± 115 |
| Month 6 | 457.3 ± 214 | 436 ± 232 | 479.5 ± 126 |
| Change from baseline | −17.6 ± 57 | −36.8 ± 75 | −18.1 ± 56 |

**Table III.** Patient assessment of hair growth at completion of study

| Nonvellus hair growth loss | Treatment group | | |
|---|---|---|---|
|  | Placebo | Vehicle | Viprostol |
| No growth | 12/20 | 11/18 | 9/19 |
| Light growth | 8/20 | 6/18 | 7/19 |
| Moderate growth | 0/20 | 1/18 | 3/19 |
| Less shedding | 9/20 | 11/20 | 8/19 |

**Table IV.** Investigator assessment of hair growth at completion of study

| Nonvellus hair growth | Treatment group | | |
|---|---|---|---|
|  | Placebo | Vehicle | Viprostol |
| None | 18/20 | 16/18 | 17/19 |
| Light | 2/20 | 2/18 | 2/19 |
| Moderate | 0/20 | 0/18 | 0/19 |

means of the Coopervision Natural Eyes Blepharopigmentation System. Macrophotographs of the target area were obtained with standardized lighting, distance, black-and-white film, and developing. All hair counts were done directly from the photographs by two different observers who were unaware of their own previous hair counts and the counts of the other observer. In addition, at the completion of 24 weeks, subjects were asked to assess the effectiveness of the drug regarding both hair growth and shedding. Investigators rated the degree of nonvellus hair growth (if any) as light, moderate, or dense.

### Statistical analysis

Descriptive statistics, including mean, standard deviation, and range, were computed for each treatment group relative to baseline characteristics. Differences in hair counts for the three treatments were assessed by the non-parametric Kruskal-Wallis test.

### RESULTS

Baseline demographic characteristics of each treatment group are shown in Table I. A significant decline was noted in nonvellus target area hair counts in 6 months according to both observers. The decrease was most pronounced in the group treated with vehicle but there were no significant differences between treatment groups PGE$_2$ (Table II). Patient and investigative assessments of hair growth are given in Tables III and IV, respectively; there were no significant differences between treatment groups.

### DISCUSSION

CL 115,347 or viprostol (data on file, Lederle) is an isomeric mixture of PGE$_2$ analogs. The drug has not been approved by the Food and Drug Administration at this time. It is an effective antihypertensive agent in an oral, intravenous, or transdermal form. For purposes of regional vasodilation, transdermal dosages of 120 to 240 $\mu$g once or twice daily are used. Studies in mice and rats show a rapid epidermal and epidermal appendage penetration and perifollicular concentration. In human beings the mean percutaneous absorption of viprostol is approximately 40% to 60% with an elimination half-life of 0.6 to 8 days.

Neither viprostol nor its vehicle appears to be effective in androgenetic alopecia. This would support

Journal of the
American Academy of
Dermatology

**472** Olsen and DeLong

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

the concept that topical minoxidil works as a hair growth promoter through means other than vasodilation.

This study highlights for the first time the improvements in hair growth methodology that have occurred since topical minoxidil studies were begun in 1983. A permanent tattoo was well accepted by patients and facilitated exact localization of the target area at each visit. An area on the margin of the balding vertex area, rather than the central vertex area, was chosen to represent the active balding process better and may account for the more prominent decline seen in placebo-treated groups compared with other studies in which the mid-vertex site was chosen. Hair counts were done from photographs, which allowed a permanent record and the comparison of two different counters. These improvements should help to standardize future studies of hair growth promoters in androgenetic alopecia.

### REFERENCES

1. Mackay A, Isles C, Henderson I, et al. Minoxidil in the management of intractable hypertension. Q J Med 1981; 198:175-90.
2. Wester RC, Maibach HI, Guy RH, et al. Minoxidil stimulates cutaneous blood flow in human balding scalps: pharmacodynamics measured by laser Doppler velocimetry and photopulse plethysmography. J Invest Dermatol 1984; 82:515-7.
3. Baker L, Kaye R, Root AW, et al. Diazoxide treatment of idiopathic hypoglycemia of infancy. J Pediatr 1967;71:494-505.
4. Zappacosta AR. Reversal of baldness in a patient receiving minoxidil for hypertension [Letter]. N Engl J Med 1980;303:1480-1.
5. Hagstam K-E, Lundgren R, Wieslander J. Clinical experience of long-term treatment with minoxidil in severe arterial hypertension. Scand J Urol Nephrol 1982;16:57-63.
6. Campese VM, Stein D, DeQuattro V. Treatment of severe hypertension with minoxidil: advantages and limitations. J Clin Pharmacol 1979;19:231-41.
7. Olsen EA, Weiner MS, Delong ER, et al. Topical minoxidil in early male pattern baldness. J AM ACAD DERMATOL 1985;13:185-92.
8. Olsen EA, DeLong ER, Weiner MS. Dose-response study of topical minoxidil in male pattern baldness. J AM ACAD DERMATOL 1986;15:30-7.
9. Klemp P, Peters K, Hansted B. Subcutaneous blood flow in early male pattern baldness. J Invest Dermatol 1989;92: 725-6.
10. Hamilton JB. Patterned loss of hair in man: types and incidence. Ann NY Acad Sci 1951;53:708-28.
11. Norwood OT. Male pattern baldness: classification and incidence. South Med J 1975;68:1359-65.

---

### CORRECTION

In the June 1990 CME article by Curt P. Samlaska, MD, and William D. James, MD, entitled "Superficial Thrombophlebitis I. Primary Hypercoagulable States," the following credit line was omitted from the legend to Fig. 7, which appeared on page 982:

(From Sperling LC. Clin Cases Derm 1989;1:8-13. Reprinted with permission.)