IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1313 (GMS) |
| ) | |
| DR. REDDY'S LABORATORIES, LTD. ) | |
| and DR. REDDY'S LABORATORIES, ) | |
| INC., ) | |
| ) | |
| Defendants and ) | |
| Counterclaim Plaintiffs. ) | |

**PARTIES' REVISED JOINT CLAIM CONSTRUCTION CHART**

Attached hereto as Exhibits A and B are the parties' Joint Claim Construction Charts for U.S. Patent Nos. 5,571,817 and 5,547,957, respectively.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
| | |
| /s/ James W. Parrett | /s/Richard L. Horwitz |
| Mary B. Graham (#2256) | Richard L. Horwitz (#2246) |
| James W. Parrett, Jr. (#4292) | David E. Moore (#3983) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, Delaware 19899-1347 | Wilmington, Delaware 19801 |
| (302) 658-9200 | (302) 984-6000 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| and Counterclaim Defendant | and Counterclaim Plaintiffs |

OF COUNSEL:

Robert L. Baechtold
Henry J. Renk
Ryan J. Cudnik
FITZPATRICK, CELLA, HARPER
& SCINTO
30 Rockefeller Plaza
New York, New York 10112-3800
(212) 218-2100

OF COUNSEL:

Bruce D. Radin
Stuart D. Sender
David J. Lorenz
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, New Jersey 07078-0999
(973) 379-4800

Dated: July 27, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>    Richard L. Horwitz, Esquire
>    POTTER ANDERSON & CORROON LLP
>    Hercules Plaza
>    1313 North Market Street
>    P.O. Box 951
>    Wilmington, DE  19899-1951

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on July 27, 2005 upon the following individuals in the manner indicated:

| **BY HAND** | **BY FACSIMILE** |
| --- | --- |
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-1951 | Bruce D. Radin<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, NJ  07078-0999 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)