# EXHIBIT A

Christopher Fisher
Curriculum Vitae                                                                                                    Page 1

# CHRISTOPHER FISHER
## Curriculum Vitae

### RESEARCH INTERESTS AND EXPERIENCE

Morphogenesis and craniofacial development; keratinocyte differentiation, skin development, and hair growth; human papillomavirus (HPV) replication; pharmacological control of cell growth; regulation of cell and tissue architecture during embryogenesis; cell and tissue interactions regulating developmental processes; cancer, CDK2, cdc25 structure/function, and cell cycle regulation; anti-cancer drug discovery; functional analysis of regulatory genes and their products.

### PERSONAL

| | |
|---|---|
| Born: | Camden, N.J. |
| Married: | Emily M. Subers, Ph.D., Three children: John, Elinor, and Jane |
| Telephone: | (616) 372-3261 |
| Fax: | (616) 372-3397 |
| E-mail: | cfisher1@chartermi.net |

### EDUCATION

B.S., University of South Carolina, Columbia, SC, 1974, Biology

M.S., University of South Carolina, Columbia, SC, 1978, Biology Master's Thesis in the laboratory of Dr. Roger Sawyer entitled "Inductive Tissue Interactions during the Development of the Anterior Shank of the Chick Embryo."

Ph.D., University of Connecticut Health Center, Farmington, CT, 1984, Biomedical Science (Dept. of Biostructure and Function). Dissertation in the lab of Dr. Edward J. Kollar entitled "Abnormal Development and Differentiation of the Skin of the Pupoid Mutant (pf/pf) Mutant Mouse."

### PRESENT POSITIONS

Co- Founder and Director of Biology: NanoVir, LLC
Southwest Michigan Innovation Center
4717 Campus Dr., Suite 1300
Kalamazoo, MI  49008

### PREVIOUS POSITIONS

January 2004 - August 2004: Interim Director, Biosciences Research and Commercialization Center, Western Michigan University, Kalamazoo, MI

2000-2003:    Research Advisor, Genomics, Pharmacia Corp., Kalamazoo, MI

1999-2000:    Senior Scientist, Genomics, Pharmacia, Inc., Kalamazoo, MI

1994-1999:    Senior Research Scientist, Cell and Molecular Biology Research, Pharmacia and Upjohn, Inc., Kalamazoo, MI

Christopher Fisher
Curriculum Vitae                                                                                                              Page 2

| | |
|---|---|
| 1989-1994: | Research Scientist, Cancer and Infectious Diseases Research, The Upjohn Company, Kalamazoo, MI |
| 1989-1991: | Hairgrowth Research, The Upjohn Company, Kalamazoo, MI |
| 1988-1989: | Research Assistant Professor, Department of Biological Structure, University of Washington, School of Medicine, Seattle, WA |
| 1984-1987: | Senior Fellow with Dr. Karen A. Holbrook, Department of Biological Structure, University of Washington, School of Medicine, Seattle, WA. |

**BIOLOGICAL SCIENCES EXPERIENCE**

- Regulation of cutaneous differentiation and morphogenesis in avian and mammalian developmental systems including the regulation of feather and hair growth.
- Co-author of "Hen's Teeth" paper which was source for the book "Hen's Teeth and Horses Toes" by evolutionary biologist Steven J. Gould.
- Characterization of developmental defect in Er/Er and pf/pf mutant mice, and identification of IKK$\alpha$(-/-) mice as phenocopy of these mutations.
- Hair Growth Drug Discovery Project including establishment and characterization of in vitro and in vivo systems for investigation of hair growth.
- Role of c-fos in keratinocyte differentiation and hair growth.
- Regulation of human papillomavirus (HPV) DNA replication and copy number in human keratinocytes.
- Identification and patenting of novel HPV E7 protein function, and use in high-throughput discovery of HPV antivirals.
- Establishment of novel HPV DNA replication assays and skin cell models of HPV life cycle *in vitro*.
- Discovery of novel HPV E7 inhibitors.
- Regulation of keratinocyte growth and transcriptional profile by HPV E6 and E7 oncogenes.
- Novel target identification via 2-hybrid analysis, and in skin "raft" cultures via microarray analysis.

**TEACHING EXPERIENCE**

Western Michigan University, Dept. of Biological Science: Biology of Cancer (course coordinated with Dr. B. Bhuyan, Fall, 1993).

University of Washington, Department of Biological Structure: Cell Biology, Head and Neck Anatomy

University of Washington School of Medicine, Department of Dermatology, Lecturer on the Structure and Function of Skin in the Skin Biology Course.

University of Washington, Department of Zoology: Organizer of graduate seminar course on Craniofacial Development.

University of Connecticut, Department of Anatomy: Head and Neck Anatomy

Christopher Fisher
Curriculum Vitae                                                                                                          Page 3

University of South Carolina, Department of Biology: General Biology, Embryology

## HONORS AND GRANTS AWARDED

SBIR-Advanced Technology-National Institute of Arthritis and Infectious Diseases (NIAID), "Antiviral Compounds for Human Papillomavirus 16," 2004-2006, $600,000.

American Cancer Society Institutional Grant, "Development of the bursa of Fabricius", University of South Carolina, 1977, Principal Investigator.

Awarded Becton-Dickinson Scholarship, W. Alton Jones Cell Science Center, Lake Placid, New York, "Recent Advances in the Microscopy of Cultured Cells," 1980.

Outstanding Young Men of America, 1982

Best Paper Award, Northeast Conference on Developmental Biology, Woods Hole, MA, 1983.

Best Paper Award, Annual Meeting of American Society of Zoologists, Division of Development and Cell Biology, Philadelphia, PA  1983.

National Research Service Award, NICHHD, NIH, "Normal and Abnormal Skin Development of Mice", 1986-1988.

American Cancer Society Institutional Grant, "Development of pf Skin", University of Washington, 3/85-6/86, Principal Investigator.

NIH Grant HD-17664, "Fetal Skin Biology", University of Washington, 1985-1988, Co-Investigator.

NIH Grant HD-24443 (priority score: 114), "Development and Differentiation of Mammalian Epidermis", University of Washington, 1988-1993, terminated 1989, Principal Investigator.

University of Washington Graduate School Research Fund Grant, "Clonal Organization and Development of the Vertebrate Integument", Funded, not accepted, 1989, Principal Investigator.

International Who's Who of Professionals, 1998

## PATENTS

**US6200746: "Methods of identifying anti-viral agents"**; Issued March 13, 2001; Christopher Fisher and Wanxia He, inventors. (This patent describes the activation of cyclin-dependent kinase 2 (CDK2) by the HPV E7 protein, and the use of this assay for identifying E7 inhibitors.)

## PROFESSIONAL SOCIETIES

American Society for Cell Biology
Society for Developmental Biology (1980-1988)
Society for Investigative Dermatology (1984-1989)

Christopher Fisher
Curriculum Vitae                                                                                                          Page 4

**EDITORIAL, REVIEW, and SERVICE ACTIVITIES**

**Ad Hoc Reviewer**: Gene, Development, Journal of Histochemistry and Cytochemistry, Journal of Investigative Dermatology, Cell and Tissue Research, Archives of Oral Biology, American Journal of Anatomy, Developmental Biology, Journal of Cell Science, Journal of Leukocyte Biology, Oncogene, Journal of Virology.

**Ad Hoc Grant Reviewer**: Israel Academy of Science, 1995

**Member**, Cell Biology Review Panel, 1995, 1996: U.S.A.M.R.M.C. Breast Cancer Research Program

**Member**, Komen Foundation Postdoctoral Fellowship Application Review Committee, 1996

**Member**, Pharmacia and Upjohn Biology/Biochemistry Research Committee, 1994-1997
**Chairman,** Pharmacia and Upjohn Biology/Biochemistry Research Committee, 1997

**Organizer**, Pharmacia and Upjohn Symposium on Functional Genomics, Fall, 1997.

**Member**, NIH Special Emphasis Panel/Scientific Review Group (ZRG1 IMM-G (12) Vaccine Development, December, 2004

**Member,** NIH NINDS Translational Research Program Special Emphasis Panel (ZNS1 SRB - E(15)), December, 2004

**Member,** NIH NINDS-NSD-B Study Section, present-2009.


**INVITED PRESENTATIONS**

University of Maine, Department of Zoology, Orono, ME, 1983.

The Jackson Laboratory, Bar Harbor, ME, 1983.

Developmental Biology Laboratory, Massachusetts General Hospital, Boston, MA, 1983.

University of Washington, Department of Biological Structure, Seattle, Washington, Skin Biology Seminar, 1984.

Symposium on the Biology of Wool and Hair, University of Adelaide, Adelaide, South Australia, December, 1987.

University of California School of Medicine, San Francisco, CA, Reproductive Endocrinology, March, 1988.

New York University School of Medicine, New York, NY, Department of Dermatology, June, 1988.

Bowman Grey School of Medicine, Wake Forest University, Winston-Salem, NC, Department of Anatomy, October, 1988.

Christopher Fisher
Curriculum Vitae                                                                                                    Page 5

Case Western University, Cleveland, Ohio, Department of Dermatology, January, 1989.

Washington University, St. Louis, Missouri, School of Dental Medicine, January, 1989.

Uniformed Services University of the Health Sciences, Bethesda, Maryland, Department of Anatomy, February, 1989.

Temple University, Philadelphia, Pennsylvania, Department of Anatomy, February, 1989.

Department of Biological Sciences, University of Dundee, Dundee, Scotland, December, 1989.

Imperial Cancer Research Fund, Claire Hall Laboratories, England, December, 1989.

Department of Biological Structure, University of Washington, Seattle, WA, August, 1990.

Department of Medicine, University of Washington, Seattle, WA, March, 1992.
Department of Pathology, Yale University School of Medicine, New Haven, CT, December, 1992.

Department of Biostructure and Function, University of Connecticut Health Center, Farmington, CT, December, 1992.

IBC Conference on Cell Cycle Regulation, Hotel del Coronado, Coronado, CA, November 2-3, 1995.

Apoptosis Minisymposium, Thirty Fifth Annual Meeting of the American Society for Cell Biology, Washington D.C., December 9-13, 1995.

Sloan-Kettering Cancer Center, Cell Cycle Group, New York, NY, August, 1997.

IBC 3rd International Conference on Cell Cycle Therapeutics, Washington D.C., November, 1997.

Research Genetics/IntergriDerm Seminar Series, Huntsville, AL, September, 1999.

HPV and Cervical Neoplasia Symposium, University of Alabama, Birmingham, AL, December 8, 2000.

Department of Biological Sciences, University of South Carolina, Columbia, SC, December 11, 2000.

Green Chemistry Gordon Conference, Queen's College, Oxford, UK, September 2002.

Northwestern University Medical School, Department of Microbiology-Immunology, Chicago IL, October 2003.

Western Michigan University, Biological Sciences, Kalamazoo, MI, October 2003

Washington University, Alvin J. Siteman Cancer Center, St. Louis, MO, March 2004

**ABSTRACTS**

Fisher C, Sawyer RH. (1978) Inductive tissue interactions during avian scale development. Meeting

Christopher Fisher
Curriculum Vitae                                                                                          Page 6
of the Association Southeastern Biology, University of Alabama, Tuscaloosa, AL.

Fisher C, Kollar EJ. (1983) Epidermal differentiation in the pupoid fetus (pf/pf) mutant mouse. Annual Meeting American Association Anatomy, Atlanta, GA.

Fisher C, Dale BA, Kollar EJ. (1983) Recovery of a normal phenotype in the epidermis of the pupoid fetus (pf/pf) mutant mouse. Annual Meeting American Society Zoology, Philadelphia, PA.

Fisher C, Bickenbach J, Holbrook KA. (1985) Keratinization of embryonic and fetal human skin in organ culture. Annual Meeting Society Investigational Dermatology, Washington, D.C.

Fisher C, Jones A, Roop D, Dale BA. (1986) Abnormal expression and processing of keratins in pf/pf and Er/Er mutant mice. Annual Meeting American Society Cell Biology, Washington, D.C.

Vickland H, Fisher C. (1989) Localization *in situ* of epidermal keratin mRNAs in pf/pf and Er/Er mutant mice. Joint Meeting, American Society for Cell Biology and American Society for Biochemistry and Molecular Biology, San Francisco, CA.

Fisher C, Gilbertson-Beadling S. (1990) Keratin expression is regulated in the periderm and intermediate cell layers coincident with stratification of embryonic mouse epidermis. 6th International Conference on Differentiation of Normal and Neoplastic Cells, Vancouver, BC, Canada.

Fisher C, Byers MR, Iadarola MJ. (1990) Localization of fos protein in keratinizing tissues suggests role in the transition from viable to cornified cell. 6th International Conference on Differentiation of Normal and Neoplastic Cells, Vancouver, BC, Canada.

Gilbertson-Beadling SK, Walker CJ, Sawada GA, Stamp-Cole MM, Branstetter DG, Fisher C. (1991) A potential regulatory role for N-cadherin during angiogenesis. Annual Meeting American Society Cell Biology, December 1991.

Fisher C, Powers E, Klesert T, Scott P, Wilks J. (1992) Endothelial cell focal adhesion-associated integrins are rapidly internalized following PMA activation but do not serve as efficient targets for immunotoxin-mediated cell killing. American Association for Cancer Research, San Diego, May 1992.

Powers EA, Bannow C, Kinner JH, Staples DJ, Kaytes PS, Vogeli G, Fisher C. (1992) Production of domain-specific collagenase (MMP-1) and stromelysin (MMP-3) antibodies. Brook Lodge Workshop on Metalloproteinases, Augusta, MI.

Gilbertson-Beadling S, Stamp-Cole MM, Fisher C. (1992) A potential regulatory role for A-CAM during angiogenesis. Brook Lodge Workshop on Metalloproteinases, Augusta, MI.

Fisher C, Powers EA, Gilbertson-Beadling S, Petzold G, Poorman R, Mitchell MA. (1992) Interstitial collagenase (MMP-1) mediates angiogenesis in an *in vitro* model. Brook Lodge Workshop on Metalloproteinases, Augusta, MI.

Soltesz S, Fisher C. (April, 1995) E-selectin-dependent adhesion of HT29 colon carcinoma cells results in increased tyrosine phosphorylation of c-src. Signal Transduction of Normal and Tumor Cells, AACR Special Conference in Cancer Research, The Banff Center, Banff, Alberta, Canada.

Christopher Fisher
Curriculum Vitae                                                                                                              Page 7

Soltesz S, Powers EA, Fisher C. (May, 1995) E-selectin-dependent adhesion of HT29 colon carcinoma cells results in increased tyrosine phosphorylation of c-src. Tyrosine Phosphorylation and Cell Signalling, Cold Spring Harbor Laboratory.

Fisher C. (November, 1995) Identification of Novel Cell Cycle Inhibitors in a Phenotypic Screen with the Fission Yeast *Schizosaccharomyces Pombe*. IBC Conference on Cell Cycle Regulation, Hotel del Coronado, Coronado, CA.

Fisher C, Roop DR, Greenhalgh DA. (December, 1995) Targeted expression of v-fos results in DNA fragmentation in the epidermis of transgenic mice. Thirty-fifth Annual Meeting of the American Society for Cell Biology, Washington D.C.

Powers EA and Fisher C (1996) Effects of glucose deprivation on differentiation and the cell cycle of HT-29 cells. 87th Annual Meeting of the American Association for Cancer Research, Washington D.C., April 21-24, 1996.

Fisher, C. (September, 1997) Developmental Biology and Cancer Drug Discovery. NMHCC Conference, "Developmental Biology-Based Drug Discovery and Cell Therapy," Washington D.C., September, 1997

Fisher, C. (November, 1997) "A New Functional Domain of cdc25." IBC 3rd International Conference on Cell Cycle Therapeutics, Washington D.C., November, 1997

Peggy A. Garner-Hamrick and Chris Fisher (July, 2000) "HPV Episomal Amplification in Keratinocyte Monolayer Cultures." 2000 Molecular Biology of DNA Tumor Viruses Conference, July 8-13, 2000, Madison, WI.

Wanxia He and Chris Fisher (July, 2000) "HPV E7 Directly Activates Cyclin-Dependent Kinase 2 (CDK2)." 2000 Molecular Biology of DNA Tumor Viruses Conference, July 8-13, 2000, Madison, WI.

Peggy A. Garner-Hamrick and Chris Fisher (July, 2000) "Differentiation-Dependent Human Papillomavirus (HPV) DNA Amplification in Monolayer Keratinocyte Cultures." 18th International Papillomavirus Converence, Barcelona, Spain.

Wanxia He and Chris Fisher (July, 2000) "Human Papillomavirus (HPV) E7 Directly Activates CDK2." 18th International Papillomavirus Converence, Barcelona, Spain.

Garlick, R.L., J.B. Bellefeuille, J.L. Cialdella, R.L. Heinrickson, J.W. Leone, J.M. Lull, E.T. Lund, V.T. Mutchler, R.W. Sarver, and C. Fisher. (August, 2000) "Purification and Characterization of HPV-16 E7 Protein in Recombinant *E. Coli*." Fourteenth Symposium of The Protein Society, San Diego, CA.

Wanxia He, Doug Staples, Clark W. Smith, and Chris Fisher (September, 2001) HPV E7 Synthetic Peptides Promote CDK2/cyclin A Histone H1 Activity. 19th International Papillomavirus Conference, Florianopolis, Brazil

Peggy Garner-Hamrick, Chris Fisher, Sanjib Banerjee, Francisco Noya, Wei-Ming Chein,

Christopher Fisher
Curriculum Vitae                                                                                                    Page 8

Thomas R. Broker, and Louise Chow (July, 2002)  Alterations in the Transcriptome of Human Keratinocyte Raft Cultures Expressing HPV18 Oncogenes.  Small DNA Tumor Virus Meeting, Madison, WI.

Chris Fisher, Peggy Garner-Hamrick,  N. Sanjib Banerjee, Francisco Noya, Wei-Ming Chein, Louise Chow, and Thomas R. Broker (July, 2002) Major Alterations in Keratinocyte Pathways Caused by Expression of HPV-18 E6E7 and E7 in Keratinocyte Raft Cultures.  Small DNA Tumor Virus Meeting, Madison, WI.

Francisco Noya, Louise Chow, Chris Fisher, and Thomas R. Broker (October, 2002) Inducible HPV E7 in raft cultures establishes concurrent S phase reentry and p21CIP1 stabilization in separate cell populations. 20th International Papillomavirus Conference, Paris, France.

Chris Fisher, Peggy A. Garner-Hamrick, Megh Singh, Kathleen S. Crowley, Barbara A. Schweitzer, Scott S. Woodard, and James Bashkin (2005) Compounds Targeting the HPV E1 DNA Binding Site Cause a Dramatic Loss of Episomal DNA.  22nd International Papillomavirus Meeting, Vancouver, Canada.

Non-cytolytic Clearance of HPV31 Episomal DNA with Compounds Targeted to the Origin of Replication (*ori*). (2005)  Chris Fisher, P. A. Garner-Hamrick, M. Singh, K.S. Crowley, B.A. Schweitzer, S.S. Woodard, and James Bashkin. 9th International Conference on Malignancies in AIDS and Other Acquired Immunodeficiencies: Basic, Epidemiologic and Clinical Research.


**PUBLICATIONS**

Fisher C, Sawyer RH.  Response of avian chorionic epithelium to presumptive scale-forming dermis. J. Exp. Zool. 1978: 207:505-512.

Kollar EJ, Fisher C.  Tooth induction in chick epithelium:  expression of quiescent genes for enamel synthesis.  Science 1980; 207: 993-995.

Fisher C, Dale BA, Kollar EJ.  Abnormal keratinization in pupoid fetus (pf/pf) mutant mouse.  Develop. Biol. 1984; 102: 290-299.

Fisher C, Kollar EJ.  Abnormal skin development in pupoid fetus (pf/pf) mutant mice.  J. Embryol. Exp. Morph. 1985; 87: 47-64.

Fisher C, Holbrook KA.  Cell surface and cytoskeletal changes associated with epidermal stratification and differentiation in organ cultures of embryonic human skin.  Develop. Biol. 1987; 119: 231-241.

Fisher C, Haydock PV, Dale BA.  Localization of profilaggrin mRNA in newborn rat skin by *in situ* hybridization.  J. Invest. Derm. 1987; 77: 661-664.

Perry TB, Holbrook KA, Hoff MS, Hamilton EF, Senikas V, Fisher C.  Prenatal diagnosis of congenital non-bullous ichthyosiform erythroderma (lamellar ichthyosis).  Prenatal Diagnosis 1987; 7: 145-155.

Christopher Fisher
Curriculum Vitae                                                                                                   Page 9

Fisher C.  Abnormal development in the skin of the pupoid fetus (pf/pf) mutant mouse:  Abnormal keratinization, recovery of a normal phenotype, and relationship to the repeated epilation (Er) mutant mouse.  In:  Sawyer RH, editor.  Current topics in developmental biology:  The molecular and developmental biology of keratins.  1987: 209-234.

Fisher C, Jones A, Roop DR.  Abnormal expression and processing of keratins in pf/pf and Er/Er mutant mice.  J. Cell Biol. 1987; 105: 1807-1819.

Holbrook KA, Fisher C, Dale BA, Hartley R.  Morphogenesis of the hair follicle during the ontogeny of human skin.  In:  Rogers GE, editor.  The biology of wool and hair growth.  United Kingdom:  Crown Holm, Ltd, 1988.

Dale BA, Resing KA, Haydock PV, Fleckman P, Fisher C.  Intermediate filament-associated proteins of the epidermis.  In:  Rogers GE, editor.  The biology of wool and hair growth.  United Kingdom:  Crown Holm, Ltd, 1988.

Fisher C.  Skin of the pupoid fetus (pf/pf) mutant mouse.  In:  Jones TC, editor.  ILSI monograph on the pathology of laboratory animals, integumentary system and mammary glands.  Berlin:  Springer-Verlag, 1989.

Fisher C.  Skin of the repeated epilation mutant mouse.  In:  Jones TC, editor.  ILSI monograph on the pathology of laboratory animals, integumentary system and mammary glands.  Berlin:  Springer-Verlag, 1989.

Watt FM, Keeble S, Fisher C, Hudson DL, Codd J, Salisbury JR.  Onset of expression of peanut lectin-binding glycoproteins is correlated with stratification of keratinocytes during human epidermal development *in vivo* and *in vitro*.  J. Cell. Sci. 1989; 94: 355-359.

Fisher C, Powers EA, Byers MR, Iadarola MJ.  Localization of fos protein in keratinizing tissues suggests role in the transition from viable to cornified cell.  Development 1991; 111: 253-258.

Tinsley JM, Fisher C, Searle PF.  Abnormalities of epidermal differentiation associated with expression of the human papilloma virus type 1 early region in transgenic mice.  J. Gen. Virol. 1992; 73: 1251-1260.

Gilbertson-Beadling S, Fisher C.  A potential role for N-cadherin in mediating endothelial cell-smooth muscle cell interactions in the rat vasculature.  Lab. Investigation 1993; 69(2): 203-209.

Greenhalgh D, Rothnagel JA, Wang X-J, Quintanilla MI, Orengo CC, Gagne TA, Bundman DS, Longley MA, Fisher C, Roop DR.  Hyperplasia, hyperkeratosis and benign tumor production by a targeted v-fos oncogene suggest a role for fos in epidermal differentiation and neoplasia.  Oncogene 1993; 8(8): 2145-2148.

Fisher C, Gilbertson-Beadling S, Powers EA, Petzold G, Poorman R, Mitchell MA.  Interstitial collagenase mediates angiogenesis *in vitro*.  Develop. Biol. 1994; 162: 499-510.

Fisher C.  The cellular basis of development and differentiation in mammalian keratinizing epithelia.  In:  Lane B, *et al.*, editors.  The keratinocyte handbook.  Cambridge University Press, 1994.

Christopher Fisher
Curriculum Vitae                                                                                                    Page 10

Fisher C. Organ Culture. In: Leigh I, Watt F, editors. The keratinocyte handbook: Technical supplement. Cambridge University Press, 1994.

Fisher C. *In situ* hybridization. In: The Keratinocyte Handbook: Technical Supplement, eds., I. Leigh, and F. Watt, Cambridge University Press, 1994.

Gilbertson-Beadling S, Powers EA, Stamp-Cole M, Scott PS, Wallace TL, Copeland J, Petzold G, Mitchell M, Ledbetter S, Poorman R, Wilks JW, Fisher C. The tetracycline analogs minocycline and doxycycline inhibit angiogenesis *in vitro* by a non-metalloproteinase-dependent mechanism. Cancer Chemother. Pharmacol. 1995; 36: 418-424.

Soltesz SA, Powers EA, Geng J-G, Fisher C. Adhesion of HT-29 colon carcinoma cells to E-selectin results in increased tyrosine phosphorylation and decreased activity of c-src. Int. J. Cancer 1997; 71: 645-653.

Garner-Hamrick PA and Fisher C. Anti-sense phosphorothioate oligonucleotides specifically down-regulate cdc25B causing S-phase arrest and persistent anti-proliferative effects. Int. J. Cancer 1998; 76: 720-728.

Jacobsen EJ, Mitchell MA, Hendges SK, Belonga KL, Skaletzky LL, Stelzer, LS, Lindberg TJ, Fritzen EL, Schostarez HJ, O'Sullivan TJ, Maggiora LL, Stuchly CW, Laborde AL, Kubicek MF, Poorman RA, Beck JM, Miller HR, Petzold GL, Scott PS, Truesdell SE, Wallace TL, Wilks JW, Fisher C, Goodman LV, Kaytes PS, Ledbetter SR, Powers EA, Vogeli G, Mott JE, Trepod CM, Staples DJ, Baldwin ET, and Finzel BC. Synthesis of a series of Stromolysin-selective thiadiazole urea matrix metalloproteinase inhibitors. J. Med. Chem. 1999; 42(9): 1525-1536.

Powers EA, Thompson DP, Garner-Hamrick PA, He W, Yem AW, Bannow CA, Staples DJ, Waszak GA, Smith CW, Deibel MR, and Fisher C. Identification of a C-terminal cdc25B sequence required for GVBD promotion. Biochem J. 2000; 347(3): 653-660.

Fisher, C. IKK$\alpha$(-/-) Mice Share Phenotype with Pupoid Fetus (pf/pf) and Repeated Epilation (Er/Er) Mutant Mice. Trends in Genetics 2000; 16(11): 482-484.

Peggy Garner-Hamrick and Fisher, C. HPV Episomal Copy Number Closely Correlates with Cell Size in Keratinocyte Monolayers. Virology 2002; 301: 334-341.

He, W. and Fisher, C. Direct activation of cyclin-dependent kinase 2 (CDK2) by human papillomavirus (HPV) E7. J. Virol. 2003; 77(19): 10566-10577.

Kitai Kim, Peggy A. Garner-Hamrick, Chris Fisher, Denis Lee, and Paul F. Lambert. Methylation Patterns of Papillomaviral DNA, Its Influence on E2 Function and Implications in Viral Infection. J. Virol. 2003; 77: 12450-12459

Peggy A. Garner-Hamrick, J.M. Fostel, Wei-Ming Chien, N. Sanjib Banerjee, Louise T. Chow, Thomas. R. Broker, and Chris Fisher Global Effects of Human Papillomavirus Type 18 (HPV-18) E6/E7 in an Organotypic Keratinocyte Culture System 2004; 78: 9041-9050.

**Pharmacia Technical Reports**

Christopher Fisher
Curriculum Vitae                                                                                                    Page 11
Author of 42 Pharmacia and Upjohn confidential scientific reports.