IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
|     Plaintiff and<br>    Counterclaim Defendant, | )<br>)<br>) |
| v. | ) ) C. A. No. 04-1313 (GMS) |
| DR. REDDY'S LABORATORIES, LTD. and<br>DR. REDDY'S LABORATORIES, INC., | )<br>) |
|     Defendants and<br>    Counterclaim Plaintiffs. | )<br>) |

**REDDY'S FIRST RULE 30(B)(6)
DEPOSITION NOTICE TO MERCK**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy"), will take a deposition upon oral examination of plaintiff Merck & Co., Inc. ("Merck"), by one or more of its officers, directors or managing agents, or other persons who consent to testify on its behalf, commencing at 9:30 a.m. on September 12, 2005 at the offices of BUDD LARNER, P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078, or at another mutually agreed place and time, and continuing day-to-day until completed, concerning the matters set forth in the attached Schedule A.  Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic and videographic means.

You are invited to attend and participate.

2

|  |  |
|---|---|
| Of Counsel: | POTTER ANDERSON & CORROON LLP |
| Bruce D. Radin<br>Stuart D. Sender<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, New Jersey 07078<br>(973) 379-4800<br><br>Dated: August 31, 2005 | By: /s/ David E. Moore<br>Richard L. Horwitz<br>David E. Moore<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs* |

697281

## SCHEDULE A

<u>Definitions</u>

1. References to "Reddy's Document Requests" are to Defendants' First Set of Requests for the Production of Documents and Things served on Merck on February 23, 2005.

2. "'817 patent" means U.S. Patent No. 5,571,817.

3. "'957 patent" means U.S. Patent No. 5,547,957.

<u>Topics</u>

1. The identity of each individual who was given responsibility to search for, retrieve, and/or collect documents and things responsive to Reddy's Document Requests.

2. All steps actually taken by each individual identified in Topic 1 to locate, retrieve, and collect documents responsive to Reddy's Document Requests.

3. For each physical, non-electronic file searched:

   (a) the type and location of each file;

   (b) the name and title of the individual in charge of, in possession of, or having custody or control of the file;

   (c) the name of the person who searched the file;

   (d) the specific method(s) used to locate documents within the file that are responsive to Reddy's Document Requests.

4. For each electronic file searched:

   (a) the type and location of each file;

   (b) the name and title of the individual in charge of, in possession of, or having custody or control of the file;

    (c)  the name of the person who searched the file;

    (d)  the specific method(s) used to locate documents within the file that are responsive to Reddy's Document Requests, including but not limited to identification of any search terms that were used, and

    (e)  the temporal scope of the search performed on each individual computer system, backup file, or other source of recorded electronic information.

  5.  The organization and production of all documents produced pursuant to Reddy's Document Requests.

  6.  Merck's document retention and document destruction policies in effect since 1980.

  7.  The location, by production number, of all documents produced by Merck in response to Reddy's Document Request No. 12.

  8.  The location, by production number, of all documents produced by Merck in response to Reddy's Document Request No. 13.

  9.  The location, by production number, of all documents produced by Merck in response to Reddy's Document Request No. 17.

  10.  The location, by production number, of all documents produced by Merck in response to Reddy's Document Request No. 19.

  11.  The location, by production number, of all documents produced by Merck in response to Reddy's Document Request No. 20.

  12.  The location, by production number, of all documents produced by Merck in response to Reddy's Document Request No. 21.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 31, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347


I hereby certify that on August 31, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112


                 By:   */s/ David E. Moore*
                     Richard L. Horwitz
                     David E. Moore
                     Hercules Plaza, 6th Floor
                     1313 N. Market Street
                     Wilmington, Delaware 19899-0951
                     (302) 984-6000
                     rhorwitz@potteranderson.com
                     dmoore@potteranderson.com

672977