## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
|       Plaintiff and | ) |
|       Counterclaim Defendant, | ) |
| v. | ) |
| | ) C. A. No. 04-1313 (GMS) |
| DR. REDDY'S LABORATORIES, LTD. and | ) |
| DR. REDDY'S LABORATORIES, INC., | ) |
|       Defendants and | ) |
|       Counterclaim Plaintiffs. | ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants/Counterclaim Plaintiffs, hereby certifies that true and correct copies of Reddy's Second Request for the Production of Documents and Things to Merck (Nos. 46-48) were caused to be served on August 31, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347


### VIA FEDERAL EXPRESS

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112

2

|  |  |
|---|---|
| Of Counsel: | POTTER ANDERSON & CORROON LLP |
| Bruce D. Radin<br>Stuart D. Sender<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, New Jersey 07078<br>(973) 379-4800<br><br>Dated: April 29, 2005 | By: _____<br>    Richard L. Horwitz<br>    David E. Moore<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19899-0951<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs* |

680237

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 31, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on August 31, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112

By:  /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware  19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

672977