IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC.,<br><br>    Plaintiff and<br>    Counterclaim Defendant,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. and<br>DR. REDDY'S LABORATORIES, INC.,<br><br>    Defendants and<br>    Counterclaim Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)  C. A. No. 04-1313 (GMS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION OF KEITH D. KAUFMAN

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy"), will take a deposition upon oral examination of Keith D. Kaufman, commencing at 9:30 a.m. on September 20, 2005 at the offices of BUDD LARNER, P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078, or at another mutually agreed place and time, and continuing day-to-day until completed. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic and videographic means.

You are invited to attend and participate.

POTTER ANDERSON & CORROON LLP

Of Counsel:

Bruce D. Radin
Stuart D. Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ  07078-0999
(973) 379-4800

Dated:  September 8, 2005

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE  19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants/Counterclaim Plaintiffs*

698138 / 28527

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 8, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on September 8, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

By: */s/ David E. Moore*
  Richard L. Horwitz
  David E. Moore
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  P.O. Box 951
  Wilmington, DE 19899-0951
  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

672977