## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., <br><br>     Plaintiff and <br>     Counterclaim Defendant, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and <br> DR. REDDY'S LABORATORIES, INC., <br><br>     Defendants and <br>     Counterclaim Plaintiffs. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    C. A. No. 04-1313 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DEPOSITION OF ROBERT J. NORTH

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of

Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr.

Reddy's Laboratories, Inc. (collectively, "Reddy"), will take a deposition upon oral

examination of Robert J. North, commencing at 9:30 a.m. on October 6, 2005 at the

offices of BUDD LARNER, P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078,

or at another mutually agreed place and time, and continuing day-to-day until completed.

Testimony shall be taken before a notary public or other person authorized to administer

oaths and shall be recorded by stenographic and videographic means.

You are invited to attend and participate.

2

POTTER ANDERSON & CORROON LLP

By: /s/  David E. Moore

Of Counsel:                                Richard L. Horwitz
                                           David E. Moore
Bruce D. Radin                             Hercules Plaza, 6th Floor
Stuart D. Sender                           1313 N. Market Street
BUDD LARNER, P.C.                          P.O. Box 951
150 John F. Kennedy Parkway                Wilmington, DE  19899-0951
CN 1000                                    (302) 984-6000
Short Hills, NJ  07078-0999                rhorwitz@potteranderson.com
(973) 379-4800                             dmoore@potteranderson.com

Dated:  September 8, 2005                  *Attorneys for Defendants/Counterclaim Plaintiffs*

698147 / 28527

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 8, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on September 8, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

By:    /s/ David E. Moore
        Richard L. Horwitz
        David E. Moore
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        P.O. Box 951
        Wilmington, DE 19899-0951
        (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

672977