IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | C. A. No. 04-1313 (GMS) |
| DR. REDDY'S LABORATORIES, LTD. and | ) | |
| DR. REDDY'S LABORATORIES, INC., | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim Plaintiffs. | ) | |

**REDDY'S SECOND RULE 30(B)(6)
DEPOSITION NOTICE TO MERCK**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy"), will take a deposition upon oral examination of plaintiff Merck & Co., Inc. ("Merck"), by one or more of its officers, directors or managing agents, or other persons who consent to testify on its behalf, commencing at 9:30 a.m. on September 28, 2005 at the offices of BUDD LARNER, P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078, or at another mutually agreed place and time, and continuing day-to-day until completed, concerning the matters set forth in the attached Schedule A.  Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic and videographic means.

You are invited to attend and participate.

                POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore

Of Counsel:            Richard L. Horwitz
                            David E. Moore

Bruce D. Radin         Hercules Plaza, 6th Floor
Stuart D. Sender         1313 N. Market Street
BUDD LARNER, P.C.     P.O. Box 951
150 John F. Kennedy Parkway  Wilmington, DE 19899-0951
CN 1000                  (302) 984-6000
Short Hills, NJ 07078-0999   rhorwitz@potteranderson.com
(973) 379-4800          dmoore@potteranderson.com

Dated: September 15, 2005   *Attorneys for Defendants/Counterclaim Plaintiffs*

699316

## SCHEDULE A

### Definitions

1. The "'817 patent" means U.S. Patent No. 5,571,817.

2. The "'957 patent" means U.S. Patent No. 5,547,957.

### Topics

1. Merck's argument before the United States Patent and Trademark Office that the method of treatment claimed in the '817 patent is inherently disclosed in EPO 0155096. See, e.g., Merck's December 10, 1991 Response to the July 3, 1991 Office Action in U.S. Serial No. 07/698,374, p.12.

2. All secondary considerations of non-obviousness, including but not limited to copying, long felt but unsolved need, failure of others, unexpected results or properties of the claimed invention compared to the prior art, industry respect for the invention, skepticism or disbelief of skilled artisans before the invention, praise, and simultaneous invention, upon which Merck intends to rely at trial to demonstrate that the '817 patent is not obvious under 35 U.S.C. § 103 or for any other purpose, and the nexus between such secondary considerations and each claim of the '817 patent that is allegedly infringed.

3. All secondary considerations of non-obviousness, including but not limited to copying, long felt but unsolved need, failure of others, unexpected results or properties of the claimed invention compared to the prior art, industry respect for the invention, skepticism or disbelief of skilled artisans before the invention, praise, and simultaneous invention, upon which Merck intends to rely at trial to demonstrate that the '957 patent is not obvious under 35 U.S.C. § 103 or for any other purpose, and the nexus

between such secondary considerations and each claim of the '957 patent that is allegedly infringed.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 15, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on September 15, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

By:  */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

672977