IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
|     Plaintiff and<br>    Counterclaim Defendant, | )<br>)<br>) |
|     v. | ) C.A. No. 04-1313 (GMS) |
| DR. REDDY'S LABORATORIES,<br>LTD. and DR. REDDY'S<br>LABORATORIES, INC., | )<br>)<br>) |
|     Defendants and<br>    Counterclaim Plaintiffs. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff's First Rule 30(b)(6) Notice To Defendants* and *Notice Of Deposition Of Robert J. Koprowski* were caused to be served on September 28, 2005 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-1951

**BY FACSIMILE**

Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999


-2-

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ James W. Parrett, Jr.*
        _____
        Mary B. Graham (#2256)
        James W. Parrett, Jr. (#4292)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, Delaware 19899-1347
        (302) 658-9200

        *Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

Robert L. Baechtold
Henry J. Renk
Ryan J. Cudnik
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112-3800
(212) 218-2100


Dated:  September 28, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899-1951

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 28, 2005 upon the following individuals in the manner indicated:

| **BY HAND** | **VIA FACSIMILE** |
|---|---|
| Richard L. Horwitz, Esquire | Bruce D. Radin |
| POTTER ANDERSON & CORROON LLP | BUDD LARNER, P.C. |
| Hercules Plaza | 150 John F. Kennedy Parkway |
| 1313 North Market Street | CN 1000 |
| P.O. Box 951 | Short Hills, NJ  07078-0999 |
| Wilmington, DE  19899-1951 | |

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)

456535