IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>  )<br>  Plaintiff and )<br>  Counterclaim Defendant, )<br>  )<br>  v. )<br>  )<br>DR. REDDY'S LABORATORIES, LTD. and )<br>DR. REDDY'S LABORATORIES, INC., )<br>  )<br>  Defendants and )<br>  Counterclaim Plaintiffs. ) | C. A. No. 04-1313 (GMS) |

**REDDY'S THIRD RULE 30(B)(6) DEPOSITION NOTICE TO MERCK**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy"), will take a deposition upon oral examination of plaintiff Merck & Co., Inc. ("Merck"), by one or more of its officers, directors or managing agents, or other persons who consent to testify on its behalf, commencing at 9:30 a.m. on October 5, 2005 at the offices of BUDD LARNER, P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078, or at another mutually agreed place and time, and continuing day-to-day until completed, concerning the matters set forth in the attached Schedule A. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic and videographic means.

You are invited to attend and participate.

2

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | |
| | By: */s/ David E. Moore* |
| Bruce D. Radin | Richard L. Horwitz |
| Stuart D. Sender | David E. Moore |
| BUDD LARNER, P.C. | Hercules Plaza, 6th Floor |
| 150 John F. Kennedy Parkway | 1313 N. Market Street |
| CN 1000 | P.O. Box 951 |
| Short Hills, NJ 07078-0999 | Wilmington, DE 19899-0951 |
| (973) 379-4800 | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| Dated: September 28, 2005 | dmoore@potteranderson.com |

*Attorneys for Defendants/Counterclaim Plaintiffs*

701312

# SCHEDULE A

## Definitions

1. "Conception" is defined according to the law of the United States Court of Appeals for the Federal Circuit.

2. "Reduction to practice" is defined according to the law of the United States Court of Appeals for the Federal Circuit.

3. "Finasteride" means the compound with the following structural formula:

[Chemical structure of finasteride showing steroid backbone with NHC(CH$_3$)$_3$, C=O, CH$_3$ groups, and N-H lactam]

4. "Alopecia" means hair loss, including, but not limited to, male pattern baldness.

## Topics

1. The date of conception of a method for treating alopecia through the topical administration of finasteride.

2. The location, by production number, of all documents produced by Merck relating to Topic 1.

3. The date of reduction to practice of a method for treating alopecia through the topical administration of finasteride.

4

    4.    The location, by production number, of all documents produced by Merck relating to Topic 3.

    5.    The date of conception of a method for treating alopecia through the oral administration of finasteride.

    6.    The location, by production number, of all documents produced by Merck relating to Topic 5.

    7.    The date of reduction to practice of a method for treating alopecia through the oral administration of finasteride.

    8.    The location, by production number, of all documents produced by Merck relating to Topic 7.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 28, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on September 28, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

By:  */s/ David E. Moore*
  Richard L. Horwitz
  David E. Moore
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  P.O. Box 951
  Wilmington, DE 19899-0951
  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

672977