### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1313 (GMS) |
| ) | |
| DR. REDDY'S LABORATORIES, LTD. ) | |
| and DR. REDDY'S LABORATORIES, INC., ) | |
| ) | |
| Defendants and ) | |
| Counterclaim Plaintiffs. ) | |
| ) | |

### NOTICE OF DEPOSITION OF ROBERT J. KOPROWSKI

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, the attorneys for plaintiff Merck & Co., Inc. ("Plaintiff" or "Merck"), will take a deposition upon oral examination of Robert J. Koprowski, commencing at 9:30 a.m. on October 18, 2005 at the offices of FITZPATRICK, CELLA, HARPER & SCINTO, 30 Rockefeller Plaza, New York, New York 10112, or at another mutually agreed place and time, and continuing day-to-day until completed. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine.

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ James W. Parrett, Jr.*
        _____
        Mary B. Graham (#2256)
        James W. Parrett, Jr. (#4292)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, Delaware 19899-1347
        (302) 658-9200

        *Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

Robert L. Baechtold
Henry J. Renk
Ryan J. Cudnik
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3800
(212) 218-2100


Dated: September 28, 2005
485143

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899-1951

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 28, 2005 upon the following individuals in the manner indicated:

| **BY HAND** | **VIA FACSIMILE** |
| --- | --- |
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-1951 | Bruce D. Radin<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, NJ  07078-0999 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

456535