IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., <br><br> Plaintiff and <br> Counterclaim Defendant, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. <br> and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants and <br> Counterclaim Plaintiffs. | Civil Action No. 04-1313 (GMS) |

## **PLAINTIFF'S FIRST RULE 30(b)(6) NOTICE TO DEFENDANTS**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for plaintiff Merck & Co., Inc. ("Plaintiff" or "Merck"), will take a deposition upon oral examination of defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("Defendants" or "Dr. Reddy's"), by one or more of its officers, directors or managing agents, or other persons who consent to testify on its behalf, commencing at 9:30 a.m. on October 13, 2005 at the offices of FITZPATRICK, CELLA, HARPER & SCINTO, 30 Rockefeller Plaza, New York, New York 10112, or at another mutually agreed place and time, and continuing day-to-day until completed, concerning the matters set forth in the attached Schedule A. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic and/or videographic means.

You are invited to attend and cross-examine.

                              MORRIS, NICHOLS, ARSHT & TUNNELL

                              */s/ James W. Parrett, Jr.*
                              _____
                              Mary B. Graham (#2256)
                              James W. Parrett, Jr. (#4292)
                              1201 North Market Street
                              P.O. Box 1347
                              Wilmington, Delaware 19899-1347
                              (302) 658-9200

                              *Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

Robert L. Baechtold
Henry J. Renk
Ryan J. Cudnik
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112-3800
(212) 218-2100


Dated:  September 28, 2005
485150

# SCHEDULE A

## Definitions

1. "Defendants" means Dr. Reddy's Laboratories, Ltd. and/or Dr. Reddy's Laboratories, Inc.

2. "Merck" means plaintiff Merck & Co., Inc.

3. "FDA" means the United States Food and Drug Administration including, without limitation, its employees, scientists, technicians, agents, examiners and laboratories.

4. "Orange Book" means FDA's Approved Drug Products with Therapeutic Equivalents.

5. "Defendants' ANDA" means Abbreviated New Drug Application No. 76-436.

6. "Communication" means any exchange or transmittal of information in the form of facts, ideas, inquiries, or otherwise, whether written, oral, electronic or in any other form.

7. "Finasteride" means the chemical compound $17\beta$-(N-tert-butylcarbamoyl)-4-aza-$5\alpha$-androst-1-en-3-one.

8. "Defendants' proposed product" means the finasteride tablets, USP, 1 mg, which are the subject of defendants' ANDA.

## Topics

1. Defendants' consideration of whether to develop a 1 mg finasteride product.

2. Defendants' decision to develop a 1 mg finasteride product.

3. Defendants' understanding or knowledge of the success of Merck's Propecia® finasteride product.

4. Defendants' understanding or knowledge of whether Merck's Propecia® product fulfilled a long-standing need in the art for a safe and efficacious treatment for baldness.

5. Defendants' understanding or knowledge concerning the unpredictability of discovering compounds useful in the treatment of baldness.

6. Defendants' understanding or knowledge of the efficacy of 1 mg finasteride in treating baldness.

7. Defendants' consideration of whether to file an ANDA for 1 mg finasteride tablets.

8. Defendants' decision to file Defendants' ANDA.

9. Defendants' preparation and filing of their ANDA, including, without limitation:

   a. the preparation and filing of Defendants' ANDA;

   b. the preparation and filing of any supplement and/or amendment to Defendants' ANDA; and

   c. correspondence between Defendants and FDA concerning Defendants' ANDA and/or any supplement or amendment to Defendants' ANDA.

10. Defendants' understanding or knowledge of the period of time over which Defendants' proposed product should be administered to treat baldness.

11. Defendants' understanding or knowledge of how practitioners will assess whether Defendants' proposed product is efficacious in treating baldness.

12. Defendants' understanding or knowledge of how practitioners will detect hair growth upon administration of Defendants' proposed product.

13. Defendants' awareness or knowledge of the patents listed in the Orange Book relating to Merck's New Drug Application No. 20-788.

14. Identification of the people involved and their roles with each of the above categories.

15. Identification of any documents in connection with each of the above categories.

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899-1951

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 28, 2005 upon the following individuals in the manner indicated:

| **BY HAND** | **VIA FACSIMILE** |
|---|---|
| Richard L. Horwitz, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-1951 | Bruce D. Radin<br>BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>CN 1000<br>Short Hills, NJ  07078-0999 |

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

456535