IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
|     Plaintiff and Counterclaim Defendant, | ) ) ) |
|     v. | ) C.A. No. 04-1313 (GMS) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | ) ) ) |
|     Defendants and Counterclaim Plaintiffs. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Plaintiff's Response to Defendant's Second Set of Requests for the Production of Documents and Things* were caused to be served on September 30, 2005 upon the following in the manner indicated:

**BY HAND**

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-1951

**BY FACSIMILE**

Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999

-2-

          MORRIS, NICHOLS, ARSHT & TUNNELL

          */s/ James W. Parrett, Jr.*
          _____
          Mary B. Graham (#2256)
          James W. Parrett, Jr. (#4292)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, Delaware 19899-1347
          (302) 658-9200

          *Attorneys for Plaintiff Merck & Co., Inc.*

OF COUNSEL:

Robert L. Baechtold
Henry J. Renk
Ryan J. Cudnik
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY  10112-3800
(212) 218-2100

Dated:  September 30, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Richard L. Horwitz, Esquire
>POTTER ANDERSON & CORROON LLP
>Hercules Plaza
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899-1951

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on September 30, 2005 upon the following individuals in the manner indicated:

**BY HAND**

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-1951

**VIA FACSIMILE**

Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ  07078-0999

*/s/ James W. Parrett, Jr.*

James W. Parrett, Jr. (#4292)

456535