

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

October 5, 2005

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

    Re:    **Merck & Co., Inc. v. Dr. Reddy's Laboratories, Ltd., et al.**
             **C. A. No. 04-1313 (GMS)**

Dear Judge Sleet:

    In anticipation of the October 7, 2005 discovery conference in the above-referenced matter, which is scheduled to take place after the October 7, 2005 Markman hearing, the parties jointly submit the following agenda items:

**Plaintiff's Issues**

1. Dr. Reddy's possible reliance on advice of counsel, and related discovery.

2. Dr. Reddy's responses to Merck's interrogatories seeking Dr. Reddy's contentions on non-obviousness and invalidity.

3. Dr. Reddy's document production.

4. Dr. Reddy's privilege log.

**Defendants' Issues**

1. Merck's privilege log.

2. Merck's responses to Reddy's interrogatories seeking Merck's contentions as to conception and reduction to practice.

3. Merck's document production.

    Respectfully,

    */s/ David E. Moore*

    David E. Moore

702168
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record