IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., ) | |
| ) | |
| Plaintiff and ) | |
| Counterclaim Defendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1313 (GMS) |
| ) | |
| DR. REDDY'S LABORATORIES, LTD. ) | |
| and DR. REDDY'S LABORATORIES, ) | |
| INC., ) | |
| ) | |
| Defendants and ) | |
| Counterclaim Plaintiffs. ) | |
| ) | |

**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER (D.I. 20)
TO EXTEND FACT AND EXPERT DISCOVERY DATES**

WHEREAS the current schedule (D.I. 20) provides for: the close of fact discovery on October 19, 2005; opening expert reports to be served on November 20, 2005; and responsive expert reports to be served on December 19, 2005; with trial date set for June 2006.

WHEREAS the parties would like to extend the close of fact discovery with respect to depositions of fact witnesses in order to complete those depositions (the difficulty in scheduling of which was, in part, due to the unavailability of noticed witnesses, some of whom are non-parties) and with respect to outstanding fact discovery; and correspondingly the dates for expert discovery;

WHEREAS the parties have agreed, subject to the approval of the Court, to a six week extension of fact discovery with respect to depositions of fact witnesses and completion of

outstanding fact discovery, and a one month extension of the dates for expert discovery as set forth below, but are not requesting an extension of any of the other dates in the scheduling order, including those relating to summary judgment;

WHEREAS the parties are hopeful that this extension will not burden the Court in view of the fact that the 7-day trial in the case is not scheduled to begin until June 5, 2006 (D.I. 20);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's Scheduling Order of March 7, 2005 (D.I. 20) providing dates relating to fact and expert discovery is amended to the following extent:

1.    The deadline for completion of fact discovery with respect to depositions of fact witnesses and outstanding fact discovery is extended to November 30, 2005.

2.    Expert discovery in this case shall be initiated so that it will be completed on or before February 17, 2006. Opening expert reports on issues for which a party has the burden of proof shall be served on December 21, 2005, and rebuttal expert reports shall be served on January 20, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Mary B. Graham | /s/ David E. Moore |
| Mary B. Graham (#2256) | Richard L. Horwitz (#2246) |
| James W. Parrett, Jr. (#4292) | David E. Moore (#3983) |
| 1201 North Market Street | 1313 North Market Street |
| P.O. Box 1347 | P.O. Box 951 |
| Wilmington, Delaware 19899-1347 | Wilmington, Delaware 19899-1347 |
| Attorneys for Plaintiff Merck & Co., Inc. | Attorneys for Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. |

SO ORDERED this 7th day of Oct., 2005.

_____
U.S. District Judge

FILED
OCT 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3