IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | C. A. No. 04-1313 (GMS) |
| DR. REDDY'S LABORATORIES, LTD. and | ) | |
| DR. REDDY'S LABORATORIES, INC., | ) | |
| | ) | |
| Defendants and | ) | |
| Counterclaim Plaintiffs. | ) | |

### REDDY'S FOURTH RULE 30(B)(6) DEPOSITION NOTICE TO MERCK

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the attorneys for defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy"), will take a deposition upon oral examination of plaintiff Merck & Co., Inc. ("Merck"), by one or more of its officers, directors or managing agents, or other persons who consent to testify on its behalf, commencing at 9:30 a.m. on October 19, 2005 at the offices of BUDD LARNER, P.C., 150 John F. Kennedy Parkway, Short Hills, NJ 07078, or at another mutually agreed place and time, and continuing day-to-day until completed, concerning the matters set forth in the attached Schedule A. Testimony shall be taken before a notary public or other person authorized to administer oaths and shall be recorded by stenographic and videographic means.

You are invited to attend and participate.

|                                    | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL:                        |                                       |
|                                    | By: /s/ David E. Moore                |
| Bruce D. Radin                     |     Richard L. Horwitz                |
| Stuart D. Sender                   |     David E. Moore                    |
| BUDD LARNER, P.C.                  |     Hercules Plaza, 6th Floor    |
| 150 John F. Kennedy Parkway        |     1313 N. Market Street             |
| CN 1000                            |     P.O. Box 951                      |
| Short Hills, NJ 07078-0999         |     Wilmington, DE 19899-0951         |
| (973) 379-4800                     |     (302) 984-6000                    |
|                                    |     rhorwitz@potteranderson.com       |
| Dated: October 13, 2005            |     dmoore@potteranderson.com         |
| 703187 / 28527                     |                                       |
|                                    | *Attorneys for Defendants/Counterclaim Plaintiffs* |

## SCHEDULE A

<u>Definitions</u>

1. The "'817 patent" means U.S. Patent No. 5,571,817.

2. The "'817 patent family" means:

    a. US Serial No. 06/584,062;

    b. US Serial No. 06/800,623;

    c. US Serial No. 07/034,806;

    d. US Serial No. 07/198,708;

    e. US Serial No. 07/370,142;

    f. US Serial No. 07/545,676;

    g. US Serial No. 07/698,374;

    h. US Serial No. 07/927,256;

    i. US Serial No. 08/016,476;

    j. US Serial No. 08/094,815; and

    k. any foreign counterparts of the US Serial Nos. set forth in 2.a.-j.

3. The "'957 patent" means U.S. Patent No. 5,547,957.

4. The "'957 patent family" means:

    a. US Serial No. 08/138,520;

    b. US Serial No. 08/214,905; and

    c. any foreign counterparts of the US Serial Nos. set forth in 4.a.-b.

<u>Topics</u>

1.  The preparation, drafting, filing, prosecution, correction, reissue, reexamination, patent term extension or terminal disclaimer of any application or patent in the '817 patent family, including all draft applications and file histories.

2.  The preparation, drafting, filing, prosecution, correction, reissue, reexamination, patent term extension or terminal disclaimer of any application or patent in the '957 patent family, including all draft applications and file histories.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 13, 2005, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

I hereby certify that on October 13, 2005, I have Federal Expressed the documents to the following non-registered participants:

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

By: /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672977