IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1313 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION TO WITHDRAW JURY DEMAND**

IT IS HEREBY STIPULATED by the parties subject to the approval of the Court, that (1) defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. withdraw their demand for a jury trial as to any and all issues in this case; and (2) trial of all matters in this case will be tried to the Court and will be non-jury.

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ James W. Parrett, Jr.* | */s/ David E. Moore* |
| Mary B. Graham (#2256) <br> James W. Parrett, Jr. (#4292) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br>   *Attorneys for Plaintiff* | Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br>   *Attorneys for Defendants* |

OF COUNSEL:

Robert L. Baechtold
Henry J. Renk
FITZPATRICK, CELLA, HARPER
  & SCINTO
30 Rockefeller Plaza
New York, NY  10112
(212) 218-2100

                        SO ORDERED THIS \_\_\_\_\_ day of October, 2005.

                        _____
                        United States District Judge

488590