# EXHIBIT A

US005571817A

# United States Patent [19]

## Rasmusson et al.

[11] **Patent Number:** 5,571,817

[45] **Date of Patent:** Nov. 5, 1996

[54] **METHODS OF TREATING ANDROGENIC ALOPECIA WITH FINASTERIDE [17β-N-SUBSTITUTED-CARBAMOYL-4-AZA-5-α-ANDROST-1-EN-ONES]**

[75] Inventors: **Gary H. Rasmusson**, Watchung; **Glenn F. Reynolds**, Westfield, both of N.J.

[73] Assignee: **Merck & Co., Inc.,** Rahway, N.J.

[21] Appl. No.: **94,815**

[22] Filed: **Jul. 20, 1993**

### Related U.S. Application Data

[63] Continuation of Ser. No. 16,476, Feb. 10, 1993, abandoned, which is a continuation of Ser. No. 927,256, Aug. 7, 1992, abandoned, which is a continuation of Ser. No. 698,374, May 9, 1991, abandoned, which is a continuation of Ser. No. 545,676, Jun. 28, 1990, abandoned, which is a continuation of Ser. No. 370,142, Jun. 21, 1989, abandoned, which is a continuation of Ser. No. 198,708, May 19, 1988, abandoned, which is a continuation of Ser. No. 34,806, Apr. 3, 1987, abandoned, which is a continuation-in-part of Ser. No. 800,623, Nov. 21, 1985, Pat. No. 4,760,071, which is a continuation of Ser. No. 584,062, Feb. 27, 1984, abandoned.

[51] Int. Cl.⁶ .................................................... A61K 31/44

[52] U.S. Cl. ..................................... 514/284; 546/77

[58] Field of Search ............................ 546/77; 514/284

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,227,876 | 1/1941 | Bolt ............................................. 260/269 |
| 3,239,417 | 3/1966 | Tullio et al. ................................. 167/65 |
| 3,264,301 | 8/1966 | Doorenbos et al. ....................... 260/286 |
| 3,285,918 | 11/1966 | Doorenbos et al. ....................... 260/251 |
| 4,139,619 | 2/1979 | Chidsey, III ............................... 424/45 |
| 4,220,775 | 9/1980 | Rasmusson et al. ....................... 546/77 |
| 4,317,817 | 3/1982 | Blohm et al. ............................... 424/226 |
| 4,377,584 | 3/1983 | Rasmusson et al. ....................... 424/258 |
| 4,396,615 | 8/1983 | Petrow et al. .............................. 424/242 |
| 4,596,812 | 6/1986 | Chidsey, III et al. ..................... 514/256 |
| 4,689,345 | 8/1987 | Kasha et al. ............................... 514/546 |
| 4,732,897 | 3/1988 | Cainelli et al. ............................ 514/222 |
| 4,760,071 | 7/1988 | Rasmusson et al. ....................... 514/284 |
| 4,845,104 | 7/1989 | Carlin et al. ............................... 514/284 |
| 4,859,681 | 8/1989 | Rasmusson et al. ....................... 514/284 |
| 4,882,319 | 11/1989 | Holt et al. ................................... 514/119 |
| 4,888,336 | 12/1989 | Holt et al. ................................... 514/278 |
| 4,910,226 | 3/1990 | Holt et al. ................................... 514/573 |
| 5,021,575 | 6/1991 | King et al. .................................. 546/77 |
| 5,049,562 | 9/1991 | Rasmusson et al. ....................... 514/284 |
| 5,061,802 | 10/1991 | Steinberg et al. .......................... 546/77 |
| 5,075,450 | 12/1991 | Rasmusson et al. ....................... 546/285 |
| 5,084,574 | 1/1992 | Bhattacharya et al. ................... 546/77 |
| 5,091,380 | 2/1992 | Rasmusson et al. ....................... 514/169 |
| 5,120,729 | 6/1992 | Chabala et al. ............................ 514/210 |
| 5,120,742 | 6/1992 | Rasmusson et al. ....................... 514/284 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 970692 | 7/1975 | Canada . |
| 0004949 | 10/1979 | European Pat. Off. . |
| 0155096 | 9/1985 | European Pat. Off. . |
| 0277002 | 8/1988 | European Pat. Off. . |
| 0289327 | 11/1988 | European Pat. Off. . |
| 0314199 | 5/1989 | European Pat. Off. . |
| 0343954 | 11/1989 | European Pat. Off. . |
| 0375347 | 6/1990 | European Pat. Off. . |
| 0375349 | 6/1990 | European Pat. Off. . |
| 0375345 | 6/1990 | European Pat. Off. . |
| 0375344 | 6/1990 | European Pat. Off. . |
| 0463638 | 1/1992 | European Pat. Off. . |
| 1465544 | 11/1965 | France . |
| 59-13719 | 1/1984 | Japan . |
| 60-116657 | 6/1985 | Japan . |
| 60-126218 | 7/1988 | Japan . |
| 83/7859 | 11/1984 | South Africa . |
| WO85/05272 | 12/1985 | WIPO . |
| WO85/05270 | 12/1985 | WIPO . |

#### OTHER PUBLICATIONS

Orentreich, Ann. Plast. Surg. (United States), Jan. 1978, pp. 116–118, "Medical treatment of baldness".

Questel. Orbit, JAPIO file (abstract), accession No. 84–013719 (1984).

Derwent WPAT file (abstract), accession No. 85–200306/33 (1985).

Questel. Orbit, JAPIO file (abstract), accession No. 85–116657 (1985).

Neri, et al., "A Biological Profile of Nonsteroidal Antian-drogen, SCH 13521", Endo., vol. 91, No. 2, pp. 427–437 (1972).

Nayfeh, et al., "Metabolism of Progesterone by Rat Testicular Homogenates", Steroids, vol. 14, pp. 269–283 (1969).

Voigt, et al., Endo., vol. 92, p. 1216.

Doorenbos, et al., "Synthesis and Antimicrobial Properties of 17 Beta–Isopentyloxy . . . ", J. Pharm. Sci., vol. 62, No. 4 pp. 638–640 (1973).

Doorenbos, et al., "4–17 Alpha–Dimethyl–4–Aza–5 Alpha–Androstan–17 Beta–ol–Acetate . . . ", J. Pharm. Sci., vol. 60, No. 8, pp. 1234–1235 (1971).

(List continued on next page.)

*Primary Examiner*—Peter O'Sullivan
*Attorney, Agent, or Firm*—Carol S. Quagliato; Melvin Winokur; Robert J. North

[57] **ABSTRACT**

17β-N-monosubstituted-carbamoyl-4-5α-androst-1-en-3-ones of the formula



I

wherein $R^1$ is selected from hydrogen, methyl and ethyl and $R^2$ is a branched chain alkyl of from 3–12 carbons, and R', R'', R''' are hydrogen or methyl are active as testosterone 5α-reductase inhibitors and thus are useful topically for treatment of androgenic alopecia.

**2 Claims, No Drawings**

# 5,571,817
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,138,063 | 8/1992 | Rasmusson et al. | 546/77 |
| 5,151,429 | 9/1992 | Rasmusson et al. | 514/284 |
| 5,151,430 | 9/1992 | Steinberg et al. | 514/284 |
| 5,162,332 | 11/1992 | Steinberg et al. | 514/284 |
| 5,175,155 | 12/1992 | Juniewicz et al. | 514/176 |
| 5,196,411 | 3/1993 | Rasmusson et al. | 514/169 |

## OTHER PUBLICATIONS

Doorenbos, et al., "Synthesis and Evaluation of Antimicrobial Properties . . . ", J. Pharm. Sci., vol. 63, No. 4, pp. 620–622 (1974).

Back, et al., "N–Chloroazasteroids: A Novel Class of Reactive Steroid Analogues", J. Org. Chem., vol. 54, pp. 1904–1910 (1989).

Liang, et al., "Inhibition of 5 Alpha–Reductase, Receptor Binding and Nuclear Uptake of Androgens . . . ", Chem. Abs., vol. 95, No. 13, p. 99, AB #109055j (1981).

Brooks, et al., "Prostatic Effects Induced in Dogs by Chronic or Acute Oral Administration . . . ", The Prostate, vol. 9, pp. 65–75 (1986).

Kadoharna, et al., "Retardation of Prostate Tumor Progression in Nobel Rat . . .", J NCI, vol. 74, No. 2, pp. 475–486 (1985).

Andriole, et al., "The Effect of 4MA, a Potent Inhibitor of 5 Alpha–Reductase . . . ", The Prostate, vol. 10, pp. 189–197 (1987).

Bingham, et al., "The Metabolism of Testosterone By Human Male Scalp Skin", J. Endocr. (England), vol. 57, pp. 111–121 (1973).

Kedderis, et al., "Studies with Nitrogen–Containing Steroids and Freshly Isolated Rat Hepatocytes", Tox. Appl. Pharm., vol. 93, pp. 403–412 (1988).

Liang, et al. "Species Differences in Prostatic Steroid 5–Alpha Reductases . . . ", Endocrinology, vol. 117, pp. 571–579 (1985).

Stone, et al., "Estrogen Formation in Human Prostatic Tissue from Patients . . .", The Prostate, vol. 9, pp. 311–318 (1986).

Brooks, et al., "5 Alpha Reductase Inhibitory and Anti–Androgenic Activities . . . ", Steroids, vol. 47, pp. 1–19 (1986).

Labrie, et al., "Combination Therapy in Prostate Cancer", Lancet, vol. 2, #8515, pp. 1095–1096 (1986).

Rasmusson, et al., "Azasteroids: Structure–Activity Relationships for Inhibition . . . ", J. Med. Chem., vol. 29, pp. 2298–2315 (1986).

Rasmusson, et al., "Azasteroids as Inhibitors of Rat Prostatic 5–Alpha Reductase", J. Med. Chem., vol. 27, pp. 1690–1701 (1984).

Rittmaster, et al., "The Effects of N,N–Diethyl–4–Methyl–3–Oxo–4–Aza–5–Alpha Androstane . . . " J. Clin. Endo. & Metab., vol. 65, pp. 188–193 (1987).

Metcalf, et al., "Potent Inhibition of Human Steroid 5 Alpha–Reductase . . . ", Bioorganic Chem., vol. 17, pp. 372–376 (1986).

Levy, et al., "Inhibition of Rat Liver Steroid 5 Alpha–Reductase by 3–Androstene . . . ", Biochemistry, vol. 29, pp. 2815–2824 (1990).

Holt, et al., "Steroidal A Ring Aryl Carboxylic Acids . . . ", J. Med. Ch vol. 33, pp. 937–942 (1990).

Levy, et al., "Interaction Between Rat Prostatic Steroid 5 Alpha Reductase . . . ", J. Steroid Biochem, vol., 34, pp. 571–575 (1989).

Holt, et al., "Inhibition of Steroid 5 Alpha–Reductase by Unsaturated", J. Med. Chem., vol. 33, pp. 943–950 (1990).

Metcalf, et al., "Inhibitors of Steroid 5 Alpha Reductase in Benign . . . ", TIPS, vol. 10, pp. 491–495 (1989).

Murphy, et al., "The Effect of Estradiol on a 25–Hydroxycholecalciferol Binding Protein . . . ", Steroids, vol. 35, pp. 1–7 (1980).

Diani, et al., "Hair Growth Effects of Oral Administration of Finasteride, a Steroid . . . ", J. Clin. Endo. & Metab., vol. 74, pp. 345–350 (1992).

Presti, Jr., et al., "Multicenter, Randomized, Double–Blind, Placebo Controlled Study . . . ", J. Urology.

Gormley, et al., "A Placebo Controlled Study of Finasteride (MK–906) on Stage D Prostate Cancer", Abst. of talk at Amer. Urol. Assoc. Mtg. in Canada (1991).

Gormley, et al., "Role of 5 Alpha Reductase Inhibitors in Treatment of Advanced Prostatic Carcinoma", Urol. Clinics of N. Amer., vol. 18, pp. 93–98 (1991).

Gormley, et al., "Effect of Finasteride on Serum PSA Levels in Men w/Prostate Cancer", 2nd Intnl. (Jan. 18, 1992).

Huggins, et al., "Studies on Prostatic Cancer", Cancer Research, pp. 293–297 (1941).

Rainwater, et al., "Prostate–Specific Antigen Testing in Untreated & Treated . . . ", Mayo Clinic Proc., vol. 65, pp. 1118–1126 (1990).

Arai, et al., "Prognostic Significance of Prostate Specific Antigen in Endocrine . . . ", J. of Urol., vol. 144, pp. 1415–1419 (1990).

Hudson, et al., "Clinical Use of Prostate Specific Antigen in Patients with Prostate Cancer", J. of Urol., vol. 142, pp. 1011–1017 (1989).

Brawer, et al., "Prostate–Specific Antigen in Management of Prostatic Carcinoma", Supp. to Urology, vol. 33, pp. 11–16 (1989).

Stamey, et al., "Prostate–Specific Antigen as a Serum Marker for Adenocarcinoma . . . ", N. E. Jour. Med., vol. 317, pp. 909–916 (1987).

Walsh, et al., "The Value of Prostate–Specific Antigen in the Management . . .", Ther. Prog. Urol. Can., pp. 27–33 (1989).

Stamey, et al., "Prostate Specific Antigen in the Diagnosis and Treatment of Adenocarcinoma . . . ", J. of Urology, vol. 141, pp. 1070–1075 (1989).

Lange, et al., "The Value of Serum Prostate Specific Antigen Determinations . . . ", J. of Urol., vol. 141, pp. 873–879 (1989).

Hoehn, et al., "Human Prostatic Adenocarcinoma", The Prostate I, pp. 95–104 (1980).

Helliker, "Alopecia Sufferers Seek to Suffer Less . . . ", Wall Street Journal pp. A1–A7 (1991).

Chemical Engineering News, pp. 7–8 (29 Jun. 1992).

Allen & Hanburys Limited (Hayes') Appl (1977) RPC 113.

Television Transcript, News 4 New York Live at Five, WNBC–TV, NY, S. Simmons and M. Gomez (Nov. 29, 1993).

5,571,817

**1**

# METHODS OF TREATING ANDROGENIC ALOPECIA WITH FINASTERIDE [17β-N-MONO-SUBSTITUTED-CARBAMOYL-4-AZA-5-α-ANDROST-1-EN-ONES]

The instant application is a continuation of Ser. No. 08/016,476, filed Feb. 10, 1993, now abandoned; which was a continuation of Ser. No. 07/927,256, filed Aug. 7, 1992, now abandoned; which was a continuation of Ser. No. 07/698,374, filed May 5, 1991, now abandoned; which was a continuation of Ser. No. 07/545,676, filed Jun. 28, 1990, now abandoned; which was a continuation of Ser. No. 07/370,142, filed Jun. 21, 1989, now abandoned; which was a continuation of Ser. No. 07/198,708, filed May 19, 1988, now abandoned; which was a continuation of Ser. No. 07/034,806, filed Apr. 3, 1987, now abandoned; which was a continuation-in-part of Ser. No. 06/800,623, filed Nov. 21, 1985 now U.S. Pat. No. 4,760,071; which was a continuation of Ser. No. 06/584,062, filed Feb. 27, 1984, now abandoned.

## BACKGROUND OF THE INVENTION

The present invention is concerned with novel 17β-N-monosubstituted-carbamoyl-4-aza-androst-1-ene-3-one compounds and the use of such compounds as testosterone-5α-reductase inhibitors for the treatment of androgenic alopecia, including male pattern alopecia.

## DESCRIPTION OF THE PRIOR ART

It is well known in the art that certain undesirable physiological manifestations, such as acne vulgaris, seborrhea, female hirsutism, male pattern baldness and benign prostatic hypertrophy, are the result of hyperandrogenic stimulation caused by an excessive accumulation of testosterone or similar androgenic hormones in the metabolic system. Early attempts to provide a chemotherapeutic agent to counter the undesirable results of hyperandrogenicity resulted in the discovery of several steroidal antiandrogens having undesirable hormonal activities of their own. The estrogens, for example, not only counteract the effect of the androgens but have a feminizing effect as well. Non-steroidal anti-androgens have also been developed, for example, 4'-nitro-3'-trifluoromethylisobutyranilide. See Neri et al., Endo., Vol. 91, No. 2 (1972). However, these products, though devoid of hormonal effects, are peripherally active, competing with the natural androgens for receptor sites, and hence have a tendency to feminize a male host or the male fetus of a female host.

It more recently became known in the art that the principal mediator of androgenic activity in some target organs is 5α-dihydrotestosterone, and that it is formed locally in the target organ by the action of testosterone-5α-reductase. It therefore has been postulated and demonstrated that inhibitors of testosterone-5α-reductase will serve to prevent or lessen symptoms of hyperandrogenic stimulation. Nayfe et al., Steroids, 14, 269 (1969) demonstrated in vitro that methyl 4-androstane-3-one-17β-carboxylate was a testosterone-5α-reductase inhibitor. Then Voigt and Hsia, Endocrinology, 92, 1216 (1973), Canadian Pat. No. 970,692, demonstrated that the above ester and the parent free acid, 4-androsten-3-one-17β-carboxylic acid are both active inhibitors of testosterone-5α-reductase in vitro. They further demonstrated that topical application of either testosterone or 5α-dihydrotestosterone caused enlargement of the female hamster flank organ, an androgen dependent sebaceous

**2**

structure. However, concommitant administration of 4-androsten-3-one-17β-carboxylic acid or its methyl ester inhibited the response elicited by testosterone but did not inhibit the response elicited by 5α-dihydrotestosterone. These results were interpreted as indicating that the compounds were antiandrogenic by virtue of their ability to inhibit testosterone-5α-reductase.

A number of 4-aza steroid compounds are known. See, for example, U.S. Pat. Nos. 2,227,876; 3,239,417; 3,264,301; and 3,285,918; French Pat. No. 1,465,544; Doorenbos and Solomons, J. Pharm. Sci. 62, 4, pp. 638–640 (1973); Doorenbos and Brown, J. Pharm. Sci., 60 8, pp. 1234–1235 (1971); and Doorenbos and Kim, J. Pharm. Sci. 63, 4, pp. 620–622 (1974).

In addition U.S. Pat. No. 4,377,584 and 4,220,775 of Rasmusson et al. describe a group of 4-aza-17β-substituted-5α-androstan-3-ones which are said to be useful in the treatment of hyperandrogenic conditions. However, none of the cited references suggest that any of the novel 17βN-(monosubstituted) carbamoyl-4-aza-5α-androst-1-en-3-ones of the present invention would have utility as highly potent testosterone-5α-reductase inhibitors.

## DESCRIPTION OF THE INVENTION

The present invention is concerned with novel 17β-N-(monosubstituted)-carbamoyl-4-aza-5α-androsten-1-en-3-one compounds, processes for their preparation, pharmaceutical formulations comprising the novel compounds as active ingredients and methods of inhibiting testosterone-5α-reductase and of treating androgen sensitive conditions with the novel compounds or their pharmaceutical formulations.

The present invention is concerned with compounds of the formula:

wherein R¹ is hydrogen, methyl or ethyl.

R² is a hydrocarbon radical selected from straight and branched chain alkyl of from 1–12 carbons or monocyclic aryl optionally containing 1 or more lower alkyl substituents of from 1–2 carbon atoms and/or 1 or more halogen (Cl, F or Br) substituents.

R' is hydrogen or methyl.

R'' is hydrogen or β-methyl.

R''' is hydrogen, α-methyl or β-methyl.

5,571,817

| 3 | 4 |

A preferred embodiment of the novel compounds of our invention is represented by the formula:

wherein $R^1$ is hydrogen, methyl or ethyl, and $R^3$ is branched chain alkyl of from 4–8 carbons.

Representative compounds of the present invention include the following:

17β-(N-tertbutylcarbomoyl)-4-aza-4-methyl-5-α-androst-1-en-3-one,

17β-(N-isobutylcarbamoyl)-4-aza-4-methyl-5-α-androst-1-en-3-one,

17β-(N-tert-octylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one,

17β-(N-octylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one,

17β-(n-1,1-diethylbutylcarbamoyl)-4-aza-4-methyl-5-α-androst-1-en-3-one,

17β-(N-neopentylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one,

17β-(N-tert-amylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one,

17β-(N-tert-hexylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one.

and the corresponding compounds wherein the 4-methyl substituent is replaced in each of the above named compounds by a hydrogen or an ethyl radical.

Also included as representative compounds are any of the above indicated compounds having the N-branched chain alkyl substituent replaced by a methyl, ethyl, propyl, i-propyl, butyl, phenyl; 2, 3 or 4 tolyl, xylyl, 2-bromo or 2-chlorophenyl, 2,6-dichloro, or a 2,6-dibromophenyl substituent.

The novel compounds of formula I of the present invention are prepared by a method starting with the known steroid ester of the formula:

17β-(carbomethoxy)-4-aza-5-α-androstan-3-one which includes the stages of 1) dehydrogenating said starting material to produce the corresponding compound containing a double-bond in the 1,2-position of the A-ring, 2) converting the 17-carbomethoxy substituent into an N-monosubstituted carbamoyl substituent and, if desired, 3) alkylating the

A-ring nitrogen to introduce a N-methyl or 4-ethyl substituent into the A ring. In carrying out the process of the present invention, it is essential that Stage 1 dehydrogenation of the 1,2-position of the steroid A ring be carried out using a 4-aza-5α-androstane-3-one-compound having no substituent other than hydrogen attached to the A-ring nitrogen. Stage 2 may consist of one or more chemical steps and if desired may take place before stage (1) or following stage (1) or stage (3).

In accordance with the process of the present invention, the products of our invention are formed by 1) heating a 17β-alkoxycarbonyl-4-aza-5α-androstan-3-one compound III with a dehydrogenating agent such as benzeneselenic anhydride in refluxing chlorobenzene to form a 17β-alkoxy-carbonyl-4-aza-5α-androst-1-ene-3-one IV, 2) the formed 5α-androst-1-en-3-one compound from Step 1 is reacted with sodium hydride under anhydrous conditions in a neutral solvent such as dimethylformamide, 3) contacting the resulting reaction mixture with an alkyl (methyl or ethyl) iodide to form the corresponding 17-β-alkoxy-carbamoyl-4-alkyl-4-aza-5α-androst-1-en-3-one V, 4) subsequently hydrolyzing said 17β-alkoxycarbonyl-4-alkyl-4-aza-5α-androst-1-en-3-one with a strong base such as aqueous methanolic potassium hydroxide at the reflux temperature, followed by acidification and isolation of the resulting steroidal acid, 17β-carboxy 4-alkyl-4-aza-5α-androst-1-en-3-one VI, 5) said steroidal acid is then converted to its corresponding 2-pyridylthio ester by refluxing with triphenyl phosphine and 2,2'-dipyridyl disulfide in an inert solvent such as toluene and the resulting product 17β-(2-pyridylthiocarbonyl)-4-alkyl-4-aza-5α-androst-1-en-3-one VII is isolated by chromatography on silica gel, 6) said pyridylthio ester is then reacted with ethyl amine in tetrahydrofuran to form the desired products 17β-N-ethylcarbamoyl-4-alkyl-4-aza-5α-androst-1-en-3-one VIII which is isolated by chromatography on silica gel. When the previous reaction is carried out using an amine of formula $R^2$NH in place of ethyl amine, the corresponding 17β-(N-$R^2$-carbamoyl)-4-alkyl-4-aza-5α-androst-1-en-3-one is prepared.

In accordance with the process of our invention the corresponding 17β(N-$R^2$-carbamoyl)-4-aza-5α-androst-1-en-3-one XIV is readily prepared from the 17β(alkoxycarbonyl)-4-aza-5α-androstone-3-one IV by repeating the above series of reaction steps but omitting Step 2 herein above i.e. treatment of the 4-aza-5-α-androst-1-en-3-one with sodium amide followed by methyl or ethyl iodide via intermediates XII and XIII.

In accordance with a further alternate process of preparing the compounds of our invention having only hydrogen as the sole substituent on the ring A—nitrogen, the double bond in the A ring is introduced as the last step of the process. Thus, a 17β-alkoxycarbonyl 4-aza-5α-androstan-3-one III is hydrolyzed to the corresponding steroidal acid IX 17β-carboxy-4-aza-5α-androstan-3-one which in turn is converted to the corresponding pyridylthio ester, 17β(2-pyridylthiocarbonyl)-4-aza-5α-androstan-3-one, X followed by treatment of the ester with an amine of formula $R^2$-NH$_2$ wherein $R^2$ is as defined hereinabove to form a 17β(N-$R^2$-carbamoyl)-4-aza-5α-androstone-3-one XI which is dehydrogenated as previously described to produce compound XIV, 17β-(N-$R^2$-carbamoyl)-4-aza-androst-1-en-3-one.

In another alternate method of introducing the 17β-(N-$R^2$-carbamoyl)substituent into a 17β-carboxy androstane compound of formula VI, XII or IX, each is treated in a manner similar to the procedure described in *Steroids*, Vol. 35 #3, Mar. 1980, p. 1–7 with dicyclohexylcarbodiimide and 1-hydroxybenzotriazole to form the 17β-(1-benzotriaz-

5,571,817

**5**

oloxycarbonyl)-4-aza-5α-androst-1-en-3-one, VII, XIII or X, wherein X is 1-benzotriazoloxy or 17β-(1-benzotriaz-oloxy-carbonyl)-4-aza-5α-androstan-3-one, X.

The above reactions are schematically represented in the following structural formula outline.

**6**

X is pyridylthio or 1-benzotrizoloxy

The compounds of the present invention, prepared in accordance with the method described above, are, as already described, potent anti-androgens by virtue of their ability to specifically inhibit testosterone-5α-reductase.

5,571,817

**7**

Accordingly, the present invention is particularly concerned with providing a method of treating the hyperandrogenic conditions of androgenic alopecia, including male pattern alopecia, acne vulgaris, seborrhea, and female hirsutism by topical administration, and a method of treating all of the above conditions as well as benign prostatic hypertrophy, by systemic administration, of the novel compounds of the present invention.

The present invention is thus also concerned with providing suitable topical and systemic pharmaceutical formulations for use in the novel methods of treatment of the present invention.

The compositions containing the compounds of the present invention as the active ingredient for use in the treatment of benign prostatic hypertrophy can be administered in a wide variety of therapeutic dosage forms in conventional vehicles for systemic administration, as, for example, by oral administration in the form of tablets, capsules, solutions, or suspensions, of by intravenous injection. The daily dosage of the products may be varied over a wide range varying from 5 to 2,000 mg, preferably from 5 to 200 mg.

The compositions are preferably provided in the form of scored tablets containing 5, 10, 25, 50, 100, 150, 250, and 500 milligrams of the active ingredient for the symptomatic adjustment of the dosage to the patient to be treated. An effective amount of the drug is ordinarily supplied at a dosage level of from about 0.1 mg. to about 50 mg./kg. of body weight per day. Preferably the range is from about 0.1 mg. to 7 mg./kgs. of body weight per day and more preferably from about 0.1 to about 3 mg/kg of body weight per day. These dosages are well below the toxic dose of the product. Capsules containing the product of this invention can be prepared by mixing an active compound of the present invention with lactose and magnesium stearate, calcium stearate, starch, talc, or other carriers, and placing the mixture in gelatin capsule. Tablets may be prepared by mixing the active ingredient with conventional tableting ingredients such as calcium phosphate, lactose, corn starch or magnesium stearate. The liquid forms in suitably flavored suspending or dispersing agents such as the synthetic and natural gums, for example, tragacanth, acacia, methylcellulose and the like. Other dispersing agents which may be employed include glycerin and the like. For parenteral administration, sterile suspensions and solutions are desired. Isotonic preparations which generally contain suitable preservative are employed when intravenous administration is desired.

For the treatment of androgenic alopecia, including male pattern alopecia, acne vulgaris, seborrhea, female hirsutism, the compounds of the present invention are administered in the form of a pharmaceutical composition comprising the active compound in combination with a pharmacologically acceptable carrier adapted for topical administration. These topical pharmaceutical compositions may be in the form of a solution, cream, ointment, gel, lotion, shampoo or aerosol formulation adapted for application to the skin. These topical pharmaceutical compositions containing the compounds of the present invention ordinarily include about 0.1% to 15%, preferably about 0.1 to 5%, and more preferably about 0.1% to. 2%, of the active compound, in admixture with a pharmaceutically acceptable carrier.

The method of preparing the novel compounds and compositions of the present invention, already described above in general terms, may be further illustrated by the following examples.

**8**

## EXAMPLE 1

### Methyl

#### 3-oxo-4-aza-5α-androst-1-ene-17β-carboxylate

A suspension of 83.7 g of methyl 3-oxo-4-aza-5α-androstane-17-carboxylate* and 126.5 g of benzeneseleninic anhydride in 2.09 l of chlorobenzene was heated at reflux for 2 hours. The reflux condenser was·switched to a distillation head and the mixture was distilled slowly to remove water that had formed in the reaction (2 hours). The solution was evaporated to leave 198 g of wet residue. The residue as a solution in dichloromethane was washed with saturated aqueous NaHCO₃ solution and saturated NaCl solution, then dried and evaporated to leave 172.4 g. This material was chromatographed on 2.56 kg of silica gel eluting first with dichloromethane (5 l) and then with 4:1 dichloromethaneacetone. The desired product eluted after 8 l and amounted to 53.4 g. It was rinsed with diethyl ether and dried to leave 49.5 g, m.p. 278°–280° C. In a similar fashion the following compounds were converted to their corresponding Δ1 derivatives:

| | | m.p. |
|---|---|---|
| 1a | R = CONHC(CH₃)₃ | 252–254° C. |
| 1b | = CONHC(CH₃)₂CH₂C(CH₃)₃ | 224–226° |

*Rasmusson Johnston and Arth. U.S. Pat. No. 4,377,584, Mar. 22, 1983.

## EXAMPLE 2

### Methyl

#### 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxylate

A suspension of 25 g of the product of Example 1 and 2.25 g of sodium hydride in 500 ml of dry dimethylformamide was stirred under nitrogen for 15 minutes. Methyl iodide (15 ml) was added dropwise and the mixture was stirred for 30 minutes at room temperature. Additional (5 ml) methyl iodide was added and the mixture was heated at 50° C. for 2 hours. After cooling the mixture was diluted with water to 2 l. The solid was separated after cooling and amounted to 25.4 g, m.p. 159°–161° C.

5,571,817

**9**

In a similar fashion the following compounds were converted to their corresponding 4-methyl derivatives:

| | | m.p. |
|---|---|---|
| 2a | R = CONHC(CH₃)₂CH₂C(CH₃)₃, androstane | 148–150° C. |
| 2b | = CONHC(CH3)₃;  Δ1-androstene | 153–155° |
| 2c | = CONHC(CH₃)₂CH₂C(CH₃)₃  Δ1-androstene | 168–170° |

**EXAMPLE 3**

S-(2-Pyridyl)
4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-
thiocarboxylate

A suspension of 25 g of the product of Step in 125 ml of methanol was treated with a solution of KOH (*12.5 g) in 12.5 ml of water. After refluxing for 4 hours, the solution was acidified with 6 NHCl and then was diluted with water. The crude acid (23.32 g) was separated, dried and had m.p. 300° C.

The crude, dry acid (23 g), triphenylphosphine (36.45 g) and 2,2'-dipyridyldisulfide (30.4 g) were suspended in 138 ml of toluene with stirring for 3 hours at room temperature. The reaction mixture was directly chromatographed on a column of 4.5 kg of silica gel eluting with 9:1 ethyl acetate-acetone to give 20.4 g of the desired product, m.p. 218°–220° C.

Continued elution with acetone gave 5.2 g of the methanol addition product, S-(2-pyridyl) 1α-methoxy-4-methyl-3-oxo-4-aza-5α-androstane-17β-thio-carboxylate, m.p. 221°–223° C. as a by-product.

3A. In a similar fashion the product of Example 1 was converted into S-(2-pyridyl) 3-oxo-4-aza-5α-androst-1-ene-17β-thiocarboxylate, m.p. 230°–232° C.

3B. In a similar manner methyl 3-oxo-4-aza-5α-androstane 17-carboxylate was converted into S-(2-pyridyl) 3-oxo-4-aza-5α-androstane-7β-thiocarboxylate, m.p. 232°–234° C.

**EXAMPLE 4**

N-t-butyl
4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-
carboxamide, m.p. 152°–154° C.

Anhydrous et-butylamine was bubbled for 30 added into a suspension of 2.5 g of the pyridylthioester of Example 3

**10**

in 70 ml of tetrahydrofuran. After 60 minutes exposure, the resulting solution was evaporated and the residue was chromatographed on 125 g of silica gel. Elution with 20:1 ethyl acetate dichloromethane afforded 1.5 g of the product, m.p. 152°–154° C.

When the example is repeated using an appropriate amine and an appropriate pyridylthioester, the following products were obtained:
4b: N-t-butyl 3-oxo-4-aza-5α-androstane-17β-carboxamide, m.p. 275°–276° C.
4c: N-(2,4,4-trimethyl-2-pentyl) 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide, m.p. 168°–170° C.

**EXAMPLE 5**

5-Oxo-3,5-secoetian-3,20-dioic acid

To a solution of 200 g of 3-oxo-4-etien-20-oic acid in 3.5 l of t-butanol at 80° was added a solution of 198.4 g of sodium carbonate in 474 ml of water. A warm (65° C.) solution of 948.5 g of sodium metaperiodate and 6.95 g of permanganate in 3.5 l of water was added at such a rate that the reaction mixture was maintained at 80° C. After addition the mixture was heated at reflux for one hour. The mixture stood at room temperature overnight. The inorganic salts were removed by filtration and the cake was washed with 225 ml of water. A solution of 5% aqueous sodium bisulfite was added to reduce the iodine that was present. The t-butanol was removed under reduced pressure and the aqueous residue was acidified with conc. hydrochloric acid. The separated gum was extracted into dichloromethane and was washed with 5% aqueous sodium bisulfite, saturated sodium chloride solution, then dried and concentrated to an off-white residue (214 g). Crystalline material was obtained by suspending the residue in ether and diluting with hexane to give 152 g, m.p. 189°–192° C.

**EXAMPLE 5B**

3-Oxo-4-aza-5-etien-20-oic acid

A suspension of 64.7 g of the dioic acid of Step 5 in 350 ml of ethylene glycol was treated with 80 ml of liquid ammonia. The resulting solution was heated at a rate of 3°/min. up to 180° C. and was held at that temperature for 15 minutes. After cooling, 1 liter of water was added and the mixture was acidified with 10% hydrochloric acid to a pH of 1.5. The product was removed and washed with water, then air dried to leave 57.5 g of the product, m.p. 310° C.

**EXAMPLE 5C**

3-Oxo-4-aza-5α-etian-20-oic acid

A solution of 136 g of the Δ5-acid of Example 5B in 16.32 ml of acetic acid was hydrogenated at 60° C. in the presence of platinum catalyst (from 16.32 g of PtO₂) at 40 psig for 3 hours. The catalyst was removed and the solution concentrated to give 128.2 g of crude product. The material was washed well with 3 l of water then filtered an air dried to leave 125 g of the white solid, m.p. 310°.

This material is also obtained by saponification of methyl 3-oxo-4-aza-5α-androstane-17β-carboxylate (methyl 3-oxo-4-aza-5α-etian-20-oate) in 7% methanolic potassium hydroxide followed by an acidic work-up.

5,571,817

| 11 | 12 |

## EXAMPLE 5D

### N-(2,4,4-trimethyl-2-pentyl) 3-oxo-4-aza-5α-androstane-17β-carboxamide

A solution of 5.0 g of the product of Example 5C, 3.35 g of dicyclohexylcarbodiimide and 3.18 g of 1-hydroxybenz-triazole in 500 ml of dichloromethane was stirred at room temperature overnight. The solid was separated by filtration and the filtrate was treated with 2,4,4-trimethyl-2-penty-lamine (t-octylamine). This solution stood at room tempera-ture for 64 hours. A small amount of solid was removed and the solution was washed successively with 10% aqueous sodium hydroxide, water, 10% hydrochloric acid and satu-rated aqueous sodium chloride. After drying and concentra-tion the crude product was eluted through 240 g of silica gel with 3:7 acetone-dichloromethane to give 5.5 g of the product, m.p. 250°–251° C.

### EXAMPLE 5E

Example 5D is repeated using t-butylamine in place of 2,2,4-trimethyl-2-pentylamine to obtain N-t-butyl 3-oxo-4-aza-5α-androstane-17β-carboxamide, m.p. 274°–276° C.

#### EXAMPLE 6
#### Alcoholic Solution

| 17β-(N-tertbutylcarbamoyl)-4-aza-5α-androst-1-en-3-one | 15.0% by weight |
|---|---|
| Water | 45 |
| Ethyl Alcohol | 40 |

#### EXAMPLE 7
#### Topical Cleanser

| 17β-(N-tertbutylcarbamoyl)-4-aza-5α-androst-1-en-3-one | 10.00% by weight |
|---|---|
| Water | 70.439 |
| Chamomile | 0.01 |
| Aloe vera gel | 0.01 |
| Allantoin | 0.001 |
| Triethanolomine | 0.02 |
| METHOCEL ® 40-100 (Dow) | 1.50 |
| Glycerine | 3.00 |
| Sodium lauryl sulfate | 15.00 |
| Vitamin A Oil | 0.01 |
| Vitamin E Oil | 0.01 |

#### EXAMPLE 8
#### Cleansing Cream

| 17β-(N-tertbutylcarbamoyl)-4-aza-5α-androst-1-en-3-one | 5.0% by weight |
|---|---|
| Synthetic beeswax | 14.0 |
| PPG2 Myristyl propionate | 5.0 |
| Lanolin Alcohol | 0.5 |
| Mineral Oil | 36.0 |
| Propyl Paraben | 0.15 |
| Sodium Borate | 1.0 |
| Water | 38.35 |

#### EXAMPLE 9
#### Skin Gel

| 17β-(N-tertbutylcarbamoyl)-4-aza-5α-androst-1-en-3-one | 2.00% by weight |
|---|---|
| PPG2 Myristyl Ether Propionate | 45.00 |
| PPG10 Cetyl Ether | 5.00 |
| C18-C36 Triglyceride | 4.00 |
| Myristyl Myristate | 3.00 |
| Glyceryl Tribrebenate | 2.00 |
| Cyclomethicone | 34.00 |
| Polyethylene | 5.00 |

#### EXAMPLE 10
#### Skin Lotion

| 17β-(N-tertbutylcarbamoyl)-4-aza-5α-androst-1-en-3-one | 1.0% by weight |
|---|---|
| DEA Oleth 3 Phosphate | 1.0 |
| Emulsifying Wax | 2.0 |
| C18-C36 Wax Fatty Acids | 1.0 |
| PPG2 Myristyl Propionate | 5.0 |
| Glycerine | 3.0 |
| Triethanolamine | 0.5 |
| Water | 86.5 |

#### EXAMPLE 11
#### Shampoo Gel

| 17β-(N-tertbutylcarbamoyl)-4-aza-5α-androst-1-en-3-one | 2.0% by weight |
|---|---|
| Isopropanolamine Lauryl Sulfate | 81.5 |
| Cocoamide DEA | 8.0 |
| C18-C36 Wax Acid Glyceryl Ester | 4.5 |
| PPG5 Ceteth 10 Phosphate | 4.0 |

#### EXAMPLE 12
#### Cream Shampoo

| 17β-(N-tertbutylcarbamoyl)-4-aza-5α-androst-1-en-3-one | 0.1% by weight |
|---|---|
| Sodium Laureth Sulfate | 65.0 |
| Glyceryl Tribrebenate | 2.0 |
| Hydrolysed Collagen | 1.0 |
| Lauric Diethanolamide | 5.0 |
| Water | 26.9 |

What is claimed is:

1. A method of treating androgenic alopecia which com-prises orally administering to a human in need of such treatment a therapeutically effective amount of 17β-(N-tert-butylcarbamoyl)-4-aza-5α-androst-1-en-3-one.

2. The method of claim 1 wherein the androgenic alopecia is male pattern alopecia.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.  : 5,571,817

DATED       : November 5, 1996

INVENTOR(S) : Gary H. Rasmusson et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

On the title page, item [54] and column 1, the title of the invention should read —METHODS OF TREATING ANDROGENIC ALOPECIA WITH FINASTERIDE—.

Signed and Sealed this

Eleventh Day of March, 1997

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*                    *Commissioner of Patents and Trademarks*

EXHIBIT B

US005547957A

# United States Patent [19]

## Gormley et al.

[11] Patent Number: 5,547,957

[45] Date of Patent: Aug. 20, 1996

[54] **METHOD OF TREATING ANDROGENIC ALOPECIA WITH 5-α REDUCTASE INHIBITORS**

[75] Inventors: **Glenn J. Gormley; Keith D. Kaufman; Elizabeth Stoner**, all of Westfield; **Joanne Waldstreicher**, Scotch Plains, all of N.J.

[73] Assignee: **Merck & Co., Inc.**, Rahway, N.J.

[21] Appl. No.: **214,905**

[22] Filed: **Mar. 17, 1994**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 138,500, Oct. 15, 1993, abandoned.

[51] Int. Cl.6 .................................................. A61K 31/58
[52] U.S. Cl. ....................... 514/284; 514/844; 514/852; 514/874; 514/880
[58] Field of Search ............................... 514/169–184, 514/284, 880

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,220,775 | 9/1980 | Rasmusson et al. | 514/284 |
| 4,377,584 | 3/1983 | Rasmusson et al. . | |
| 4,396,615 | 8/1983 | Petrow et al. . | |
| 4,684,635 | 8/1987 | Orentreich et al. . | |
| 4,760,071 | 7/1988 | Rasmusson et al. . | |
| 4,859,681 | 8/1989 | Rasmusson et al. | 514/284 |
| 5,049,562 | 9/1991 | Rasmusson et al. | 514/284 |
| 5,053,403 | 10/1991 | Orentreich et al. . | |
| 5,098,908 | 3/1992 | Steinberg et al. | 514/284 |
| 5,120,742 | 6/1992 | Rasmusson et al. | 514/284 |
| 5,151,429 | 9/1992 | Rasmusson et al. | 514/284 |
| 5,162,332 | 11/1992 | Steinberg et al. | 514/284 |
| 5,407,944 | 4/1995 | Goldman . | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1302277 | 6/1992 | Canada . |
| 0004949 | 10/1979 | European Pat. Off. . |
| 0155096 | 9/1985 | European Pat. Off. . |
| 0285382 | 10/1988 | European Pat. Off. . |

### OTHER PUBLICATIONS

G. Gormley et al., "Effects of Finasteride (MK–906), a 5alpha–Reductase Inhibitor, on Circulating Androgens in Male Volunteers", J. Clin. Endo. Metab., vol 70, 1136–1141 (1990).

Transcript, WNBC–TV, News 4 NY Live at Five, Nov. 29, 1993.

A. Diani et al., "Hair Growth Effects of Oral Admin. of Finasteride, a Steroid 5alpha–Reductase Inhibitor . . . ", J. Clin. Endocrin. Metab., vol 74, 345–350 (1992).

J. Imperato–McGinley et al., "The 5–Alpha Reductase Inhibitor Finasteride Comparison of Male Pseudohermaphrodites . . . ", J. Clin. Endocrinol. Metab., vol. 70, 777–782 (1990).

Bingham, et al., "The Metabolism of Testosterone by Human Male Scalp Skin", J. Endocr., vol. 57, 111–121 (1973).

E. Stoner, et al., "Finasteride (MK–906) in the Treatment of Benign Prostatic Hyperplasia", Prostate, vol. 22, 291–299 (1993).

E. Stoner et al., "The Clinical Effects of a 5–Alpha–Reductase Inhibitor, Finasteride, on Benign Prostatic Hyperplasia", J. Urol., vol. 147, 1298–1302 (1992).

S. Sudduth et al., "Finasteride: The First 5–Alpha–Reductase Inhibitor", Pharmacotherapy, vol. 13, 309–325 (Jul.–Aug. 1993).

G. Gormley et al., "The Effect of Finasteride in Men with Benign Prostatic Hyperplasia", New Engl. J. Med., vol 327, 1185–1191 (1992).

H. Matzkin et al., "Prolonged Treatment with Finasteride (a 5–Alpha–Reductase Inhibitor) Dose Not Affect Bone Density and Metabolism", Clin. Endocrinol., vol 37, 432–436 (1992).

J. McConnell et al., "The Effects of Low–Dose Finasteride (MK–906) on Prostatic Androgen Levels in Men with Benign Prostatic . . . ", J. Urol., vol. 143, No. 4, Suppl., p. 267A (1990).

J. McConnell et al., "Finasteride, an Inhibitor of 5 Alpha–Reductase, Suppresses Prostatic Dihydrotestosterone in Men . . . ", J. Clin. Endocrin. Metab., vol 74, 505–508 (Mar. 1992).

A. Vermeulen et al., Eur. Urol., vol. 20, Supp. 1, 82–86 (1991), "Hormonal Effects of a 5 Alpha Reductase Inhibitor (Finasteride) . . . ".

A. Vermeulen et al., "Hormonal Effects of an Orally Active 4–Azasteroid Inhibitor of 5–Alpha–Reductase in Humans", Prostate, vol. 14, 45–53 (1989).

B. Metcalf et al., "Inhibitors of Steroid 5–Alpha–Reductase in Benign Prostatic Hyperplasia, Male Pattern Baldness and Acne", Trends Pharmacol. Sci., vol. 10, 491–495 (1989).

C. Tempany, et al., "The Influence of Finasteride on the Volume of the Peripheral and Periurethral Zones of the Prostate . . . ", Prostate, vol. 22, 39–42 (1993).

*Primary Examiner*—Shep K. Rose
*Attorney, Agent, or Firm*—Catherine D. Fitch; Carol S. Quagliato; Melvin Winokur

[57] **ABSTRACT**

The instant invention involves a method of treating and/or reversing androgenic alopecia and promoting hair growth, and methods of treating acne vulgaris, seborrhea, and female hirsutism, by administering to a patient in need of such treatment a 5α–reductase 2 inhibitor, such as finasteride, in a dosage amount under 5 mgs/day.

**7 Claims, No Drawings**

5,547,957

1

## METHOD OF TREATING ANDROGENIC ALOPECIA WITH 5-α REDUCTASE INHIBITORS

This application is a continuation-in-part of Ser. No. 08/138,520 filed Oct. 15, 1993, now abandoned.

The present invention is concerned with the treatment of androgenic alopecia, including male pattern baldness, with compounds that are 5-alpha reductase isozyme 2 inhibitors.

### BACKGROUND OF THE INVENTION

Certain undesirable physiological manifestations, such as acne vulgaris, seborrhea, female hirsutism, androgenic alopecia which includes female and male pattern baldness, and benign prostatic hyperplasia, are the result of hyperandrogenic stimulation caused by an excessive accumulation of testosterone ("T") or similar androgenic hormones in the metabolic system. Early attempts to provide a chemotherapeutic agent to counter the undesirable results of hyperandrogenicity resulted in the discovery of several steroidal antiandrogens having undesirable hormonal activities of their own. The estrogens, for example, not only counteract the effect of the androgens but have a feminizing effect as well. Non-steroidal antiandrogens have also been developed, for example, 4'-nitro-3'-trifluoromethylisobutyranilide. See Neri, et al., *Endocrinol.* 1972, 91 (2). However, these products, though devoid of hormonal effects, compete with all natural androgens for receptor sites, and hence have a tendency to feminize a male host or the male fetus of a female host and/or initiate feed-back effects which would cause hyperstimulation of the testes.

The principal mediator of androgenic activity in some target organs, e.g. the prostate, is 5α-dihydrotestosterone ("DHT"), formed locally in the target organ by the action of testosterone-5α-reductase. Inhibitors of testosterone-5α-reductase will serve to prevent or lessen symptoms of hyperandrogenic stimulation in these organs. See especially U.S. Pat. No. 4,377,584 assigned to Merck & Co., Inc., issued Mar. 22, 1983. It is now known that a second 5α-reductase isozyme exists, which interacts with skin tissues, especially in scalp tissues. See, e.g., G. Harris, et al., *Proc. Natl. Acad. Sci. USA*, Vol. 89, pp. 10787–10791 (Nov. 1992). The isozyme that principally interacts in skin tissues is conventionally designated as 5α-reductase 1 (or 5α-reductase type 1), while the isozyme that principally interacts within the prostatic tissues is designated as 5α-reductase 2 (or 5α-reductase type 2).

Finasteride ( 17β-(N-tert-butylcarbamoyl)-4-aza-5α-androst- 1-ene-3-one), which is marketed by Merck & Co., Inc. under the tradename PROSCAR®, is an inhibitor of 5α-reductase 2 and is known to be useful for the treatment of hyperandrogenic conditions. See e.g., U.S. Pat. No. 4,760,071. Finasteride is currently marketed in the United States and worldwide for the treatment of benign prostatic hyperplasia. Finasteride's utility in the treatment of androgenic alopecia and prostatic carcinoma is also disclosed in the following documents: EP 0 285,382, published 5 Oct. 1988; EP 0 285 383, published 5 Oct. 1988; Canadian Patent no. 1,302,277; and Canadian Patent no. 1,302,276. The specific dosages exemplified in the above-noted disclosures varied from 5 to 2000 mg per patient per day.

In the treatment of androgenic alopecia, which includes both female and male pattern baldness, and other hyperandrogenic conditions, it would be desirable to administer the lowest dosage possible of a pharmaceutical compound to a

2

patient and still maintain therapeutic efficacy. Applicants have surprisingly and unexpectedly discovered that a low daily dosage of a 5α-reductase 2 inhibitor is particularly useful in the treatment of androgenic alopecia. Furthermore, a low daily dosage of a 5α-reductase 2 inhibitor may also be particularly useful in the treatment of the hyperandrogenic conditions of acne vulgaris, seborrhea, female hirsutism, and polycystic ovary syndrome.

### DETAILED DESCRIPTION OF THE INVENTION

The instant invention involves a method of treating and/or reversing androgenic alopecia and promoting hair growth, and methods of treating acne vulgaris, seborrhea, and female hirsutism, which comprises administering to a patient in need of such treatment a 5α-reductase 2 inhibitor in a dosage amount under 5 mgs/day. In one embodiment of this invention, the 5α-reductase 2 inhibitor is administered in a dosage amount of from 0.01 to 3.0 mgs/day. In one class of this embodiment, the 5α-reductase 2 inhibitor is administered in a dosage amount of from 0.05 to 1.0 mg/day, and in a sub-class of this embodiment, the 5α-reductase 2 inhibitor is administered in dosage amounts of about 0.05 to 0.2 mg/day. Illustrating this subclass are dosage amounts of about 0.05, 0.1, 0.15 and 0.2 mg/day. Exemplifying the sub-class are dosages of 0.05 and 0.2 mg/day. Compounds which are inhibitors of 5α-reductase 2 can be determined by employing the assay described below in Example 3.

In a second embodiment of this invention, the method of treating androgenic alopecia comprises administration of 5α-reductase 2 inhibitor compounds which have the structural formula I

or a pharmaceutically acceptable salt thereof wherein:

$R^1$ is hydrogen, methyl or ethyl;

$R^2$ is a hydrocarbon radical selected from straight and branched chain alkyl of from 1–12 carbons or monocyclic aryl optionally containing 1 or more lower alkyl substituents of from 1–2 carbon atoms and/or 1 or more halogen (Cl, F or Br) substituents;

R' is hydrogen or methyl;

R" is hydrogen or β-methyl; and

R''' is hydrogen, α-methyl or β-methyl.

5,547,957

3

In one class of this second embodiment, the 5α-reductase 2 inhibitor compounds have the structural formula II

or a pharmaceutically acceptable salt thereof wherein
$R^1$ is hydrogen, or methyl; and
$R^3$ is branched chain alkyl of from 4–8 carbons.

Representative compounds that may be employed in the present invention include the following:

17β-(N-tert-butylcarbamoyl)-4-aza-5-α-androst-1-en-3-one,

17β-(N-isobutylcarbamoyl)-4-aza-5α-androst-1-en-3-one,

17β-(N-tert-octylcarbamoyl)-4-aza-5α-androst-1-en-3-one,

17β-(N-octylcarbamoyl)-4-aza-5α-androst-1-en-3-one,

17β-(N-1,1-diethylbutylcarbamoyl)-4-aza-5-α-androst-1-en-3-one,

17β-(N-neopentylcarbamoyl)-4-aza-5α-androst-1-en-3-one,

17β-(N-tert-amylcarbamoyl)-4-aza-5α-androst-I-en-3-one, and

17β-(N-tert-hexylcarbamoyl)-4-aza-5α-androst-1-en-3-one; and the corresponding compounds wherein the 4-nitrogen is substituted in each of the above named compounds by a methyl or an ethyl radical.

Also included as representative compounds are any of the above indicated compounds having the N-branched chain alkyl substituent replaced by a methyl, ethyl, propyl, i-propyl, butyl, phenyl; 2, 3 or 4 tolyl, xylyl, 2-bromo or 2-chlorophenyl, 2,6-dichloro, or a 2,6-dibromophenyl substituent.

The compounds of formula I and II described above can be synthesized according to procedures well known in the art, and which are described, for example, in U.S. Pat. No. 4,760,071, EP 0 285,382 and EP 0 285 383. The compound finasteride is currently available as a prescription pharmaceutical from Merck & Co. Inc. The synthesis of finasteride is described in U.S. Pat. No. 4,760,071. A further synthesis of finasteride is described in *Synthetic Communications, 30* (17), pg. 2683–2690 (1990).

The present invention has the objective of providing methods of treating the hyperandrogenic conditions of androgenic alopecia, including male pattern baldness and female pattern baldness, acne vulgaris, seborrhea, female hirsutism, and polycystic ovary syndrome by systemic, oral, parenteral or topical administration of a 5α-reductase 2 inhibitor in a dosage amount under 5 mg/day, and particularly, from about 0.01 mg/day to 3.0 mg/day, and more particularly 0.05 to 1 mg/day. The invention is further illustrated by dosages of about 0.05 to 0.2 mg/day and specifically dosages of about 0.05, 0.1, 0.15 and 0.2 mg/day. Exemplifying the invention are dosages of 0.05 and 0.2 mg/day. The term "treating androgenic alopecia" is intended to include the arresting and/or reversing of androgenic alopecia, and the promotion of hair growth. Also, a 5α-reductase 2 inhibitor, e.g. finasteride, at a dosage under 5 mgs/day can be used in combination with a potassium channel opener, such as minoxidil or a pharmaceutically acceptable salt thereof, for the treatment of androgenic

4

alopecia, including male pattern baldness. The 5α-reductase 2 inhibitor and the potassium channel opener may both be applied topically, or each agent can be given via different administration routes; for example, the 5α-reductase 2 inhibitor may be administered orally while the potassium channel opener may be administered topically.

The present invention also has the objective of providing suitable systemic, oral, parenteral and topical pharmaceutical formulations for use in the novel methods of treatment of the present invention. The compositions containing 5α-reductase 2 inhibitor compounds as the active ingredient for use in the treatment of the above-noted hyperandrogenic conditions can be administered in a wide variety of therapeutic dosage forms in conventional vehicles for systemic administration. For example, the compounds can be administered in such oral dosage forms as tablets, capsules (each including timed release and sustained release formulations), pills, powders, granules, elixirs, tinctures, solutions, suspensions, syrups and emulsions. Likewise, they may also be administered in intravenous (both bolus and infusion), intraperitoneal, subcutaneous, topical with or without occlusion, or intramuscular form, all using forms well known to those of ordinary skill in the pharmaceutical arts. For oral administration, for example, the compositions can be provided in the form of scored or unscored tablets containing 0.01, 0.05, 0.1, 0.2, 1.0, 2.0 and 3.0 milligrams of the active ingredient for the symptomatic adjustment of the dosage to the patient to be treated.

For the treatment of androgenic alopecia including male pattern baldness, acne vulgaris, seborrhea, and female hirsutism, the 5α-reductase 2 inhibitor compounds may be administered in a pharmaceutical composition comprising the active compound in combination with a pharmaceutically acceptable carrier adapted for topical administration. Topical pharmaceutical compositions may be, e.g., in the form of a solution, cream, ointment, gel, lotion, shampoo or aerosol formulation adapted for application to the skin. Topical pharmaceutical compositions useful in the method of treatment of the present invention may include about 0.001% to 0.1% of the active compound in admixture with a pharmaceutically acceptable carder.

Advantageously, compounds of the present invention may be administered in a single daily dose, or the total daily dosage may be administered in divided doses of two, three or four times daily. The compounds for the present invention can be administered in intranasal form via topical use of suitable intranasal vehicles, or via transdermal routes, using those forms of transdermal skin patches well known to those of ordinary skill in that art. To be administered in the form of a transdermal delivery system, the dosage administration will, of course, be continuous rather than intermittent throughout the dosage regimen. Compounds of the present invention may also be delivered as a suppository employing bases such as cocoa butter, glycerinated gelatin, hydrogenated vegetable oils, mixtures of polyethylene glycols of various molecular weights and fatty acid esters of polyethylene glycol.

The dosage regimen utilizing the compounds of the present invention is selected in accordance with a variety of factors including type, species, age, weight, sex and medical condition of the patient; the severity of the condition to be treated; the route of administration; the renal and hepatic function of the patient; and the particular compound thereof employed. A physician or veterinarian of ordinary skill can readily determine and prescribe the effective amount of the drug required to prevent, counter, arrest or reverse the progress of the condition. Optimal precision in achieving

5,547,957

| 5 | 6 |

concentration of drug within the range that yields efficacy without toxicity requires a regimen based on the kinetics of the drug's availability to target sites. This involves a consideration of the distribution, equilibrium, and elimination of a drug.

In the methods of the present invention, the 5α-reductase 2 inhibitor compounds herein described in detail can form the active ingredient, and are typically administered in admixture with suitable pharmaceutical diluents, excipients or carriers (collectively referred to herein as "carrier" materials) suitably selected with respect to the intended form of administration, that is, oral tablets, capsules, elixirs, syrups and the like, and consistent with conventional pharmaceutical practices.

For instance, for oral administration in the form of a tablet or capsule, the active drug component can be combined with an oral, non-toxic pharmaceutically acceptable inert carrier such as ethanol, glycerol, water and the like. Capsules containing the product of this invention can be prepared by mixing an active compound of the present invention with lactose and magnesium stearate, calcium stearate, starch, talc, or other carriers, and placing the mixture in gelatin capsule. Tablets may be prepared by mixing the active ingredient with conventional tableting ingredients such as calcium phosphate, lactose, corn starch or magnesium stearate. Moreover, when desired or necessary, suitable binders, lubricants, disintegrating agents and coloring agents can also be incorporated into the mixture. Suitable binders include starch, gelatin, natural sugars such as glucose or beta-lactose, corn sweeteners, natural and synthetic gums such as acacia, tragacanth or sodium alginate, carboxymethylcellulose, polyethylene glycol, waxes and the like. Lubricants used in these dosage forms include sodium oleate, sodium stearate, magnesium stearate, sodium benzoate, sodium acetate, sodium chloride and the like. Disintegrators include, without limitation, starch, methyl cellulose, agar, bentonite, xanthan gum and the like.

The liquid forms in suitably flavored suspending or dispersing agents such as the synthetic and natural gums, for example, tragacanth, acacia, methyl-cellulose and the like. Other dispersing agents which may be employed include glycerin and the like. For parenteral administration, sterile suspensions and solutions are desired. Isotonic preparations which generally contain suitable preservatives are employed when intravenous administration is desired.

Topical preparations containing the active drug component can be admixed with a variety of carrier materials well known in the art, such as, e.g., alcohols, aloe vera gel, allantoin, glycerine, vitamin A and E oils, mineral oil, propylene glycol, PPG2 myristyl propionate, and the like, to form, e.g., alcoholic solutions, topical cleansers, cleansing creams, skin gels, skin lotions, and shampoos in cream or gel formulations. See, e.g., EP 0 285 382.

The compounds of the present invention can also be administered in the form of liposome delivery systems, such as small unilamellar vesicles, large unilamellar vesicles and multilamellar vesicles. Liposomes can be formed from a variety of phospholipids, such as cholesterol, stearylamine or phosphatidylcholines.

Compounds of the present invention may also be delivered by the use of monoclonal antibodies as individual carriers to which the compound molecules are coupled. The compounds of the present invention may also be coupled with soluble polymers as targetable drug carriers. Such polymers can include polyvinylpyrrolidone, pyran copolymer, polyhydroxypropylmethacrylamidephenol, polyhydroxyethylaspartamidephenol, or polyethyleneoxidepolyl-

ysine substituted with palmitoyl residues. Furthermore, the compounds of the present invention may be coupled to a class of biodegradable polymers useful in achieving controlled release of a drug, for example, polylactic acid, polyepsilon caprolactone, polyhydroxy butyric acid, polyorthoesters, polyacetals, polydihydropyrans, polycyanoacrylates and cross-linked or amphipathic block copolymers of hydrogels.

The following example illustrates the present invention and as such are not to be considered as limiting the invention set forth in the claims appended hereto.

EXAMPLE 1

Finasteride is known to occur in two distinct polymorphic crystal forms, termed "form 1" and "form II". Form I is the marketed form of finastefide as a 5 mg tablet (PROSCAR®).

Finastefide Form I can be prepared by dissolving finasteride in glacial acetic acid (ca. 100 mg/ml) and adding water with stirring until the weight % of water equals or exceeds 84%. The resulting solid phase is collected by filtration and dried under vacuum at about 50° C. The resulting Form I is characterized by a differential scanning calorimetry (DSC) curve, at heating rate of 20° C./min and in a closed cup, exhibiting a minor endotherm with a peak temperature of about 232° C., an extrapolated onset temperature of about 223° C. with an associated heat of about 11 joules/gm and by a major melting endotherm with a peak temperature of about of 261° C., an extrapolated onset temperature of about 258° C. with an associated heat of about 89 J/gm. The x- ray powder diffraction pattern is characterized by d-spacings of 6.44, 5.69, 5.36, 4.89, 4.55, 4.31, 3.85, 3.59 and 3.14. The FT-IR spectrum shows bands at 3431, 3237, 1692, 1666, 1602 and 688 cm−1. The solubilities in water and cyclohexane at 25° C. are 0.05+0.02 and 0.27+0.05 mg/gm respectively. In addition, Form I of finasteride can be prepared by recrystallization from dry (H₂O <1 mg/ml) ethyl acetate and isopropyl acetate. The isolated solids are dried under vacuum at about 50° C. and have the same physical characterization data as given above.

EXAMPLE 2

Form II of finasteride can be prepared by dissolving finasteride in glacial acetic acid (ca. 100 mg/ml) and adding water with stirring until the weight % of water equals about 75% but not in excess of 80%. The resulting solid phase is collected by filtration and dried under vacuum at about 100° C. The resulting Form II is characterized by a DSC curve, at heating rate of 20° C./min and in a closed cup, exhibiting a single melting endotherm with a peak temperature of about of 261° C., an extrapolated onset temperature of about 258° C. with an associated heat of about 89 J/gm. The x- ray powder diffraction pattern is characterized by d-spacings of 14.09, 10.36, 7.92, 7.18, 6.40, 5.93, 5.66, 5.31, 4.68, 3.90, 3.60 and 3.25. The FT-IR spectrum shows bands at 3441, 3215, 1678, 1654, 1597, 1476 and 752 cm−1. The solubilities in water and cyclohexane at 25° C. are 0.16+0.02 and 0.42+0.05 mg/gm respectively. In addition, Form II of finasteride can be prepared by recrystallization from ethyl acetate containing between 2 to 30 mg/ml of water and isopropyl acetate containing between 2 to 15 mg/ml of water. The isolated solids are dried under vacuum at about 80° C. and have the same physical characterization data as given above. Form II can also be prepared by heating Form I up to about 150° C., holding for about one hour and cooling back to room temperature. The Form II prepared in this

5,547,957

**7**

manner has the same physical characterization data as given above.

### EXAMPLE 3

Preparation of Human prostatic 5α-reductase.

Samples of human tissue were pulverized using a freezer mill and homogenized in 40 mM potassium phosphate, pH 6.5, 5 mM magnesium sulfate, 25 mM potassium chloride, 1 mM phenylmethyl-sulfonyl fluoride, 1 mM dithiothreitol (DTT) containing 0.25M sucrose using a Potter-Elvehjem homogenizer. A crude nuclear pellet was prepared by centrifugation of the homogenate at 1,500 ×g for 15 min. The crude nuclear pellet was washed two times and resuspended in two volumes of buffer. Glycerol was added to the resuspended pellet to a final concentration of 20%. The enzyme suspension was frozen in aliquots at −80° C. The prostatic reductases were stable for at least 4 months when stored under these conditions.

5α-reductase assay

The reaction mixture for the type 2 5α-reductase contained 40 mM sodium citrate. pH 5.5,0.3 μM [7-$^3$H]-testosterone, 1 mM dithiothreitol and 500 μM NADPH in a final volume of 100 μl. Typically, the assay was initiated by the addition of 50–100 μg prostatic homogenate and incubated at 37° C. After 10–50 min the reaction was quenched by extraction with 250 μl of a mixture of 70% cyclohexane: 30% ethyl acetate containing 10 μg each DHT and T. The aqueous and organic layers were separated by centrifugation at 14,000 rpm in an Eppendorf microfuge. The organic layer was subjected to normal phase HPLC (10 cm Whatman partisil 5 silica column equilibrated in 1 ml/min 70% cyclohexane: 30% ethyl acetate; retention times: DHT, 6.8–7.2 min; androstanediol, 7.6–8.0 min; T, 9.1–9.7 min). The HPLC system consisted of a Waters Model 680 Gradient System equipped with a Hitachi Model 655A autosampler, Applied Biosystems Model 757 variable UV detector, and a Radiomatic Model A120 radioactivity analyzer. The conversion of T to DHT was monitored using the radioactivity flow detector by mixing the HPLC effluent with one volume of Flo Scint 1 (Radiomatic). Under the conditions described, the production of DHT was linear for at least 25 min. The only steroids observed with the human prostate preparation were T, DHT and androstanediol.

Inhibition studies

Compounds were dissolved in 100% ethanol. IC$_{50}$ values represent the concentration of inhibitor required to decrease enzyme activity to 50% of the control. IC$_{50}$ values were determined using a 6 point titration where the concentration of the inhibitor was varied from 0.1 to 1000 nM.

### EXAMPLE 4

### MACROPHOTOGRAPHY AND GLOBAL PHOTOGRAPHY PROCEDURE FOR DETECTION OF HAIR GROWTH

A. Macrophotographic Procedure

Location: ID card Haircut target area

Equipment: Film: Kodak-T-max 24 exposure each of same emulsion lot number

Camera: Nikon N-6000

Lens: Nikkor 60 mm f2.8

Flashes: Nikon SB-21B Macroflash

Device: registration device

Photographic Procedure:

**8**

In these clinical photographs, the only variable allowed is the haircount. Film emulsion, lighting, framing, exposure, and reproduction ratios are held constant.

1. The haircount area on the patient is prepared as follows: A small (~1 mm) dot tattoo is placed at the beginning of the study at the leading edge of the bald area directly anterior to the center of the vertex bald spot, using a commercial tattooing machine or manually (needle and ink). An area approximately one square inch in size, centered at the tattoo at the leading edge of the balding area, is clipped short (~2mm). Cut hairs are removed from the area to be photographed, using tape. Compressed air and/or ethanol wipes may also be used to facilitate removal of cut hairs.

1. Magnification: Each lens supplied has a fixed reproduction ratio of 1:1.2. Aperture: Every photograph is taken at f/22. Film: T-Max 100 (24 exposure) is used.

3. Patient's haircount target area. Three exposures (−2/3, 0, and +2/3 f-stop).

A trained technician places a transparency over the photographic print and, using a felt tip pen, places a black dot over each visible hair. The dot map transparency is then counted using image analysis with computer assistance.

Photographs are coded with a random number corresponding to study site, visit number and patient allocation number to insure blinding to time. At Month 6, baseline and Month 6 photographs are counted and data analyzed for interim analysis. At Month 12, baseline, Month 6 and Month 12 photographs are counted and data analyzed for the primary endpoint.

Methodology for detection of hair growth is also described in Olsen, E. A. and DeLong, E., *J. American Academy of Dermatology*, Vol. 23, p. 470 (1990).

B. Global Photographic Procedure

Locations: Color card/patient Id Global photograph

Equipment: Film: Kodachrome KR-64 24 exposure each of same emulsion lot number

Camera: Nikon N-6000

Lens: Nikkor 60 mm f2.8

Flashes: Nikon SB-23

Photographic Procedure

In these clinical photographs, the only variable allowed is the global area's appearance. Anything extraneous to the area (clothing, furniture, walls, etc.) is eliminated from the fields to be photographed.

1. Patients will have global photographs taken prior to hair clipping with the head in a fixed position (determined by the supplied stereotactic device). Hair on the patient's head is positioned consistently so as to not obscure the bald area.

1. Magnification: Each lens supplied has a fixed reproduction ratio of 1:6. Aperture: Every photograph will be taken at f/11. Film: Kodachrome (24 exposure) is used.

3. Patient's global photographs. Three exposures at zero compensation.

Using the above-described methodology, it can be shown that administration of 5α-reductase 2 inhibitors, including finasteride, in dosages below 5 mg/day per patient, for example, 1 mg/day or 0.2 mg/day, are useful in the treatment of androgenic alopecia, and promote hair growth in patients with this condition.

### EXAMPLE 5

In another test, finasteride was orally administered for 6 weeks to men with male pattern baldness at doses of 0.2

5,547,957

9

mg/day, 1.0 rag/day and 5.0 mgs/day. The results of this test showed a significant reduction in DHT content in scalp tissue of the test participants.

What is claimed is:

1. A method of treating male pattern baldness comprising orally administering to a male person having a balding area 17β-(N-tert-butylcarbamoyl)-4-aza-5α-    androst-1-ene-3-one in a dosage amount from 0.05 to 3.0 mgs/day at least until growth of hair can be detected in the balding area by haircount analysis of the balding area.

2. The method of claim 1 wherein the dosage amount is from about 0.05 to 1.0 mg/day.

3. The method of claim 1 wherein the dosage amount is about 0.05 mg/day.

4. The method of claim 1 wherein the dosage amount is about 0.2 mgs/day.

10

5. A method of arresting and reversing male pattern baldness comprising orally administering to a bald or balding male person having a balding area 17β-(N-tert-butylcar-bamoyl)-4-aza-2α- androst-1-ene-3-one in a dosage amount from 0.05 to 3.0 mgs/day at least until growth of hair can be detected in the balding or area by haircount analysis of the balding area.

6. The method of claim 1 wherein the dosage amount is about 1.0 mg/day.

7. The method of claim 5 wherein the dosage amount is about 1.0 mg/day.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.    :   5,547,957

DATED          :   8/20/96

INVENTOR(S) :   GLENN J. GORMLEY, KEITH D. KAUFMAN, ELIZABETH STONER, and  JOANNE
                WALDSTREICHER

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

**Title page, item [63] delete** "Ser. No. 138,500" and insert therefor -- Ser. No. 138,520 --.

Signed and Sealed this

Thirtieth Day of June, 1998

*Attest:*

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*