# EXHIBIT C



584062

2100P/0582A

MAIL ROOM
FEB
1984
PAT & TRADE MARK OFC

16986

## TITLE OF THE INVENTION

17β-N-MONOSUBSTITUTED CARBAMOYL-4-AZA-5α-ANDROST-1-EN-3-ONES OF THE FORMULA:

5



I

10

15   wherein R is selected from Hydrogen, methyl and ethyl
and $R_2$ is a hydrocarbon radical selected from
straight and branched claim alkyl of from 1-12
carbons, or monocyclic aryl optionally containing 1
or more lower alkyl substituents of from 1-2 carbon
20   atoms and/or 1 or more halo (Cl, F or Br) substituents

S3490 03/06/84 584062               13-2755 1 101      300.00CH
S3491 03/06/84 584062               13-2755 1 102       30.00CH

1

- 2 -                    16986

and pharmaceutical formulations of the above
compounds are active as testosterone 5α-reductase
5  inhibitors and thus are useful topically for
treatment of acne, seborrhea, female hirsertism, and
systemically in treatment of benign prostatic
hypertrophy.

10

15

20

2

2100P/0582.

– 1 –                          16986

TITLE OF THE INVENTION

17β-N-MONOSUBSTITUTED CARBAMOYL-4-AZA-5α-
ANDROST-1-EN-3-ONES OF THE FORMULA:

5    BACKGROUND OF THE INVENTION

The present invention is concerned with
novel 17β-N-monosubstituted carbamoyl-4-aza-5α-
androst-1-en-3-one compounds and the use of such
compounds as testosterone-5α-reductase inhibitors.

10    DESCRIPTION OF THE PRIOR ART

It is well known in the art that certain
undesirable physiological manifestations, such as
acne vulgaris, seborrhea, female hirsutism, and male
15   pattern baldness and benign prostatic hypertrophy,
are the result of hyperandrogenic stimulation caused
by an excessive accumulation of testosterone or
similar androgenic hormones in the metabolic system.
Early attempts to provide a chemotherapeutic agent to
20   counter the undesirable results of hyperandrogenicity

3

resulted in the discovery of several steroidal
antiandrogens having undesirable hormonal activities
of their own.  The estrogens, for example, not only
counteract the effect of the androgens but have a
5   feminizing effect as well.  Non-steroidal
antiandrogens have also been developed, for example,
4'-nitro-3'-trifluoromethylisobutyranilide.  See Neri
et al., Endo., Vol. 91, No. 2 (1972).  However, these
products, though devoid of hormonal effects, are
10  peripherally active, competing with the natural
androgens for receptor sites, and hence have a
tendency to feminize a male host or the male fetus of
a female host.

It more recently became known in the art
15  that the principal mediator of androgenic activity in
some target organs is 5α-dihydrotestosterone, and
that it is formed locally in the target organ by the
action of testosterone-5α-reductase.  It therefore
has been postulated and demonstrated that inhibitors
20  of testosterone-5α-reductase will serve to prevent or
lessen symptoms of hyperandrogenic stimulation.
Nayfe et al., Steroids, 14, 269 (1969) demonstrated
in vitro that methyl 4-androsten-3-one-17β-
carboxylate was a testosterone-5α-reductase
25  inhibitor.  Then Voigt and Hsia, Endocrinology, 92,
1216 (1973), Canadian Pat. No. 970,692, demonstrated
that the above ester and the parent free acid,
4-androsten-3-one-17β-carboxylic acid are both active
inhibitors of testosterone-5α-reductase in vitro.
30  They further demonstrated that topical application of
either testosterone or 5α-dihydrotesterone caused
enlargement of the female hamster flank organ, an
androgen dependent sebaceous structure.  However,

4

- 3 -                16986

concomitant administration of 4-androsten-3-one-17ß-
carboxylic acid or its methyl ester inhibited the
response elicited by testosterone but did not inhibit
the response elicited by 5α-dihydrotestosterone.

5    These results were interpreted as indicating that the
compounds were antiandrogenic by virtue of their
ability to inhibit testosterone-5α-reductase.

A number of 4-aza steroid compounds are
known. See, for example, U.S. Pat. Nos. 2,227,876;

10   3,239,417; 3,264,301; and 3,285,918; French Pat. No.
1,465,544; Doorenbos and Solomons, J. Pharm. Sci. 62,
4, pp. 638-640 (1973); Doorenbos and Brown, J. Pharm.
Sci., 60 8, pp. 1234-1235 (1971); and Doorenbos and
Kim, J. Pharm. Sci. 63, 4, pp. 620-622 (1974).

15   In addition U.S. Patent 4,377,584 and
4,220,775 of Rasmusson et al. describe a group of
4-aza-17ß-substituted-5α-androstan-3-ones which are
said to be useful in the treatment of hyperandrogenic
conditions. However, none of the cited references

20   suggest that any of the novel 17ßN-(monosubstituted)
carbamoyl-4-aza-5α-*androst-1-en-3-ones* of the
present invention would have utility as highly potent
testosterone-5α-reductase inhibitors.

25   <u>DESCRIPTION OF THE INVENTION</u>

The present invention is concerned with
novel 17ß-N-(monosubstituted)-carbamoyl-4-aza-5α-
androsten-1-en-3 one compounds, processes for their
preparation, pharmaceutical formulations comprising

30   the novel compounds as active ingredients and methods
of inhibiting testosterone-5α-reductase and of
treating hyperandrogenic conditions with the novel
compounds or their pharmaceutical formulations.

**5**

- 4 -                    16986

The present invention is concerned with compounds of the formula:

5



I

10

wherein R is hydrogen, methyl or ethyl.

$R^2$ is a hydrocarbon radical selected from
15  straight and branched chain alkyl of from 1-12
carbons or monocyclic aryl optionally containing 1 or
more lower alkyl substituents of from 1-2 carbon
atoms and/or 1 or more halogen (Cl, F or Br)
substituents.

20      R' is hydrogen or methyl.

R" is hydrogen or ß-methyl.

R"' is hydrogen, α-methyl or ß-methyl.

A preferred embodiment of the novel
compounds of our invention is represented by the
25  formula:

30



II

6

wherein R is hydrogen, methyl or ethyl, and
$R^3$ is branched chain alkyl of from 4-8 carbons.

Representative compounds of the present
invention include the following:

5

17β-(N-tertbutylcarbamoyl)-4-aza-4-methyl-5-α-
androst-1-en-3-one,

17β-(N-isobutylcarbamoyl)-4-aza-4-methyl-5-α-
androst-1-en-3-one,

10

17β-(N-tert-octylcarbamoyl)-4-aza-4-methyl-5α-
androst-1-en-3-one,

17β-(N-octylcarbamoyl)-4-aza-4-methyl-5α-androst-
1-en-3-one,

17β-(n-1,1-diethylbutylcarbamoyl)-4-aza-4-methyl-
15      5-α-androst-1-en-3-one,

17β-(N-neopentylcarbamoyl)-4-aza-4-methyl-5α-androst-
1-en-3-one,

17β-(N-tert-amylcarbamoyl-4-aza-4-methyl-5α-androst-
1-en-3-one,

20

17β-(N-tert-hexylcarbamoyl)-4-aza-4-methyl-5α-androst-
1-en-3-one.

and the corresponding compounds wherein the 4-methyl
substituent is replaced in each of the above named
25  compounds by a hydrogen or an ethyl radical.

Also included as representative compounds
are any of the above indicated compounds having the
N-branched claim alkyl substituent replaced by a
methyl, ethyl, propyl, i-propyl, butyl, phenyl, 2, 3
30  or 4 tolyl, xylyl, 2-bromo or 2-chlorophenyl,
2-6-dichloro, or a 2,6-dibromophenyl substituent.

The novel compounds of formula I of the
present invention are prepred by a method starting
with the known steroid ester of the formula:

- 6 -                          16986



II

5

10   17β-(carbomethoxy)-4-aza-5-α-androstan-3-one which
includes the stages of 1) dehydrogenating said
starting material to produce the corresponding
compound containing a double-bond in the 1,2-position
of the A-ring, 2) converting the 17-carbomethoxy
15   substituent into an N-monosubstituted carbamoyl
substituent and, if desired, 3) alkylating the A-ring
nitrogen to introduce a N-methyl or 4-ethyl
substituent into the A ring.  In carrying out the
process of the present invention, it is essential
20   that Stage 1 dehydrogenation of the 1,2-position of
the steroid A ring be carried out using a 4-aza-5α-
androstane-3-one-compound having no substituent other
than hydrogen attached to the A-ring nitrogen.  Stage
2 may consist of one or more chemical steps and if
25   desired may take place before stage (1) or following
stage (1) or stage (3).

        In accordance with the process of the
present invention, the products of our invention are
formed by 1) heating a 17β-alkoxycarbonyl-4-aza-5α-
30   androstan-3-one compound III with a dehydrogenating
agent such as benzeneselenic anhydride in refluxing
chlorobenzene to form a 17β-alkoxycarbonyl-4-aza-5α-
androst-1-ene-3-one IV, 2) the formed 5α-androst-1-en-

8

3-one compound from Step 1 is reacted with sodium
hydride under anhydrous conditions in a neutral
solvent such as dimethylformamide, 3) contacting the
resulting reaction mixture with an alkyl (methyl or
5  ethyl) iodide to form the corresponding 17-β-alkoxy-
carbamoyl-4-alkyl-4-aza-5α-androst-1-en-3-one V, 4)
subsequently hydrolyzing said 17β-alkoxycarbonyl-4-
alkyl-4-aza-5α-androst-1-en-3-one with a strong base
such as aqueous *methanolic* potassium hydroxide at the
10  reflux temperature, followed by acidification and
isolation of the resulting steroidal acid,
17β-carboxy 4-alkyl-4-aza-5α-androst-1-en-3-one VI,
5) said steroidal acid is then converted to its
corresponding 2-pyridylthio ester by refluxing with
15  triphenyl phosphine and 2,2'-dipyridyl disulfide in
an inert solvent such as toluene and the resulting
product 17β-(2-pyridylthiocarbonyl)-4-alkyl-4-aza-
5α-androst-1-en-3-one VII is isolated by
chromatography on silica gel, 6) said pyridylthio
20  ester is then reacted with ethyl amine in
tetrahydrofuran to form the desired products
17β-N-ethylcarbamoyl-4-alkyl-4-aza-5α-androst-
1-en-3-one VIII which is isolated by chromatography
on silica gel.  When the previous reaction is carried
25  out using an amine of formula $R^2NH$ in place of
ethyl amine, the corresponding 17β-(N-$R^2$-
carbamoyl)-4-alkyl-4-aza-5α-androst-1-en-3-one is
prepared.

     In accordance with the process of our
30  invention the corresponding 17β(N-$R^2$-carbamoyl)-4-
aza-5α-androst-1-en-3-one XIV is readily prepared
from the 17β (alkoxycarbonyl)-4-aza-5α-androstone-
3-one IV by repeating the above series of reaction

- 8 -                    16986

steps but omitting Step 2 herein above i.e. treatment
of the 4-aza-5-α-androst-1-en-3-one with sodium amide
followed by methyl or ethyl iodide via intermediates
XII and XIII.

5          In accordance with a further alternate
process of preparing the compounds of our invention
having only hydrogen as the sole substituent on the
ring A - nitrogen, the    double bond in the A ring is
introduced as the last step of the process.  Thus, a
10   17ß-alkoxycarbonyl 4-aza-5α-androstan-3-one III is
hydrolyzed to the corresponding steroidal acid IX 17ß-
carboxy-4-aza-5α-androstan-3-one which in turn is
converted to the corresponding pyridylthio ester, 17ß
(2-pyridylthiocarbonyl)-4-aza-5α-androstan-3-one, X
15   followed by treatment of the ester with an amine of
formula $R^2$-$NH_2$ wherein $R^2$ is as defined herein-
above to form a 17ß (N-$R^2$-carbamoyl)-4-aza-
5α-androstone-3-one XI which is dehydrogenated as
previously described to produce compound XIV,
20   17ß-(N-$R^2$-carbamoyl)-4-aza-androst-1-en-3-one.

          In another alternate method of introducing
the 17ß-(N-$R^2$-carbamoyl) substituent into a 17ß-
carboxy androstane compound of formula VI, XII or IX,
each is treated in a manner similar to the procedure
25   described in Steroids, Vol. 35 ß3, March 1980, p. 1-7
with dicyclohexylcarbodiimide and 1-hydroxybenzo-
triazole to form the 17ß-(1-benzotriazoloxycarbonyl)-
4-aza-5α-androst-1-en-3-one, VII, XIII or X, wherein
X is 1-benzotriazoloxy or 17ß-(1-benzotriazoloxy-
30   carbonyl)-4-aza-5α-androstan-3-one, X.

          The above reactions are schematically
represented in the following structural formula
outline.

**10**

- 9 -

16986



X is 2-pyridylthio or 1-benzotriazoloxy

11

- 10 -          16986

The compounds of the present invention, prepared in accordance with the method described above, are, as already described, potent antiandrogens by virtue of their ability to specifically inhibit testosterone-5α-reductase.

Accordingly, the present invention is particularly concerned with providing a method of treating the hyperandrogenic conditions of acne vulgaris, seborrhea, and female hirsutism by topical administration, and a method of treating all of the above conditions as well as benign prostatic hypertrophy, by parenteral administration, of the novel compounds or the present invention.

The present invention is thus also concerned with providing suitable topical and parenteral pharmaceutical formulations for use in the novel methods of treatment of the present invention.

The compositions containing the compounds of the present invention as the active ingredient for use in the treatment of benign prostatic hypertrophy can be administered in a wide variety of therapeutic dosage forms in conventional vehicles for systemic administration, as, for example, by oral administration in the form of tablets, capsules, solutions, or suspensions, of by intravenous injection.  The daily dosage of the products may be varied over a wide range varying from 50 to 2,000 mg. The compositions are preferably provided in the form of scored tablets containing 5, 10, 25, 50, 100, 150, 250, and 500 milligrams of the active ingredient for the symptomatic adjustment of the dosage to the patient to be treated.  An effective amount of the drug is ordinarily supplied at a dosage level of from

**12**

- 11 -                    16986

about 1 mg. to about 50 mg./kg. of body weight per
day.  Preferably. the range is from about 1 mg. to 7
mg./kgs. of body weight per day.  These dosages are
well below the toxic dose of the product.  Capsules
5   containing the product of this invention can be
prepared by mixing an active compound of the present
invention with lactose and magnesium stearate,
calcium stearate, starch, talc, or other carriers,
and placing the mixture in gelatin capsule.  Tablets
10  may be prepared by mixing the active ingredient with
conventional tableting ingredients such as calcium
phosphate, lactose, corn starch or magnesium
stearate.  The liquid forms in suitably flavored
suspending or dispersing agents such as the synthetic
15  and natural gums, for example, tragacanth, acacia,
methyl-cellulose and the like.  Other dispersing
agents which may be employed include glycerin and the
like.  For parenteral administration, sterile
suspensions and solutions are desired.  Isotonic
20  preparations which generally contain suitable
preservative are employed when intravenous
administration is desired.
    For the treatment of acne vulgaris,
seborrhea, female hirsutism, the compounds of the
25  present invention are administered in the formula of
pharmaceutical composition comprising the active
compound in combination with a pharmacologically
acceptable carrier adapted for topical administration.
These topical pharmaceutical compositions may be in
30  the form of a cream, ointment, gel or aerosol
formulation adapted for application to the skin.
These topical pharmaceutical compositions containing

13

- 12 -                16986

the compounds of the present invention ordinarily
include about 0.1% to 15%, preferably about 5%, of
the active compound, in admixture with about 95% of
vehicle.

5          The method of preparing the novel compounds
of the present invention, already described above in
general terms, may be further illustrated by the
following examples.

10                          EXAMPLE 1
Methyl 3-oxo-4-aza-5α-androst-1-ene-17β-carboxylate
          A suspension of 83.7 g of methyl 3-oxo-
4-aza-5α-androstane-17-carboxylate* and 126.5 g of
benzeneseleninic anhydride in 2.09 l of chlorobenzene
15  was heated at reflux for 2 hours.  The reflux
condenser was switched to a distillation head and the
mixture was distilled slowly to remove water that had
formed in the reaction (2 hours).  The solution was
evaporated to leave 198 g of wet residue.  The
20  residue as a solution in dichloromethane was washed
with saturated aqueous NaHCO$_3$ solution and
saturated NaCl solution, then dried and evaporated to
leave 172.4 g.  This material was chromatographed on
2.56 kg of silica gel eluting first with dichloro-
25  methane (5 l) and then with 4:1 dichloromethane-
acetone.  The desired product eluted after 8 l and
amounted to 53.4 g.  It was rinsed with diethyl ether
and dried to leave 49.5 g, m.p. 278-280°C.  In a
similar fashion the following compounds were
30  converted to their corresponding Δ-1 derivatives:

**14**

- 13 -                    16986



|      |                                | m.p.       |
|------|--------------------------------|------------|
| 1a   | R = $CONHC(CH_3)_3$            | 252-254°C  |
| 1b   | = $CONHC(CH_3)_2CH_2C(CH_3)_3$ | 224-226°   |

*Rasmusson Johnston and Arth. U.S. Patent 4,377,584, March 22, 1983.

EXAMPLE 2

Methyl 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxylate

A suspension of 25 g of the product of Example 1 and 2.25 g of sodium hydride in 500 ml of dry dimethylformamide was stirred under nitrogen for 15 minutes. Methyl iodide (15 ml) was added dropwise and the mixture was stirred for 30 minutes at room temperature. Additional (5 ml) methyl iodide was added and the mixture was heated at 50°C for 2 hours. After cooling the mixture was diluted with water to 2 l. The solid was separated after cooling and amounted to 25.4 g, m.p. 159-161°C.

In a similar fashion the following compounds were converted to their corresponding 4-methyl derivatives:

15

- 14 -                            16986



10  2a   R = $CONHC(CH_3)_2CH_2C(CH_3)_3$,        m.p.
                androstane                   148-150°C

    2b      = $CONHC(CH_3)_3$;  Δ1-androstene   153-155°

15  2c      = $CONHC(CH_3)_2CH_2C(CH_3)_3$        168-170°
                Δ1-androstene

### EXAMPLE 3

S-(2-Pyridyl) 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-thiocarboxylate

A suspension of 25 g of the product of Step 2 in 125 ml of methanol was treated with a solution of KOH (*12.5 g) in 12.5 ml of water. After refluxing for 4 hours, the solution was acidified with 6 NHCl and then was diluted with water. The crude acid (23.32 g) was separated, dried and had m.p. 300°C.

The crude, dry acid (23 g), triphenyl-phosphine (36.45 g) and 2,2'-dipyridyldisulfide (30.4 g) were suspended in 138 ml of toluene with stirring for 3 hours at room temperature. The reaction mixture was directly chromatographed on a column of 4.5 kg of silica gel eluting with 9:1 ethyl acetate-acetone to give 20.4 g of the desired product, m.p. 218-220°C.

16

- 15 -                    16986

Continued elution with acetone gave 5.2 g of the methanol addition product, S-(2-pyridyl) 1α-methoxy-4-methyl-3-oxo-4-aza-5α-androstane-17β-thiocarboxylate, m.p. 221-223°C as a by-product.

3A. In a similar fashion the product of Example 1 was converted into S-(2-pyridyl) 3-oxo-4-aza-5α-androst-1-ene-17β-thiocarboxylate, m.p. 230-232°C.

3B. In a similar manner methyl 3-oxo-4-aza-5α-androstane 17-carboxylate was converted into S-(2-pyridyl) 3-oxo-4-aza-5α-androstane-7β-thiocarboxylate, m.p. 232-234°C.

### EXAMPLE 4

N-Ethyl 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide

Anhydrous ethylamine was bubbled for 30 minutes into a suspension of 2.5 g of the pyridyl-thioester of Example 3 in 70 ml of tetrahydrofuran. After 60 minutes exposure, the resulting solution was evaporated and the residue was chromatographed on 125 g of silica gel. Elution with 20:1 ethyl acetate dichloromethane afforded 1.5 g of the product, m.p. 240-242°C.

When the example is repeated using an appropriate amine and an appropriate pyridylthio-ester, the following products were obtained:

4b: N-octyl 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide, m.p. 106-108°C.

4c: N-t-butyl 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide, m.p. 152-154°C.

4d: N-ethyl 3-oxo-4-aza-5α-androst-1-ene-17β-carbox-amide, m.p. 257-259°C.

4e: N-t-butyl 3-oxo-4-aza-5α-androstane-17β-carboxamide, m.p. 275-276°C.

**17**

- 16 -                           16986

4f: N-(2,4,4-trimethyl-2-pentyl) 4-methyl-3-oxo-4-
    aza-5α-androst-1-ene-17β-carboxamide, m.p. 168-
    170°C.

**EXAMPLE 5**

5    5-Oxo-3,5-secoetian-3,20-dioic acid

To a solution of 200 g of 3-oxo-4-etien-20-
oic acid in 3.5 l of t-butanol at 80° was added a
solution of 198.4 g of sodium carbonate in 474 ml of
10  water.  A warm (65°C) solution of 948.5 g of sodium
metaperiodate and 6.95 g of permanganate in 3.5 l of
water was added at such a rate that the reaction
mixture was maintained at 80°C.  After addition the
mixture was heated at reflux for one hour.  The
15  mixture stood at room temperature overnight.  The
inorganic salts were removed by filtration and the
cake was washed with 225 ml of water.  A solution of
5% aqueous sodium bisulfite was added to reduce the
iodine that was present.  The t-butanol was removed
20  under reduced pressure and the aqueous residue was
acidified with conc. hydrochloric acid.  The
separated gum was extracted into dichloromethane and
was washed with 5% aqueous sodium bisulfite,
saturated sodium chloride solution, then dried and
25  concentrated to an off-white residue (214 g).
Crystalline material was obtained by suspending the
residue in ether and diluting with hexane to give 152
g, m.p. 189-192°C.

30

**EXAMPLE 5B**

3-Oxo-4-aza-5-etien-20-oic acid

A suspension of 64.7 g of the dioic acid of
Step 5 in 350 ml of ethylene glycol was treated with

18

80 ml of liquid ammonia. The resulting solution was
heated at a rate of 3°/min. up to 180°C and was held
at that temperature for 15 minutes. After cooling, 1
liter of water was added and the mixture was
5   acidified with 10% hydrochloric acid to a pH of 1.5.
The product was removed and washed with water, then
air dried to leave 57.5 g of the product, m.p. 310°C.

### EXAMPLE 5C

10  3-Oxo-4-aza-5α-etian-20-oic acid

A solution of 136 g of the Δ5-acid of
Example 5B in 16.32 ml of acetic acid was
hydrogenated at 60°C in the presence of platinum
catalyst (from 16.32 g of $PtO_2$) at 40 psig for 3
15  hours. The catalyst was removed and the solution
concentrated to give 128.2 g of crude product. The
material was washed well with 3 1 of water then
filtered an air dried to leave 125 g of the white
solid, m.p. 310°.

20      This material is also obtained by saponi-
fication of methyl 3-oxo-4-aza-5α-androstane-17β-
carboxylate (methyl 3-oxo-4-aza-5α-etien-20-oate) in
7% methanolic potassium hydroxide followed by an
acidic work-up.

25

### EXAMPLE 5D

N-(2,4,4-trimethyl-2-pentyl) 3-oxo-4-aza-5α-
androstane-17β-carboxamide

A solution of 5.0 g of the product of
30  Example 5C, 3.35 g of dicyclohexylcarbodiimide and
3.18 g of 1-hydroxybenztriazole in 500 ml of
dichloromethane was stirred at room temperature
overnight. The solid was separated by filtration and

- 18 -                    16986

the filtrate was treated with 2,4,4-trimethyl-2-
pentylamine (t-octylamine). This solution stood at
room temperature for 64 hours. A small amount of
solid was removed and the solution was washed
5    successively with 10% aqueous sodium hydroxide,
water, 10% hydrochloric acid and saturated aqueous
sodium chloride. After drying and concentration the
crude product was eluted through 240 g of silica gel
with 3:7 acetone-dichloromethane to give 5.5 g of the
10   product, m.p. 250-251°C.


                        EXAMPLE 5E
        Example 5D is repeated using t-butylamine in
place of 2,4,4-trimethyl-2-pentylamine to obtain N-t-
15   butyl 3-oxo-4-aza-5α-androstane-17β-carboxamide, m.p.
274-276°C.


20


25


30


                                                    20

- 19 -                    16986

WHAT IS CLAIMED IS:

A compound of the formula:



584,062
Rasmussen,
et al.
02/27/84
546/77
424/258

wherein R is hydrogen, methyl or ethyl.
$R^2$ is a hydrocarbon radical selected from straight
and branched claim alkyl of from 1-12 carbon
atoms or monocyclic aryl optionally containing 1
or more lower alkyl substituents of from 1-2
carbon atoms and/or 1 or more halogen
substituents.
R' is hydrogen or methyl.
R" is hydrogen or ß-methyl.
R"' is hydrogen, α-methyl or ß-methyl.

2. A compound of Claim 1 having the formula:

21

- 20 -                    16986

wherein R is hydrogen, methyl or ethyl, and
$R^3$ is branched clain alkyl of from 4-8 carbon atoms.

3.  A compound of Claim 1 wherein the
compound is 17β(N-ethylcarbamoyl)-4-methyl-4-aza-5α-
androst-1-en-3-one.

4.  A compound of Claim 1 wherein the
compound is 17β(N-ethylcarbamoyl)-4-aza-5α-androst-1-
en-3-one.

5.  A compound of Claim 1 wherein the
compound is 17β(N-t-butylcarbamoyl)-4-methyl-4-aza-
androst-1-en-3-one.

6.  A compound of Claim 1 wherein the
compound is 17β(N-t-butylcarbamoyl)-4-aza-androst-
1-en-3-one.

7.  A method of treating the hyperandrogenic
condition of acne vulgaris, seborrhea, female
hirsutism, and benign prostatic hypertrophy
comprising parenteral administration to a patient in
need of such treatment of a therapeutically effective
amount of a compound of formula:

wherein R is hydrogen, methyl or ethyl.

$R^2$ is a hydrocarbon radical selected from straight
and branched chain alkyl of from 1-12 carbon
atoms or monocyclic aryl optionally containing one
5    or more lower alkyl substituents of from 1-2
carbon atoms and 1 or more halogen substituents.

R' is hydrogen or methyl.

R" is hydrogen or ß-methyl.

R"' is hydrogen, α-methyl or ß-methyl.

10

8.  The method of Claim 7 where there is
employed a compound of the formula:

15



20

wherein R is hydrogen, methyl or ethyl, and
25  $R^3$ is branched chain alkyl of from 4-8 carbon atoms.

9.  A method of inhibiting testosterone
5α-reductase in a patient in need of such inhibiting
treatment, comprising administration to such a
30  patient of a therapeutically effective amount of a
compound of the formula:

23

- 22 -                    16986



wherein R is hydrogen, methyl or ethyl.

$R^2$ is a hydrocarbon radical selected from straight or branched chain alkyl of from 1-12 carbon atoms or monocyclic aryl optimally containing one or more lower alkyl substituents of from 1-2 carbon atoms and 1 or more halogen substituents.

R' is hydrogen or methyl.

R" is hydrogen or ß-methyl.

R"' is hydrogen, α-methyl or ß-methyl.

10. The method of Claim 9 where there is employed a compound of the formula:



24

- 23 -                    16986

wherein R is hydrogen, methyl or ethyl, and
$R^3$ is branched chain alkyl of from 4-8 carbon atoms.

11.  A pharmaceutical composition comprising *an effective amount*
5     a pharmaceutically acceptable carrier and a compound
of formula:

10



15

wherein R is hydrogen, methyl, or ethyl.
$R^2$ is a hydrocarbon radical selected from straight
20    and branched chain alkyl of from 1-12 carbons, or
monocyclic aryl optionally containing one or more
lower alkyl substituents of from 1-2 carbon atoms, or
1 or more halogen substituents.
R' is hydrogen or methyl.
25    R" is hydrogen or ß-methyl.
R"' is hydrogen, α-methyl or ß-methyl.

12.  The composition of Claim 11 wherein
there is employed a compound of the formula:
30

25

- 24 -

16986



wherein R is hydrogen, methyl or ethyl, and
$R^3$ is branched chain alkyl of from 4-8 carbon atoms.

26