# EXHIBIT D

⑲  Europäisches Patentamt
    European Patent Office          ⑪ Publication number:    **0 155 096**
    Office européen des brevets                              **A2**

⑫                          **EUROPEAN PATENT APPLICATION**

㉑ Application number: 85301122.9        �51 Int. Cl.⁴: **C 07 J 73/00**, A 61 K 31/435

㉒ Date of filing: 20.02.85

---

㉚ Priority: 27.02.84 US 584062          ⑦ Applicant: MERCK & CO. INC., 126, East Lincoln Avenue
             27.02.84 US 584061             P.O. Box 2000, Rahway New Jersey 07065 (US)

㊸ Date of publication of application: 18.09.85     ㉒ Inventor: Rasmusson, Gary H., 155 Park Place,
    Bulletin 85/38                                  Watchung New Jersey 07060 (US)
                                                     Inventor: Reynolds, Glenn F., 252 Edgewood Avenue,
                                                     Westfield New Jersey 07090 (US)

㉝ Designated Contracting States: AT BE CH DE FR GB IT     ㉔ Representative: Crampton, Keith John Allen et al, D
    LI LU NL SE                                           YOUNG & CO 10 Staple Inn, London WC1V 7RD (GB)

---

�ît 17 Beta-Substituted-4-aza-5-alpha-androstenones and their use as 5-alpha-reductase inhibitors.

㉗ 17β-N-monosubstituted carbamoyl or 17β-acyl-4-aza-5α-
-androst-1-en-3-ones of the formula:

in which R is hydrogen, methyl or ethyl;
    $R^2$ is a $C_{1-12}$ straight or branched alkyl radical or a mono-
cyclic aryl optionally containing one or more methyl or ethyl
substituents and/or one or more Cl, F or Br substituents; and
in Formula IA $R^2$ may also be benzyl, phenethyl, 2-pyridyl,
4-pyridyl, 2-pyrrolyl, 2-furyl or thiophenyl;
    R' is hydrogen or methyl;
    R" is hydrogen or β-methyl and in Formula IA may also be
α-methyl; and
    R''' is hydrogen, α-methyl or β-methyl and pharmaceutical
formulations containing the above compounds are active as
testosterone 5α-reductase inhibitors and thus are useful
topically for treatment of acne, seborrhoea and female hir-
sutism, and systemically in the treatment of benign prostatic
hypertrophy.

or

EP 0 155 096 A2

ACTORUM AG

0155096

1

## 17β-substituted-4-aza-5α-androstenones
## and their use as 5α-reductase inhibitors

The present invention is concerned with 17β-substituted-4-aza-5α-androstenones, their preparation, and their use as testosterone-5α-reductase inhibitors.

It is well known that certain undesirable physiological manifestations, such as acne vulgaris, seborrhoea, female hirsutism, and male pattern baldness and benign prostatic hypertrophy, are the result of hyperandrogenic stimulation caused by an excessive accumulation of testosterone or similar androgenic hormones in the metabolic system. Early attempts to provide a chemotherapeutic agent to counter the undesirable results of hypernadrogenicity resulted in the discovery of several steroidal antiandrogens having undesirable hormonal activities of their own. The oestrogens, for example, not only counteract the effect of the androgens but have a feminizing effect as well. Non-steroidal antiandrogens have also been developed, for example, 4'-nitro-3'-trifluoromethylisobutyranilide [See Neri et al., Endo., Vol. 91, No. 1 (1972)]. However, these products, though devoid of hormonal effects, are peripherally active, competing with the natural androgens for receptor sites, and hence have a tendency to feminize a male host or the male foetus of a female host.

It more recently become known that the principal mediator of androgenic activity in some target organs is 5α-dihydrotestosterone, and that this is formed locally in the target organ by the action of testosterone-5α-reductase. It was therefore postulated and has been demonstrated that inhibitors of testosterone-5α-reductase serve to prevent or lessen symptoms of hyperandrogenic stimulation. Nayfe at al., [Steroids, 14, 269 (1969)] demonstrated that methyl 4-androsten-3-one-17β-carboxylate was a testosterone-5α-reductase inhibitor in vitro. Then Voigt and Hsia, Endocrinology, 92, 1216 (1973), Canadian Patent No. 970,692, demonstrated that the above ester and the parent free acid, 4-androsten-3-one-17β-carboxylic acid are both active inhibitors of testosterone-5α-reductase in vitro. They further demonstrated that topical application of either

0155096

2

testosterone or 5α-dihydrotestosterone caused enlargement of the female hamster flank organ, an androgen-dependent sebaceous structure. However, concomitant administration of 4-androsten-3-one-17β-carboxylic acid or its methyl ester inhibited the response elicited by testosterone but did not inhibit the response elicited by 5α-dihydrotestosterone. These results were interpreted as indicating that the compounds were antiandrogenic by virtue of their ability to inhibit testosterone-5α-reductase.

A number of 4-aza steroid compounds are known. See, for example, U.S. Patent Specifications Nos. US-A-2,227,876, 3,239,417, 3,264,301 and 3,285,918; French Patent Specification No. FR-A-1,465,544; Doorenbos and Solomons, J. Pharm. Sci. 62, 4, pp. 638-640 (1973); Doorenbos and Brown, J. Pharm. Sci., 60, 8, pp. 1234-1235 (1971); and Doorenbos and Kim, J. Pharm. Sci. 63, 4, pp. 620-622 (1974).

In addition U.S. Patent Specifications Nos. US-A-4,377,584 and 4,220,775 of Rasmusson et al. describe a group of 4-aza-17β-substituted-5α-androstan-3-ones that are said to be useful in the treatment of hyperandrogenic conditions. However, none of these documents suggests that any of the novel 17β-N-(monosubstituted carbamoyl) or 17β-acyl 4-aza-5α-androsten-1-en-3-ones of the present invention as defined below would be expected to have utility as highly potent testosterone-5α-reductase inhibitors.

The present invention provides novel 17β-N-(monosubstituted carbamoyl) or 17β-acyl 4-aza-5α-androsten-1-en-3-one compounds of the formula:

I

0155096

3

or

IA

in which R is hydrogen, methyl or ethyl;

$R^2$ is a $C_{1-12}$ straight or branched alkyl radical or a monocyclic aryl optionally containing one or more methyl or ethyl substituents and/or one or more Cl, F or Br substituents; and in Formula IA $R^2$ may also be benzyl, phenethyl, 2-pyridyl, 4-pyridyl, 2-pyrrolyl, 2-furyl or thiophenyl;

R' is hydrogen or methyl;

R" is hydrogen or ß-methyl and in Formula IA may also be α-methyl; and

R''' is hydrogen, α-methyl or ß-methyl.

Preferred compounds have the formula:

II

0155096

4

IIA

in which R is hydrogen, methyl or ethyl, and R$^3$ is branched chain alkyl or cycloalkyl of from 4-8 carbons.

Representative compounds of the present invention include the following:

17ß-(N-<u>t</u>-butylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(N-isobutylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(N-<u>t</u>-octylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(N-octylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(N-1,1-diethylbutylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(N-neopentylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(N-<u>t</u>-amylcarbamoyl-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(N-<u>t</u>-hexylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(<u>t</u>-butylcarbonyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(isobutylcarbonyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(isooctylcarbonyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(octylcarbonyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ß-(1,1-diethylbutylcarbonyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

0155096

5

17ẞ-(neopentylcarbamoyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ẞ-(t-amylcarbonyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ẞ-(t-hexylcarbonyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

17ẞ-(5-butylcarbonyl)-4-aza-4-methyl-5α-androst-1-en-3-one;

5    and the corresponding compounds in which the 4-methyl substituent is
replaced by a hydrogen atom or an ethyl radical.

Also included as representative compounds are any of the above
indicated compounds having the branched alkyl substituent $R^3$ replaced by a
methyl, ethyl, propyl, isopropyl, butyl, phenyl, 2-, 3- or 4- tolyl, xylyl, 2-

10    bromophenyl, 2-chlorophenyl, 2,6-dichlorophenyl or 2,6-dibromophenyl
carbonyl substituent or (in the case of compound IIA) by a 2- or 4- pyridyl,
2-pyrrolyl, 2-furyl or 2-thiophenyl substituent.

The novel compounds of the present invention are prepared from the
known steroid ester of the formula:

15

viz., 17ẞ-(methoxycarbonyl)-4-aza-5α-androstan-3-one, or another 17ẞ-
alkoxycarbonyl-4-aza-5α-androstan-3-one compound, which may have the
indicated substitution indicated by R', R" and R''', by (A) dehydrogenating
the starting material to produce the corresponding compound containing a

20    double-bond in the 1,2-position of the A-ring, (B) converting the 17-
substituent into an N-monosubstituted carbamoyl substituent if a compound
I is desired or a 17ẞ-acyl substitutent if a compound IA is desired, and

0155096

6

optionally (C) alkylating the A-ring nitrogen to introduce a 4-methyl or 4-ethyl substituent into the A ring. In carrying out the process, it is essential that Stage (A) dehydrogenation of the 1,2-position of the steroid A ring be carried out using a 4-aza-5α-androstane-3-one-compound having no substituent other than hydrogen attached to the A-ring nitrogen. Stage (B) may consist of one or more chemical steps and if desired may take place before stage (A) or following stage (A) or stage (C).

In a practical method of carrying out this process, the products I are formed by (1) heating a 17β-alkoxycarbonyl-4-aza-5α-androstan-3-one compound III with a dehydrogenating agent such as benzeneselenic anhydride in refluxing chlorobenzene to form a 17β-alkoxycarbonyl-4-aza-5α-androst-1-en-3-one IV, (2) reacting the latter with sodium hydride under anhydrous conditions in a neutral solvent such as dimethylformamide, (3) contacting the resulting reaction mixture with an alkyl (e.g. methyl or ethyl) iodide to form the corresponding 17β-alkoxycarbonyl-4-alkyl-4-aza-5α-androst-1-en-3- one V, (4) subsequently hydrolysing the 17β-alkoxycarbonyl-4-alkyl-4-aza-5α-androst-1-en-3-one with a strong base such as aqueous methanolic potassium hydroxide at the reflux temperature, followed by acidification and isolation of the resulting steroidal acid 17β-carboxy-4-alkyl-4-aza-5α-androst-1-en-3-one VI, (5) converting the steroidal acid to its corresponding 2-pyridylthio ester by refluxing with triphenyl phosphine and 2,2'-dipyridyl disulphide in an inert solvent such as toluene and isolating the resulting product, viz. 17β-(2-pyridylthiocarbonyl)-4-alkyl-4-aza-5α-androst-1-en-3-one VII by chromatography on silica gel, (6) reacting the pyridylthio ester with ethylamine in tetrahydrofuran to form the desired product 17β-N-ethylcarbamoyl-4-alkyl-4-aza-5α-androst-1-en-3-one VIII, which is isolated by chromatography on silica gel. When the previous reaction is carried out using an amine of formula $R^2NH$ in place of ethylamine, the corresponding 17β-(N-$R^2$-carbamoyl)-4-alkyl-4-aza-5α-androst-1-en-3-one is prepared.

The corresponding 17β-(N-$R^2$-carbamoyl)-4-aza-5α-androst-1-en-3-one (XIV) is readily prepared from the 17β-alkoxycarbonyl-4-aza-5α-androstone-3-one IV by repeating the above series of reaction steps but omitting Steps (2) and (3), i.e. treatment of the 4-aza-5α-androst-1-en-3-one with sodium hydride followed by methyl or ethyl iodide. This sequence of reactions goes via intermediate compounds XII and XIII.

0155096

7

In accordance with a further alternative process of preparing the compounds of Formula I having only hydrogen as the sole substituent on the ring A nitrogen, the double bond in the A ring is introduced as the last step of the process. Thus, a 17ß-alkoxycarbonyl-4-aza-5α-androstan-3-one III is hydrolysed to the coresponding steroidal acid 17ß-carboxy-4-aza-5α-androstan-3-one (IX), which in turn is converted to the corresponding pyridylthio ester, 17ß-(2-pyridylthiocarbonyl)-4-aza-5α-androstan-3-one (X). This ester is treated with an amine of formula $R^2$-$NH_2$, where $R^2$ is as defined abôve, to form a 17ß-(N-$R^2$-carbamoyl)-4-aza-5α-androstone-3-one (XI), which is dehydrogenated as previously described to produce compound XIV, 17ß-(N-$R^2$-carbamoyl)-4-aza-androst-1-en-3-one.

In another method, the 17ß-(N-$R^2$-carbamoyl) substituent is introduced into a 17ß-carboxy androstane compound of formula VI, XII or IX, by treating it in a manner similar to the procedure described in <u>Steroids</u>, Vol. 35 ß3, March 1980, p. 1-7 with dicyclohexylcarbodiimide and 1-hydroxybenzotriazole to form the 17ß-(1-benzotriazoloxycarbonyl)-4-aza-5α-androst-1-en-3-one or 17ß-(1-benzotriazoloxycarbonyl)-4-aza-5α-androstan-3-one.

The products IA are formed from a 17ß-alkoxycarbonyl-4-aza-5α-androstan-3-one compound III by treating it in accordance with Steps (1) to (5) of the process for producing product I, followed by reacting the resulting 17ß-(2-pyridylthiocarbonyl)-4-alkyl-4-aza-5α-androst-1-en-3-one (VII) with an $R^2$-Li or an $R^2$MgX (X=Cl, Br) compound such as sec-butylmagnesium chloride in tetrahydrofuran to form the desired product 17ß-sec-butylcarbonyl-4-alkyl-4-aza-5α-androst-1-en-3-one (VIIIA), which is isolated by chromatography on silica gel. When the previous reaction is carried out using an $R^2$MgX or an $R^2$-Li compound other than sec-butylmagnesium chloride, the corresponding 17ß-acyl-4-alkyl-4-aza-5α-androst-1-en-3-one is prepared, where acyl is $R^2$ carbonyl.

The corresponding 17ß-acyl-4-aza-5α-androst-1-en-3-one (XVA) is readily prepared from the 17ß-(alkoxycarbonyl)-4-aza-5α-androsten-3-one (IV) by repeating the above series of reaction steps but omitting steps (2) and (3), i.e., treatment of the 4-aza-5α-androst-1-en-3-one with sodium hydride followed by methyl or ethyl iodide.

0155096

8

In accordance with a further alternative process of preparing the compounds of Formula IA having only hydrogen as the sole substituent on the ring A-nitrogen, the double bond in the A-ring is introduced as the last step of the process.   Thus, a 17ß-alkoxycarbonyl-4-aza-5α-androstan-3-one

5      (III) is hydrolysed to the corresponding steroidal acid, 17ß-carboxy-4-aza-5α-androstan-3-one, (IX) which, in turn, is converted to the corresponding pyridylthio ester, 17ß-(2-pyridylthiocarbonyl)-4-aza-5α-androstan-1-one (X) followed by treatment of the ester with an $R^2$MgX or $R^2$Li compound where $R^2$ is as defined hereinabove to form a 17ß-acyl-4-aza-5α-androstan-3-one

10     (XIA) which is dehydrogenated as previously described to produce compound XIV, 17ß-acyl-4-aza-5α-androst-1-en-3-one.

The 16-methyl derivatives, i.e. compounds in which R''' is methyl, are prepared from known 16-methyl-17-acyl-4-methyl-4-aza-5α-androstan-3-ones, e.g. 4,16ß-dimethyl-17ß-acetyl-4-aza-5α-androstan-3-one, by known

15     dehydrogenation procedures for 4-methyl-4-aza compounds to produce the corresponding 4,16ß-dimethyl-17ß-acetyl-4-aza-5α-androst-1-en-3-one.

The above reactions are schematically represented in the following reaction scheme, in which X is 2-pyridylthio or (if a 17-N-$R^2$-carbamoyl product is desired) 1-benztriazoloxy and the other variables are as defined

20     above.

9

0155096

0155096

10

Compounds of the present invention, which may be prepared in accordance with the method described above, have been found to be potent antiandrogens by virtue of their ability to specifically inhibit testosterone-5α-reductase and are therefore suitable for treating the hyperandrogenic conditions of acne vulgaris, seborrhea and female hirsutism by topical administration, and for treating all of the above conditions, as well as benign prostatic hypertrophy, by parenteral administration.

The present invention thus also provides topical and parenteral pharmaceutical formulations for use in administering the active compounds of the present invention.

The compositions containing the compounds of the present invention as the active ingredient for use in the treatment of benign prostatic hypertrophy can be administered in a wide variety of therapeutic dosage forms in conventional vehicles for systemic administration, as, for example, by oral administration in the form of tablets, capsules, solutions or suspensions, or by intravenous injection. The daily dosage of the products may be varied over a wide range varying from 50 to 2,000 mg. The compositions are preferably provided in the form of scored tablets containing 5, 10, 25, 50, 100, 150, 250 and 500 mg. of the active ingredient for the symptomatic adjustment of the dosage to the patient to be treated. An effective amount of the drug is ordinarily supplied at a dosage level of from 1 to 50 mg./kg. of body weight per day. Preferably the range is from 1 to 7 mg./kg. of body weight per day. These dosages are well below the toxic dose of the product. Capsules containing an active compound of this invention can be prepared by mixing it with lactose and magnesium stearate, calcium stearate, starch, talc, or other carriers, and placing the mixture in gelatin capsules. Tablets may be prepared by mixing the active ingredient with conventional tableting ingredients such as calcium phosphate, lactose, corn starch or magnesium stearate. The liquid forms in suitably flavoured suspending or dispersing agents such as the synthetic and natural gums, for example, tragacanth, acacia and methyl cellulose. Other suitable dispersing agents include glycerin. For parenteral administration, sterile suspensions and solutions are desired. Isotonic preparations, which usually contain suitable preservative, are prepared for intravenous administration.

0155096

11

For the treatment of acne vulgaris, seborrhoea and female hirsutism, the compounds of the present invention are administered in the form of pharmaceutical compositions comprising the active compound in combination with a pharmacologically acceptable topically administrable carrier. These

5  topical pharmaceutical compositions may be in the form of a cream, ointment, gel or aerosol formulation suitable for application to the skin. They ordinarily include 0.1% to 15%, preferably about 5%, of the active compound, based on the total composition.

The method of preparing the novel 17ß-N-(monosubstituted

10  carbamoyl) and 17ß-acyl compounds of the present invention, already described above in general terms, is further illustrated by the following Examples.

<u>EXAMPLE 1</u>

<u>Methyl 3-oxo-4-aza-5α-androst-1-ene-17ß-carboxylate</u>

15  A suspension of 83.7 g of methyl 3-oxo-4-aza-5α-androstane-17-carboxylate, obtained as in U.S. Patent Specification US-A-4 377 584, and 126.5 g of benzeneseleninic anhydride in 2.09 litres of chlorobenzene was heated at reflux for 2 hours. The reflux condenser was switched to a distillation head and the mixture was distilled slowly to remove water that

20  had formed in the reaction (2 hours). The solution was evaporated to leave 198 g of wet residue. The residue as a solution in dichloromethane was washed with saturated aqueous $NaHCO_3$ solution and saturated NaCl solution, then dried and evaporated to leave 172.4 g. This material was chromatographed on 2.56 kg of silica gel eluting first with dichloromethane

25  (5 litres) and then with 4:1 (v/v) dichloromethane-acetone. The desired product eluted after 8 litres and amounted to 53.4 g. It was rinsed with diethyl ether and dried to leave 49.5 g., m.p. 278-280°C. In a similar fashion the following compounds were converted to their corresponding $\Delta^1$ derivatives:

12                                    0155096

| | | | m.p. |
|---|---|---|---|
| 1a | R = CONHC(CH$_3$)$_3$ | | 252-254°C |
| 1b | R = CONHC(CH$_3$)$_2$CH$_2$C(CH$_3$)$_3$ | | 224-226°C |

## EXAMPLE 2

5   Methyl 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxylate

    A suspension of 25 g of the product of Example 1 and 2.25 g of sodium hydride in 500 ml of dry dimethylformamide was stirred under nitrogen for 15 minutes. 15 ml of methyl iodide was added dropwise and the mixture was stirred for 30 minutes at room temperature. An additional 5

10   ml of methyl iodide was added and the mixture was heated at 50°C for 2 hours. After cooling the mixture was diluted with water to 2 litres. The solid was separated after cooling and amounted to 25.4 g, m.p. 159-161°.

    In a similar fashion the following compounds were converted to their corresponding 4-methyl derivatives:

0155096

13

|  |  | m.p. |
|---|---|---|
| 2a | R = $CONHC(CH_3)_2CH_2C(CH_3)_3$, androstane | 148-150°C |
| 2b | R = $CONHC(CH_3)_3$;  $\Delta^1$-androstene | 153-155° |
| 2c | R = $CONHC(CH_3)_2CH_2C(CH_3)_3$;  $\Delta^1$-androstene | 168-170°C |

EXAMPLE 3

S-(2-Pyridyl) 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-thiocarboxylate

A suspension of 25 g of the product of Example 2 in 125 ml of methanol was treated with a solution of KOH (12.5 g) in 12.5 ml of water. After refluxing for 4 hours, the solution was acidified with 6N HCl and then was diluted with water. The crude acid (23.32 g) was separated and dried. It had m.p. 300°C.

The crude dry acid (23 g), triphenylphosphine (36.45 g) and 2,2'-dipyridyldisulphide (30.4 g) were suspended in 138 ml of toluene with stirring for 3 hours at room temperature. The reaction mixture was directly chromatographed on a column of 4.5 kg of silica gel, eluting with 9:1 (v/v) ethyl acetate:acetone to give 20.4 g of the desired product, m.p. 218-220°C.

Continued elution with acetone gave 5.2 g of the methanol addition product, S-(2-pyridyl)-1α-methoxy-4-methyl-3-oxo-4-aza-5α-androstane-17β-thiocarboxylate, m.p. 221-223°C as a by-product.

0155096

14

3A.  In a similar fashion the product of Example 1 was converted into S-(2-pyridyl) 3-oxo-4-aza-5α-androst-1-ene-17β-thiocarboxylate, m.p. 230-232°C.

3B.   In a similar manner methyl 3-oxo-4-aza-5α-androstane 17-carboxylate was converted into S-(2-pyridyl) 3-oxo-4-aza-5α-androstane-7β-thiocarboxylate, m.p. 232-234°C.

## EXAMPLE 4

### N-Ethyl 4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide

Anhydrous ethylamine was bubbled for 30 minutes into a suspension of 2.5 g of the pyridylthioester of Example 3 in 70 ml of tetrahydrofuran. After 60 minutes exposure, the resulting solution was evaporated and the residue was chromatographed on 125 g of silica gel.  Elution with 20:1 ethyl acetate/dichloromethane afforded 1.5 g of the product, m.p. 240-242°C.

When the example is repeated using an appropriate amine and an appropriate pyridylthioester, the following products were obtained:

4b:    N-octyl-4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide, m.p. 106-108°C.

4c:    N-t-butyl-4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide, m.p. 152-154°C.

4d:    N-ethyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide,        m.p. 257-259°C.

4e:    N-t-butyl-3-oxo-4-aza-5α-androstane-17β-carboxamide,        m.p. 275-276°C.

4f:    N-(2,4,4-trimethyl-2-pentyl)-4-methyl-3-oxo-4-aza-5α-androst-1-ene-17β-carboxamide, m.p. 168-170°C.

## EXAMPLE 5

### 5-Oxo-3,5-secoetiocholane-3,20-dioic acid

To a solution of 200 g of 3-oxo-4-etiocholen-20-oic acid in 3.5 1 of t-butanol at 80° was added a solution of 198.4 g of sodium carbonate in 474 ml of water.   A warm (65°C) solution of 948.5 g of sodium metaperiodate and 6.95 g of potassium permanganate in 3.5 1 of water was added at such a rate that the reaction mixture was maintained at 80°C. After addition the mixture was heated at reflux for one hour.  The mixture

0155096

15

stood at room temperature overnight. The inorganic salts were removed by filtration and the cake was washed with 225 ml of water. A solution of 5% aqueous sodium bisulphite was added to reduce the iodine that was present. The t-butanol was removed under reduced pressure and the aqueous residue

5   was acidified with concentrated hydrochloric acid. The separated gum was extracted into dichloromethane and was washed with 5% aqueous sodium bisulphite and saturated sodium chloride solution, then dried and concentrated to an off-white residue (214 g). Crystalline material was obtained by suspending the residue in ether and diluting with hexane to give

10  152 g, m.p. 189-192°C.


### EXAMPLE 5B

3-Oxo-4-aza-5-etiocholen-20-oic acid

15          A suspension of 64.7 g of the dioic acid of Step 5 in 350 ml of ethylene glycol was treated with 80 ml of liquid ammonia. The resulting solution was heated at a rate of 3°/min. up to 180°C and was held at that temperature for 15 minutes. After cooling, 1 litre of water was added and the mixture was acidified with 10% hydrochloric acid to a pH of 1.5. The product was removed and washed with water, then air dried to leave 57.5 g

20  of the product, m.p. 310°C.


### EXAMPLE 5C

3-Oxo-4-aza-5α-etiocholan-20-oic acid

          A solution of 136 g of the $\Delta^5$-acid of Example 5B in 16.32 ml of

25  acetic acid was hydrogenated at 60°C in the presence of platinum catalyst (from 16.32 g of $PtO_2$) at 40 psig (276 kPa over the atmospheric pressure) for 3 hours. The catalyst was removed and the solution concentrated to give 128.2 g of crude product. The material was washed well with 3 l of water, then filtered and air dried to leave 125 g of the white solid, m.p. 310°.

30          This material was also obtained by saponification of methyl 3-oxo-4-aza-5α-androstane-17β-carboxylate (methyl 3-oxo-4-aza-5α-etiocholan-20-oate) in 7% methanolic potassium hydroxide followed by an acidic work-up.

0155096

16

EXAMPLE 5D

N-(2,4,4-trimethyl-2-pentyl) 3-oxo-4-aza-5α-androstane-17β-carboxamide

A solution of 5.0 g of the product of Example 5C, 3.35 g of dicyclohexylcarbodiimide and 3.18 g of 1-hydroxybenztriazole in 500 ml of dichloromethane was stirred at room temperature overnight. The solid was separated by filtration and the filtrate was treated with 2,4,4-trimethyl-2-pentylamine (t-octylamine). This solution stood at room temperature for 64 hours. A small amount of solid was removed and the solution was washed successively with 10% (w/v) aqueous sodium hydroxide, water, 10% (w/v) hydrochloric acid and saturated aqueous sodium chloride. After drying and concentration the crude product was eluted through 240 g of silica gel with 3:7 (v/v) acetone-dichloromethane to give 5.5 g of the product, m.p. 250-251°C.

EXAMPLE 5E

Example 5D is repeated using t-butylamine in place of 2,2,4-trimethyl-2-pentylamine to obtain N-t-butyl-3-oxo-4-aza-5α-androstane-17β-carboxamide, m.p. 274-276°C.

EXAMPLE 6

22-Methyl-4-aza-21-nor-5α-chol-1-ene-3,20-dione  (first method)

0155096

17

To a solution of 7.2 g of S-(2-pyridyl)-3-oxo-4-aza-5α-androst-1-ene-17β-thiocarboxylate in 288 ml of tetrahydrofuran was added at -78°C 33.6 ml of 1.3M S-butylmagnesium chloride.   After 30 minutes at -78°C the solution was allowed to reach room temperature and was then treated with
5    saturated aqueous NaCl solution.    The product was extracted into dichloromethane and was washed with saturated aqueous NaCl solution and 10% aqueous NaOH solution, then dried and concentrated.  The residue was eluted through 430 g of silica gel with 9:1 (v/v) dichloromethane-acetone to give 4.5 g of the product, m.p. 246-249°C.
10       When the procedure is repeated using the following reagents, the indicated product is obtained.

| | Starting Material | Reagent | Product |
|---|---|---|---|
| 15 | S-(2-pyridyl)3-oxo-4-aza-5α-androst-1-ene-17β-thiocarboxylate | 2-pyrrolyl magnesium chloride | 17β-(2-pyrrolylcarbonyl)-4-aza-5α-androst-1-en-3-one m.p. 294-296°C |
| 20 | S-(2-pyridyl)3-oxo-4-methyl-5α-androst-1-ene-17β-thiocarboxylate | sec-butyl magnesium chloride | 4,22-dimethyl-4-aza-21-nor-5α-chol-1-en-3-one m.p. 134-136°C |
| 25 | S-(2-pyridyl)3-oxo-4-methyl-4-aza-5α-androst-1-ene-17β-carboxylate | 2-pyrrolyl magnesium chloride | 4-methyl-17β-(2-pyrrolylcarbonyl)-4-aza-5α-androst-1-en-3-one m.p. 234-238°C |
| 30 | S-(2-pyridyl)3-oxo-4-aza-5α-androstene-17β-thiocarboxylate | isobutyl magnesium chloride | 23-methyl-4-aza-21-nor-5α-cholane-3,20-dione m.p. 220-222°C |

0155096

18

<u>EXAMPLE 7</u>

22-Methyl-4-aza-21-nor-5α-chol-1-ene-3,20-dione  (second method)

     A solution of 21 g of 22-methyl-4-aza-21-nor-5α-cholane-3,20-dione (Step 1) and 29.49 g of benzeneseleninic anhydride in 552 ml of chlorobenzene was refluxed with water separation for 4 hours.  The mixture was concentrated and the residue was redissolved in dichloromethane.  After washing with 10% (w/v) aqueous sodium hydroxide, 10% (w/v) hydrochloric acid and saturated aqueous sodium hydroxide, the solution was dried and concentrated to 45 g of yellow residue.  This was chromatographed on 1.5 kg of silica gel packed in dichloromethane and eluted with ethyl acetate to give 10.6 g of the product, m.p. 248-251$^{\circ}$C.

     When the procedure is repeated using 23-methyl-4-aza-21-nor-5α-cholane-3,20-dione as starting material, the product obtained is 23-methyl-4-aza-21-nor-5α-chol-1-ene-3,20-dione, m.p.  283-296$^{\circ}$C.

0155096

19

CLAIMS

1.    A compound of the formula:

or

in which R is hydrogen, methyl or ethyl;

5        $R^2$ is a $C_{1-12}$ straight or branched alkyl radical or a monocyclic aryl optionally containing one or more methyl or ethyl substituents and/or one or more Cl, F or Br substituents; and in Formula IA $R^2$ may also be benzyl, phenethyl, 2-pyridyl, 4-pyridyl, 2-pyrrolyl, 2-furyl or thiophenyl;

0155096

20

R' is hydrogen or methyl;

R" is hydrogen or ß-methyl and in Formula IA may also be α-methyl; and

R''' is hydrogen, α-methyl or ß-methyl.

5

2.    A compound of claim 1 having the formula:

or

0155096

21

in which R is hydrogen, methyl or ethyl and $R^3$ is branched chain alkyl or cycloalkyl of from 4-8 carbon atoms.

3.    17β-(N-ethylcarbamoyl)-4-methyl-4-aza-5α-androst-1-en-3-one.

4.    17β-(N-ethylcarbamoyl)-4-aza-5α-androst-1-en-3-one.

5.    17β-(N-t-butylcarbamoyl)-4-methyl-4-aza-androst-1-en-3-one.

6.    17β-(N-t-butylcarbamoyl)-4-aza-androst-1-en-3-one.

7.    22-Methyl-4-aza-21-nor-5α-chol-1-ene-3,20-dione.

8.    17β-Pyrrolylcarbonyl-4-aza-5α-androst-1-en-3-one.

9.    4,22-Dimethyl-4-aza-21-nor-5α-chol-1-en-3-one.

10.    4-Methyl-17β-(2-pyrrolylcarbonyl)-4-aza-5α-androst-1-en-3-one.

11.    A compound as claimed in any one of claims 1 to 10 for use in treating one or more of the hyperandrogenic conditions of acne vulgaris, seborrhea, female hirsutism, and benign prostatic hypertrophy by parenteral administration.

12.    A pharmaceutical composition comprising a pharmaceutically acceptable carrier and a compound as claimed in any one of claims 1 to 10.