IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>    Plaintiff and )<br>    Counterclaim Defendant, )<br>)<br>v. )<br>)<br>DR. REDDY'S LABORATORIES, LTD. )<br>AND DR. REDDY'S LABORATORIES, )<br>INC., )<br>)<br>    Defendants and )<br>    Counterclaim Plaintiffs. ) | C.A. No. 04-1313 (GMS) |

### ORDER

WHEREAS on October 21, 2005, the Defendants wrote a letter to the court requesting leave to file a motion for summary judgment (D.I. 72); and

WHEREAS after reviewing the parties' respective positions, the court believes there exist several genuine issues of material fact that preclude the entry of summary judgment.

IT IS HEREBY ORDERED THAT:

1. The Defendants' request be DENIED; and

2. The teleconference scheduled for Friday, November 18, 2005, be REMOVED from the court's calendar.

Dated: November 7, 2005

UNITED STATES DISTRICT JUDGE

FILED
NOV 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE