

**David E. Moore**
Associate
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

**www.potteranderson.com**

November 29, 2005

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

    Re:    **Merck & Co., Inc. v. Dr. Reddy's Laboratories, Ltd., et al.**
            **C. A. No. 04-1313 (GMS)**

Dear Judge Sleet:

    In anticipation of the discovery teleconference scheduled for December 1, 2005 at 11:00 a.m. in the above-referenced matter, the parties jointly submit the following agenda items:

**Plaintiff's Issues**

1. Merck's Rule 30(b)(6) notice and its additional notice of Reddy's Koprowski;

2. Reddy's production of documents and supplementation of responses to Merck's interrogatories, including Reddy's contentions on noninfringement; and

3. Modest extension of the expert discovery deadlines.

**Defendants' Issues**

1. Completion of fact depositions before the fact discovery cut-off date, including completion of fact depositions canceled twice by Merck.

                              Respectfully,

                              */s/ David E. Moore*

                              David E. Moore

709055
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record