IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MERCK & CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DR. REDDY'S LABORATORIES, LTD. ) <br> and DR. REDDY'S LABORATORIES, ) <br> INC., ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 04-1313 (GMS) |

**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER
(AMENDING D.I. 66) TO EXTEND CERTAIN DISCOVERY DATES**

WHEREAS the current schedule as set in the stipulation and order dated October 7, 2005 (D.I. 66 amending D.I. 20) provides for: the close of certain fact discovery on November 30, 2005; opening expert reports to be served on December 21, 2005; and rebuttal expert reports to be served on January 20, 2006; with the pretrial order due April 10, 2006 and trial set for June 2006;

WHEREAS the parties would like to extend the close of fact discovery with respect to depositions of certain fact witnesses in order to complete those depositions (which have been difficult to schedule), and correspondingly the dates for expert discovery;

WHEREAS the parties have agreed, subject to the approval of the Court, to the below extension of fact discovery with respect to depositions of certain fact witnesses and a three week extension of the dates for expert discovery as set forth below, but are not requesting an extension of any of the other dates in the scheduling order, including the date for submission of a joint agenda re Daubert issues set for January 27, 2006 and the date of the Daubert

- 2 -

teleconference set for February 3, 2006;

WHEREAS the parties are hopeful that this extension will not burden the Court in view of the fact that the seven day trial in the case is not scheduled to begin until June 5, 2006 (D.I. 20);

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's Scheduling Order of March 7, 2005 (D.I. 20) as amended on October 7, 2005 (D.I. 66) providing dates relating to fact and expert discovery is amended to the following extent:

1. The deadline for completion of fact discovery with respect to previously-noticed depositions of fact witnesses is extended to January 6, 2006.

2. Expert discovery in this case shall be initiated so that it will be completed on or before March 10, 2006. Opening expert reports on issues for which a party has the burden of proof shall be served by January 13, 2006; an identification of testifying experts not previously identified, along with a brief summary of their expected testimony, shall be served by January 20, 2006; and rebuttal expert reports shall be served by February 10, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Mary B. Graham* | */s/ David E. Moore* |
| Mary B. Graham (#2256)<br>James W. Parrett, Jr. (#4292)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>  *Attorneys for Plaintiff* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>  *Attorneys for Defendants* |

SO ORDERED THIS _____ day of December, 2005.

_____
United States District Judge

495415

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

> David E. Moore, Esquire
> POTTER ANDERSON & CORROON LLP
> Hercules Plaza
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19899-1951

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on December 2, 2005 upon the following individuals in the manner indicated:

**BY HAND**

David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-1951

**BY FACSIMILE**

Bruce D. Radin
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ  07078-0999

*/s/ Mary B. Graham*

Mary B. Graham (#2256)