# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
302 658 9200
302 658 3989 Fax

Mary B. Graham
(302) 575-7287
mgraham@mnat.com

December 2, 2005

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

   Re: Merck & Co., Inc. v. Dr. Reddy's Laboratories, Ltd., et al.,
      Civil Action No. 04-1313-GMS

Dear Judge Sleet:

  Following up on counsels' call to chambers yesterday, enclosed for the Court's consideration is a stipulation agreed to by the parties that would extend the close of fact discovery for certain previously-noticed depositions that were difficult to schedule and that would, correspondingly, extend expert discovery. The stipulation would not alter the dates which involve action by the Court, such as the date of the Daubert conference or the submission of the Daubert agenda.

               Respectfully,

               */s/ Mary B. Graham*

               Mary B. Graham

MBG/dam
cc: Clerk of the Court (Via Hand)
   David E. Moore, Esquire (Via Hand)
   Bruce D. Radin, Esquire (Via Fax)
   Henry J. Renk, Esquire

473426