## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., | ) |
| Plaintiff and Counterclaim Defendant, | ) ) ) ) |
| v. | ) ) C. A. No. 04-1313 (GMS) |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | ) ) ) |
| Defendants and Counterclaim Plaintiffs. | ) ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendants/Counterclaim Plaintiffs, hereby certifies that true and correct copies of REDDY'S SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 6, SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7 AND THIRD SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 8 were caused to be served on January 6, 2006, on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

**VIA FEDERAL EXPRESS**

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

          POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: */s/ David E. Moore*

Bruce D. Radin
Stuart D. Sender
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
CN 1000
Short Hills, NJ 07078-0999
(973) 379-4800

Dated: January 6, 2006
713976 / 28527

      Richard L. Horwitz
      David E. Moore
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      P.O. Box 951
      Wilmington, DE 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendants/Counterclaim Plaintiffs*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 6, 2006, the attached document was hand delivered on the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Mary B. Graham
James W. Parrett, Jr.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347


I hereby certify that on January 6, 2006, I have Federal Expressed the documents to the following non-registered participants:

Robert L. Baechtold
Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112


By:  /s/ David E. Moore
     Richard L. Horwitz
     David E. Moore
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware  19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com