

**David E. Moore**
Associate
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

January 27, 2006

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE  19801

> Re: **Merck & Co., Inc. v. Dr. Reddy's Laboratories, Ltd., et al.**
> **C. A. No. 04-1313 (GMS)**

Dear Judge Sleet:

  We represent defendants/counterclaim plaintiffs Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy") in the above-identified action.  We write in accordance with the January 27, 2006 date set in Your Honor's Scheduling Order for submission of a joint agenda regarding any *Daubert* issues that the parties expect to raise.

  We understand that Merck & Co., Inc. ("Merck") does not intend to raise any *Daubert* issues.

  Based on the opening expert report served by plaintiff/counterclaim defendant Merck on the issue of infringement, Reddy does not have any *Daubert* issues at this time.  However, one issue remains open.  Merck has not yet served an expert report dealing with secondary considerations.  Merck will do so on February 10, 2006 (the scheduled date for serving responsive reports).  Because that will be the first report to address the merits of secondary considerations, the parties have agreed, subject to the approval of the Court, that Reddy will serve a rebuttal report on secondary considerations on a date to be determined thereafter.

  Until Reddy receives Merck's expert report on secondary considerations, and understands the exact science and methodology relied upon by Merck, it is impossible to predict whether any *Daubert* motions are necessary.  Accordingly, Reddy respectfully requests leave to inform the Court whether any *Daubert* motions are necessary within 7 days after receiving Merck's expert report on secondary considerations.  We have discussed this issue with Merck's counsel, and they agree to the timetable proposed herein, of course, subject to Your Honor's approval.

                Respectfully,

                */s/ David E. Moore*

                David E. Moore

582822

cc: Clerk of the Court (via hand delivery)
   All Counsel of Record