IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK & CO., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DR. REDDY'S LABORATORIES, LTD. )<br>and DR. REDDY'S LABORATORIES, )<br>INC., )<br>)<br>Defendants. )<br>) | C.A. No. 04-1313 (GMS) |

**STIPULATION AND [PROPOSED] AMENDED SCHEDULING
ORDER (AMENDING D.I. 85) TO EXTEND CERTAIN DATES**

WHEREAS the current schedule (D.I. 20, 85) provides for rebuttal expert reports to be served by February 10, 2006 and the close of expert discovery on March 10, 2006, and briefing of motions *in limine* during the period March 15 through April 5, 2006, with the pretrial order due April 10, 2006, the pretrial conference set for May 8, 2006 and a bench trial set to begin June 5, 2006;

WHEREAS the parties, in order to facilitate their productive settlement discussions, would like to extend the remaining expert discovery dates and the dates for the opening and answering papers on motions *in limine*;

WHEREAS the parties have agreed, subject to the approval of the Court, to the below extension of the remaining expert discovery (and to limited expert rebuttal reports to resolve certain concerns) and dates for the opening and answering papers on motions *in limine*, but are not requesting an extension of any of the other dates in the scheduling order, including the reply date for motions *in limine* and the date for submission of the pretrial order due April 10, 2006;

WHEREAS the parties are hopeful that this extension will not burden the Court;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Court's Scheduling Order of March 7, 2005 (D.I. 20), as amended on December 6, 2005 (D.I. 85), is amended to the following extent:

1. Expert discovery in this case shall be initiated so that it will be completed on or before March 20, 2006. Answering expert reports shall be served by March 1, 2006 and any rebuttal expert reports shall be served by March 13, 2006.

2. Motions *in limine:* No party shall file more than ten (10) motions *in limine*. Opening briefs on all motions *in limine* shall be filed by March 20, 2006. Answering briefs on any motions *in limine* shall be filed by March 31, 2006. Reply briefs in further support of any motions *in limine* shall be filed by April 5, 2006. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Mary B. Graham* | */s/ David E. Moore* |
| Mary B. Graham (#2256) | Richard L. Horwitz (#2246) |
| James W. Parrett, Jr. (#4292) | David E. Moore (#3983) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899-1347 | P.O. Box 951 |
| (302) 658-9200 | Wilmington, DE 19899 |
| *Attorneys for Plaintiff* | (302) 984-6000 |
| | *Attorneys for Defendants* |

SO ORDERED THIS _____ day of February, 2006.

_____
United States District Judge

505276

- 2 -