# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Mary B. Graham**
(302) 351-9287
mgraham@mnat.com

March 1, 2006

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

**BY ELECTRONIC FILING
AND HAND DELIVERY**

Re: Merck & Co., Inc. v. Dr. Reddy's Laboratories, Ltd., et al.,
   Civil Action No. 04-1313-GMS

Dear Judge Sleet:

This is to confirm the parties' telephone call to chambers this week. The parties are pleased to inform the Court that they have reached agreement on the terms of a settlement of this action and are proceeding to draft a settlement agreement. Accordingly, the parties would appreciate it if the Court were willing to take off the calendar the dates currently scheduled for all pretrial proceedings and the trial, which is set for seven days beginning June 5, 2006.

Dr. Reddy's has indicated that it would prefer to reschedule those dates as close as possible to two months later than the current dates, or, alternatively, to remove the calendared dates but schedule a status teleconference for two months from now in the event that papers have not been finalized. Merck does not object to either approach (subject to any availability problems of witnesses in rescheduling the trial for two months), but would also be agreeable simply to removing the dates from the calendar with the proviso that the parties will let the Court know if an unanticipated problem arises. In any event, Merck and Dr. Reddy's will, of course, do whatever the Court directs.

Respectfully,

*/s/ Mary B. Graham (#2256)*

Mary B. Graham

MBG/dam
cc: Clerk of the Court (via E-Filing and Hand Delivery)
   Richard L. Horwitz, Esquire (via Hand Delivery)
   Bruce D. Radin, Esquire (via Facsimile)
   Henry J. Renk, Esquire

509167