IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK & CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1313 (GMS) |
| | ) | |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY stipulated by the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action, including all claims, counterclaims, and defenses, is hereby dismissed without prejudice, with each party to bear its own costs, expenses and attorneys' fees incurred in connection with this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

   *Attorneys for Plaintiff*

POTTER ANDERSON & CORROON LLP

*/s/ Richard L. Horwitz*
_____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

   *Attorneys for Defendants*

Dated: May 18, 2006
508563