OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

August 21 , 2007

**Mary B. Graham**

Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: mbgefiling@mnat.com

**Richard L. Horwitz**

Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com

RE: **Merck & Co. Inc. v. Dr. Reddy's Lab. Ltd, et al**

Civ No.**04-cv-01313-GMS**

Dear Counsel:

     The Clerk's Office is currently in the process of preparing the above case for transfer to the National Archives and Records Administration (NARA). Pursuant to the enclosed Order of the Court, **counsel is asked to claim the sealed documents mentioned in the Order by August 28 , 2007.** All sealed documents filed in subject case are identified in yellow on the attached partial docket sheet. A jointly filed document may be claimed by any attorney who signed/filed the document.

     *If counsel does not claim the documents that they filed by the above date*, the Clerk will <u>unseal</u> any sealed documents remaining and send them to the NARA in accordance with the Order.

     To claim your sealed documents kindly **send an E-MAIL** to our

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

**specially designated court address at:**

**returnsealeddocs@ded.uscourts.gov**

    Simply specify the documents that you are claiming by stating the case number and docket item number(s), along with your name and firm address. Please do not claim your documents via any form of docket entry in CM/ECF. Once we receive your e-mailed claim, we will prepare the documents for your retrieval and **contact you** when they are ready for pick-up. **An attorney who is not a registered CM/ECF filer** may claim their sealed documents by phoning me at the Clerk's Office, at 302-573-6170.

Sincerely,

By:_____
    Deputy Clerk

Enc.
    Docket Sheet