REVIEWED
By Larisha Davis at 11:48 am, Jun 25, 2007

CLOSED, PATENT, PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01313-GMS
#### Internal Use Only

| | |
|---|---|
| Merck & Co. Inc. v. Dr. Reddy's Lab. Ltd, et al | Date Filed: 09/29/2004 |
| Assigned to: Honorable Gregory M. Sleet | Date Terminated: 05/19/2006 |
| Demand: $0 | Jury Demand: None |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Merck & Co. Inc.**   represented by   **Mary B. Graham**
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: mbgefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dr. Reddy's Laboratories Ltd.**   represented by   **Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: rhorwitz@potteranderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce D. Radin**
Pro Hac Vice
Email: bradin@budd-larner.com
*ATTORNEY TO BE NOTICED*

**David J. Lorenz**
Pro Hac Vice
Email: dlorenz@budd-larner.com
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **David Ellis Moore**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: dmoore@potteranderson.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** |  |
| **Dr. Reddy's Laboratories Inc.** | represented by **Bruce D. Radin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **David J. Lorenz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **David Ellis Moore**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Stuart D. Sender**<br>Pro Hac Vice<br>Email: ssender@budd-larner.com<br>*ATTORNEY TO BE NOTICED* |
| **Cross Claimant** |  |
| **Dr. Reddy's Laboratories Ltd.** | represented by **Richard L. Horwitz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **David J. Lorenz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Cross Claimant** |  |
| **Dr. Reddy's Laboratories Inc.** | represented by **Richard L. Horwitz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **David J. Lorenz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| 07/27/2005 | 37 | CLAIM Construction Chart by Merck & Co. Inc.. (Attachments: # 1 Exhibit A&B)(Parrett, James) (Entered: 07/27/2005) |
|---|---|---|
| 08/08/2005 | 38 | MOTION for Pro Hac Vice Appearance of Attorney David J. Lorenz - filed by Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories Inc.. (Moore, David) (Entered: 08/08/2005) |
| 08/09/2005 |  | SO ORDERED, re 38 MOTION for Pro Hac Vice Appearance of Attorney David J. Lorenz filed by Dr. Reddy's Laboratories Ltd.,, Dr. Reddy's Laboratories Inc., . Signed by Judge Gregory M. Sleet on 8/9/05. (mmm, ) (Entered: 08/09/2005) |
| 08/09/2005 |  | (Court only) ***Pro Hac Vice Attorney David J. Lorenz for Dr. Reddy's Laboratories Ltd.; Dr. Reddy's Laboratories Inc.; Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories Inc. added for electronic noticing. (mmm, ) (Entered: 08/09/2005) |
| 08/22/2005 | 39 | CLAIM CONSTRUCTION ANSWERING BRIEF filed by Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories Inc.. (Attachments: # 1 Exhibit A)(Moore, David) (Entered: 08/22/2005) |
| 08/22/2005 | 40 | DECLARATION re 39 Claim Construction Answering Brief *(Declaration of Dr. Christopher Fisher)* by Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories Inc.. (Attachments: # 1 Errata A)(Moore, David) (Entered: 08/22/2005) |
| 08/22/2005 | 41 | CLAIM CONSTRUCTION ANSWERING BRIEF filed by Merck & Co. Inc.. (Parrett, James) (Entered: 08/22/2005) |
| 08/22/2005 | 42 | SEALED DECLARATION re 41 Claim Construction Answering Brief *Supplemental Declaration of Ryan J. Cudnik In Support of Plaintiff's Answering Claim Construction Brief* by Merck & Co. Inc.. (Parrett, James) (Entered: 08/22/2005) |
| 08/31/2005 | 43 | NOTICE to Take Deposition of Merck & Co., Inc. on September 12, 2005 by Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories Inc.. (Moore, David) (Entered: 08/31/2005) |
| 08/31/2005 | 44 | NOTICE OF SERVICE of Reddy's Second Request for the Production of Documents and Things to Merck (Nos. 46-48) by Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories Inc..(Moore, David) (Entered: 08/31/2005) |
| 09/06/2005 |  | (Court only) ***Attorney Stuart D. Sender for Dr. Reddy's Laboratories Inc. added. (els, ) (Entered: 09/06/2005) |
| 09/08/2005 | 45 | NOTICE to Take Deposition of Glenn F. Reynolds on September 30, 2005 by Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories Inc., Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories Inc..(Moore, David) (Entered: 09/08/2005) |
| 09/08/2005 | 46 | NOTICE to Take Deposition of Gary H. Rasmusson on September 29, 2005 by Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories Inc., Dr. Reddy's Laboratories Ltd., Dr. Reddy's Laboratories Inc..(Moore, David) |