OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
   CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 6, 2007

**Mary B. Graham**, ESQ.
Morris, Nichols, Arsht & Tunnell LLP
Email: mbgefiling@mnat.com

    RE: Merck & Co. Inc. v. Dr. Reddy's Lab. Ltd, et al.
        Civ. No. 04-cv-01313-GMS

Dear Counsel:

    Pursuant to the Order entered on 8/17/2007 by the Honorable Chief Judge Gregory M. Sleet, the following documents are herewith being returned to you:

ITEMS: 42.

    A copy of the signed acknowledgment has been attached for your records.

                                     Sincerely,
                                     Peter T. Dalleo, Clerk

                                     By: _____

    I hereby acknowledge receipt of the above mentioned documents on   9/6/07  .

                                _____
                                Signature